| PROB 22<br>(Rev. 01/24) | | DOCKET NUMBER *(Tran. Court)* |
|---|---|---|
| | FILED IN THE<br>UNITED STATES DISTRICT COURT<br>DISTRICT OF HAWAII<br>Jun 13, 2024, 8:56 am<br>Lucy H. Carrillo, Clerk of Court | CR 13-01036SOM-01 |
| TRANSFER OF JURISDICTION | | DOCKET NUMBER *(Rec. Court)* |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT<br>District of Hawaii | DIVISION<br>Honolulu |
|---|---|---|
| MALIA ARCIERO | NAME OF SENTENCING JUDGE<br>The Honorable Susan Oki Mollway | |
| | DATES OF PROBATION/<br>SUPERVISED RELEASE | FROM<br>02/02/2024 | TO<br>02/01/2029 |

OFFENSE
See attached.

JUSTIFICATION/REASON FOR TRANSFER (e.g., prosocial ties, employment/education opportunities, violation of supervision)
Ms. Arciero is applying to a drug treatment program that requires jurisdiction in the District of Connecticut.

---

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE _____ DISTRICT OF _____ Hawaii

      IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the _____ District of Connecticut _____ upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

|  |  |
|---|---|
| May 7, 2024 | *Susan Oki Mollway* |
| *Date* | *United States District Judge* |

*This sentence may be deleted in the discretion of the transferring Court.

---

**PART 2 – ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE _____ DISTRICT OF _____ Connecticut

      IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

|  |  |
|---|---|
| May 9, 2024 | /s/Michael P. Shea, Chief Judge, District of CT |
| *Effective Date* | *United States District Judge* |

1

APPEAL,CLOSED,SEVER

# U.S. District Court
## District of Hawaii (Hawaii)
## CRIMINAL DOCKET FOR CASE #: 1:13–cr–01036–SOM–1

Case title: USA v. Arciero et al

Related Case: 1:18–cv–00090–SOM
Magistrate judge case number: 1:13–mj–01142–KSC

Date Filed: 11/21/2013

Date Terminated: 09/23/2015

---

Assigned to: JUDGE SUSAN
OKI MOLLWAY

Appeals court case numbers:
19–15532 Ninth Circuit Court of
Appeals, 21–10107 Ninth Circuit,
21–10177 Ninth Circuit

**Defendant (1)**

| | | |
|---|---|---|
| **Malia Arciero**<br>*TERMINATED: 09/23/2015* | represented by | **Daniel J. O'Meara**<br>Dubin Law Office<br>55 Merchant Street Suite 3100<br>Honolulu, HI 96813<br>537–2300<br>Fax: 523–7733<br>Email: domeara@dubinlaw.net<br>*TERMINATED: 04/14/2015*<br>*Designation: Retained* |
| | | **Derrick Y.K. Wong**<br>Dubin Law Offices<br>55 Merchant St Ste 3100<br>Honolulu, HI 96813<br>537–2300<br>Email: dwong@dubinlaw.net<br>*TERMINATED: 04/14/2015*<br>*Designation: Retained* |
| | | **Elaine Lee Kwak**<br>Dubin Law Offices<br>55 Merchant St Ste 3100<br>Honolulu, HI 96813<br>808 537–2300<br>Email: ekwak@dubinlaw.net<br>*TERMINATED: 04/14/2015*<br>*Designation: Retained* |
| | | **Frederick J. Arensmeyer**<br>Law Office of Frederick J. Arensmeyer, LLLC<br>Pacific Guardian Center – Muka Tower<br>737 Bishop Street, Suite 2920<br>Honolulu, HI 96813<br>(808) 888–7444<br>Email: fja@arensmeyerlaw.com<br>*TERMINATED: 04/14/2015*<br>*Designation: Retained* |

**Gary Victor Dubin**
Dubin Law Offices
55 Merchant St Ste 3100
Honolulu, HI 96813
537–2300
Fax: 523–7733
Email: gdubin@dubinlaw.net
*TERMINATED: 04/14/2015*
*Designation: Retained*

**Michael Green**
841 Bishop Street, Suite 2201
Honolulu, Hi 96813
521–3336
Email: michael@michaeljaygreen.com
*TERMINATED: 11/25/2013*
*Designation: Retained*

**Richard T. Forrester**
Forrester Legal
Alii Place
1099 Alakea St Ste 2110
Honolulu, HI 96813
(808) 304–9299
Email: rforrester@forresterlegal.com
*TERMINATED: 04/14/2015*
*Designation: Retained*

**Thomas M. Otake**
Thomas M. Otake AAL, ALC
841 Bishop Street STE 2201
Honolulu, HI 96813
523–3325
Fax: 599–1645
Email: thomas@otakelaw.com
*TERMINATED: 07/17/2020*
*Designation: Retained*

**Pending Counts**

21:846=CD.F CONSPIRACY TO
DISTRIBUTE CONTROLLED
SUBSTANCE; 21:846, 841(a)(1)
and 841(b)(1)(A) –– Conspiracy
to distribute and possess with
intent to distribute
methamphetamine, a Schedule II
controlled substance
(1s)

21:841A=CD.F CONTROLLED
SUBSTANCE – SELL,
DISTRIBUTE, OR DISPENSE;
21:841(a)(1) and 841(b)(1)(C); 18:
2 –– Distribution of
methamphetamine, a Schedule II
controlled substance
(2s)

**Disposition**

Imprisonment: 172 Months as to each of Counts 1 –
4, to run concurrently.
Supervised Release: 5 Years as to each of Counts 1
– 4, to run concurrently.
Special Assessment: $100.00 as to each of Counts 1
– 4, for a total of $400.00.
MITTIMUS FORTHWITH.
**1/31/2024:** Order Regarding Motion For Sentence
Reduction Pursuant to 18 U.S. C. § 3582(c)(2) –
Defendant's previously imposed sentence of
imprisonment of 172 months **is reduced to** 137
months.

Imprisonment: 172 Months as to each of Counts 1 –
4, to run concurrently.
Supervised Release: 5 Years as to each of Counts 1
– 4, to run concurrently.
Special Assessment: $100.00 as to each of Counts 1
– 4, for a total of $400.00.
MITTIMUS FORTHWITH.
**1/31/2024:** Order Regarding Motion For Sentence
Reduction Pursuant to 18 U.S. C. § 3582(c)(2) –
Defendant's previously imposed sentence of
imprisonment of 172 months **is reduced to** 137
months.

| | |
|---|---|
| 21:841A=CD.F CONTROLLED SUBSTANCE – SELL, DISTRIBUTE, OR DISPENSE; 21:841(a)(1) and 841(b)(1)(A); 18: 2 –– Distribution of methamphetamine, a Schedule II controlled substance (3s) | Imprisonment: 172 Months as to each of Counts 1 – 4, to run concurrently. Supervised Release: 5 Years as to each of Counts 1 – 4, to run concurrently. Special Assessment: $100.00 as to each of Counts 1 – 4, for a total of $400.00. MITTIMUS FORTHWITH. **1/31/2024:** Order Regarding Motion For Sentence Reduction Pursuant to 18 U.S. C. § 3582(c)(2) – Defendant's previously imposed sentence of imprisonment of 172 months **is reduced to** 137 months. |
| 21:841A=CD.F CONTROLLED SUBSTANCE – SELL, DISTRIBUTE, OR DISPENSE; 21:841(a)(1) and 841(b)(1)(A); 18: 2 –– Possess with intent to distribute methamphetamine, a Schedule II controlled substance (4s) | Imprisonment: 172 Months as to each of Counts 1 – 4, to run concurrently. Supervised Release: 5 Years as to each of Counts 1 – 4, to run concurrently. Special Assessment: $100.00 as to each of Counts 1 – 4, for a total of $400.00. MITTIMUS FORTHWITH. **1/31/2024:** Order Regarding Motion For Sentence Reduction Pursuant to 18 U.S. C. § 3582(c)(2) – Defendant's previously imposed sentence of imprisonment of 172 months **is reduced to** 137 months. |

**Highest Offense Level (Opening)**

Felony

| **Terminated Counts** | **Disposition** |
|---|---|
| 21:846=CD.F CONSPIRACY TO DISTRIBUTE CONTROLLED SUBSTANCE; 21:846, 841(a)(1) and 841(b)(1)(A) –– Conspiracy to distribute and possess with intent to distribute methamphetamine, a Schedule II controlled substance (1) | SUPERSEDED |
| 21:841A=CD.F CONTROLLED SUBSTANCE – SELL, DISTRIBUTE, OR DISPENSE; 21:841(a)(1) and 841(b)(1)(A); 18:2 –– Possess with intent to distribute methamphetamine, a Schedule II controlled substance (2) | SUPERSEDED |

**Highest Offense Level (Terminated)**

Felony

| **Complaints** | **Disposition** |
|---|---|
| 21:846=CD.F, 21:841A=CD.F, 21:841B=CD.F | |

**Interested Party**

**Malia Arciero**
16101–022
FCI VICTORVILLE MEDIUM I
FEDERAL CORRECTIONAL INSTITUTION
Inmate Mail/Parcels
P.O. BOX 5300
ADELANTO, CA 92301
760–246–2400
*TERMINATED: 10/03/2022*

---

**Plaintiff**

| | | |
|---|---|---|
| **USA** | represented by | **Thomas Muehleck** |

Office of the United States Attorney
Prince Kuhio Federal Building
300 Ala Moana Blvd Ste 6100
Honolulu, HI 96850
541–2850
Email: tom.muehleck@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Government*

**Beverly W. Sameshima**
Office of the United States Attorney
Prince Kuhio Federal Building
300 Ala Moana Blvd Ste 6100
Honolulu, HI 96850
541–2850
Email: beverly.sameshima@usdoj.gov
*TERMINATED: 10/30/2015*
*Designation: Government*

**Michael K. Kawahara**
Office of the United States Attorney
Prince Kuhio Federal Building
300 Ala Moana Blvd Ste 6100
Honolulu, HI 96850
541–2850
Email: mike.kawahara@usdoj.gov
*TERMINATED: 04/09/2015*
*Designation: Government*

Email All Attorneys
Email All Attorneys inc. Terminated Defendants
Email All Attorneys and Additional Recipients

| Filed | # | Docket Text |
|---|---|---|
| 2024 | 439 | PROBATION ORDER 22–ORDER TRANSFERRING JURISDICTION (to the District of Connecticut) as to (01) Malia Signed by JUDGE SUSAN OKI MOLLWAY on 5/7/2024. (eta) (Entered: 06/13/2024) |
| 2024 | 438 | STATEMENT OF REASONS as to Malia Arciero. **Document Restricted** * (cib) (Entered: 01/31/2024) |
| 2024 | 437 | ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2) as to Malia **IT IS ORDERED** that the motion is GRANTED and the defendant's previously imposed sentence of imprisonment of 17 **reduced to** 137 months. Signed by JUDGE SUSAN OKI MOLLWAY on 1/31/2024. (cib) (Entered: 01/31/2024) |

| Date | No. | Description |
|---|---|---|
| 2022 | 436 | Mail Returned as Undeliverable (re ECF No. 459 Appeal Remark). Mail sent to (01) Malia Arciero at FCI Victorville Med[...] returned undelivered. The Clerk's Office mailed the document to (01) Malia Arciero at FCI Danbury on October 6, 2022. [...] 10/18/2022) |
| 2022 | | COURT'S CERTIFICATE of Service – a copy of 435 Appeal Remark has been served by First Class Mail to (01) Malia A[...] address of record on October 6, 2022. Additionally, a copy of the document was served to (01) Malia Arciero at FCI Danb[...] October 6, 2022  *(A search of the Federal Bureau of Prisons website on October 6, 2022 reflects that Defendant is currently at FCI Danbury).* [...] Participants of CM/ECF received the document electronically at the e–mail address listed on the Notice of Electronic Filing [...] (eta) (Entered: 10/06/2022) |
| 2022 | 435 | Appeal Remark re 423 Notice of Appeal – Final Judgment, USCA NO. 21–10177 as to (01) Malia Arciero : The petition f[...] certiorari is denied, No. 22–5143. (eta) (Entered: 10/06/2022) |
| 2022 | 434 | Prisoner Mail Returned as Undeliverable sent to (1) Malia Arciero re: ECF No. 433 (jo) |
| | | COURT'S CERTIFICATE OF SERVICE – Malia Arciero will be reserved by First Class Mail to FCI Danbury, Federal Correctional Institution, Route 37, Danbury, CT 06811 [...] (Address obtained from www.bop.gov) |
| | | (Entered: 08/11/2022) |
| 2022 | 433 | Appeal Remark as to 423 Notice of Appeal, filed by Malia Arciero; USCA NO. 21–10177: Letter from the Supreme Cour[...] States to the Ninth Circuit of Appeals, dated July 20, 2022     The petition for a writ of certiorari in the above entitled case was filed on April 7, 2022 and placed on the docket July 2[...] No. 22–5143. (jo) |
| | | COURT'S CERTIFICATE OF SERVICE – Malia Arciero will be served by First Class Mail on July 21, 2022 to the address of record listed on the Notice of Electronic Filing [...] Participants of CM/ECF received the document electronically at the e–mail address listed on the (NEF). |
| | | (Entered: 07/21/2022) |
| 2022 | 432 | MANDATE of USCA as to 423 Notice of Appeal, filed by Malia Arciero; USCA NO. 21–10177:   The judgment of this Court, entered December 16, 2021, takes effect this date. This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.   (jni) (Entered: 01/07/2022) |
| 2021 | | COURT'S CERTIFICATE OF SERVICE – a copy of ECF No. 431 has been served by First Class Mail to the address of r[...] Malia Arciero. Registered Participants of CM/ECF received the document electronically at the e–mail address listed on th[...] Electronic Filing (NEF). (jo) (Entered: 12/16/2021) |
| 2021 | 431 | MEMORANDUM of USCA as to 423 Notice of Appeal – Final Judgment, filed by (1) Malia Arciero; USCA No. 21–101[...] **AFFIRMED** (jo) (Entered: 12/16/2021) |
| 2021 | | COURT'S CERTIFICATE of Service – a copy of 430 Link has been served by First Class Mail to the addresses of record [...] Arciero. Registered Participants of CM/ECF received the document electronically at the e–mail address listed on the Notic[...] Electronic Filing (NEF). (cib) (Entered: 08/05/2021) |
| 2021 | 430 | EO: Malia Arciero has moved to file certain materials under seal. The court assumes that the documents are not already in [...] materials previously filed under seal, as it would make no sense for Ms. Arciero to duplicate sealed filings at this time. Th[...] denied. There is no pending matter before this court, and Ms. Arciero has not explained what legitimate reason she has for [...] including sealed materials that were not previously submitted. This court is not a repository for any records a party might [...] in a secure file. Instead, this court receives documents that relate to proceedings that occurred or are occurring before this [...] denial of the motion to seal means that the documents labeled as Defendant's Exhibits N and M are not presently in this co[...] is, this court is assuming that Ms. Arciero only wants the documents in this court's file if they are filed under seal, not if th[...] available for public viewing. To the extent Ms. Arciero is seeking to expand this court's file for purposes of her pending ap[...] this court's denial of her compassionate release motion, this court notes that, in denying any motion before it, this court rel[...] materials that were in the file at the time of this court's ruling. re 429 . (JUDGE SUSAN OKI MOLLWAY) (cib) (Entered: 08/05/2021) |

| 2021 | 429 | MOTION To File Under Seal – filed by Malia Arciero<br>Exhibits N, M, and O (in that order) were received with this document and are under review for filing<br>(Attachments: # 1 Mailing Envelope)<br>(jo) (Entered: 08/05/2021) |
|------|-----|---|
| 2021 | 428 | ORDER of USCA as to 423 Notice of Appeal – Final Judgment, filed by Malia Arciero; USCA No. 21–10177<br>    Appellant's submission of a completed financial affidavit (Docket Entry No. 7) is treated as a motion to proceed in forma<br>and is granted. The Clerk will amend the docket to reflect this status.<br>    The existing briefing schedule remains in effect.<br>(jo) (Entered: 07/27/2021) |
| 2021 | 427 | Correspondence re: Letter addressed to Susan Oki Mollway from Roderick Brown, dated July 7, 2021, with a copy of a let<br>Brown has sent to Merrick B. Garland, United States Attorney General–Office Holder Re: A Call of Justice<br>(jo) (Entered: 07/13/2021) |
| 2021 |     | COURT'S CERTIFICATE OF SERVICE – copies of ECF Nos. 424 , 425 , and 426 will be served by First Class Mail on<br>to Malia Arciero at the address of record. Registered Participants of CM/ECF received the documents electronically at the<br>address listed on the Notices of Electronic Filing (NEF).<br>(jo) (Entered: 06/22/2021) |
| 2021 | 426 | **Pro Se/Attorney Appeal Packet** as to 423 Notice of Appeal – Final Judgment, filed by Malia Arciero; USCA No. 21–10<br>(Attachments: # 1 Notice of Appeal, # 2 USDC Instructions for Criminal Appeals, # 3 Docket Sheet (January 2019–Presen<br>(jo) (Entered: 06/22/2021) |
| 2021 | 425 | USCA TIME SCHEDULE ORDER as to 423 Notice of Appeal – Final Judgment, filed by Malia Arciero; USCA No. 21–<br>(jo) (Entered: 06/22/2021) |
| 2021 | 424 | USCA Case Number: 21–10177 as to 423 Notice of Appeal – Final Judgment, filed by Malia Arciero<br>(jo) (Entered: 06/22/2021) |
| 2021 | 423 | **NOTICE OF APPEAL** *re*: 422 ORDER DENYING DEFENDANT MALIA ARCIERO'S "MOTION FOR RECONSIDI<br>THE COURT'S JUNE 9, 2021 ORDER DOC. 419, AND ORDER [DOC. 402], ORDER [DOC.398]" – filed by Malia Arc<br><span style="color:red">USCA No. 21–10177</span><br>(Attachments: # 1 Mailing Envelope)<br>(jo)<br>Modified on 6/22/2021 (jo)<br>(Entered: 06/21/2021) |
| 2021 |     | COURT'S CERTIFICATE of Service – a copy of 422 Order on Motion for Reconsideration has been served by First Clas<br>addresses of record on Malia Arciero. Registered Participants of CM/ECF received the document electronically at the e–m<br>listed on the Notice of Electronic Filing (NEF).<br>(cib) (Entered: 06/16/2021) |
| 2021 | 422 | ORDER DENYING DEFENDANT MALIA ARCIERO'S "MOTION FOR RECONSIDERATION OF THE COURT'S JU<br>ORDER DOC. 419, AND ORDER [DOC. 402], ORDER [DOC.398]" Signed by JUDGE SUSAN OKI MOLLWAY on 6<br>(cib) (Entered: 06/16/2021) |
| 2021 | 421 | Appeal Remark as to 352 Notice of Appeal – Final Judgment filed by Malia Arciero; USCA No. 19–15532: Letter from th<br>Court of the United States to the Ninth Circuit of Appeals, dated June 14, 2021<br>    The Court today entered the following order in the above–entitled case:<br>    The petition for a writ of certiorari is denied.<br>(jo) (Entered: 06/15/2021) |
| 2021 | 420 | Defendant' [sic] MOTION for Reconsideration of the Court's June 9, 2021 Order Doc. 419 , and Order [Doc. 402], Order [<br>filed by Malia Arciero<br>(Attachments: # 1 Mailing Envelope)<br>(jo) (Entered: 06/15/2021) |
| 2021 |     | COURT'S CERTIFICATE of Service – a copy of 419 Order on Motion for Compassionate Release has been served by Fir<br>to the addresses of record on Malia Arciero. Registered Participants of CM/ECF received the document electronically at th<br>address listed on the Notice of Electronic Filing (NEF).<br>(cib) (Entered: 06/09/2021) |
| 2021 | 419 | ORDER DENYING MOTION REQUESTING REDUCTION OF SENTENCE PURSUANT TO 18 U.S.C.§ 3582(c)(1)(A<br>Malia Arciero re 408 . Signed by JUDGE SUSAN OKI MOLLWAY on 6/9/2021.<br>(cib) (Entered: 06/09/2021) |

| 2021 | 418 | Defendant's REPLY In Support of Motion for Compassionate Release *re*: 408 – filed by Malia Arciero (Attachments: # 1 Exhibit E, # 2 Mailing Envelope) (jo) (Entered: 06/04/2021) |
|---|---|---|
| 2021 | 417 | ORDER of USCA as to 404 Notice of Appeal, filed by Malia Arciero; USCA No. 21–10107<br>    This court previously ordered appellant to move for voluntary dismissal of this appeal or show cause why the appeal sh[...] dismissed for lack of jurisdiction. The court warned appellant that failure to comply with the court's order could result in t[...] of the appeal by the Clerk for failure to prosecute. To date, appellant has not complied with the court's order. Accordingly,[...] dismissed for failure to prosecute. *See* 9th Cir. R. 42–1; 9th Cir. Gen. Order 2.3.<br>    All motions are denied as moot.<br>    This order served on the district court will, 21 days after this order, act as the mandate of this court.<br>(jo)<br><br>COURT'S CERTIFICATE OF SERVICE – Malia Arciero will be served by First Class Mail on June 3, 2021 to the address of record. Participants registered to receive electr[...] received this document electronically at the e–mail address listed on the Notice of Electronic Filing (NEF).<br><br>(Entered: 06/03/2021) |
| 2021 | 416 | RESPONSE by USA as to Malia Arciero re 408 MOTION for Compassionate Release (Attachments: # 1 Exhibit 1, # 2 Ex[...] Exhibit 3, # 4 Exhibit 4)(Muehleck, Thomas) (Entered: 06/01/2021) |
| 2021 | 415 | Appeal Remark re 352 Notice of Appeal – Final Judgment, USCA NO. 19–15532 : The petition for a writ of certiorari in [...] entitled case was filed on December 26, 2020 and placed on the docket May 14, 2021 as No. 20–1581. (emt, ) (Entered: 0[...] |
| 2021 | | COURT'S CERTIFICATE of Service – a copy of 413 , 414 has been served by First Class Mail to the addresses of record[...] Arciero. Registered Participants of CM/ECF received the document electronically at the e–mail address listed on the Notic[...] Electronic Filing (NEF).<br>(cib) (Entered: 05/18/2021) |
| 2021 | 414 | EO as to Defendant Malia Arciero: The court asks the parties to make such inquiries as they are able to make about wheth[...] of Prisons will make alternate vaccines available to individuals who say they are allergic to substances in one vaccine. The[...] asks the parties to research whether the substances identified by Ms. Arciero are in all available COVID–19 vaccines. The[...] should submit the results of their research in writing to this court. The Governments findings, if any, may be included in th[...] Government's response to the pending compassionate release motion, and Ms. Arciero's findings, if any, may be included[...] reply memorandum.<br>(JUDGE SUSAN OKI MOLLWAY)<br>(cib) (Entered: 05/18/2021) |
| 2021 | 413 | EO as to Malia Arciero: The court has received a memorandum submitted by Ms. Arciero in which she provides response[...] earlier questions about her allergies. The court interprets this filing as Ms. Arciero's request that the court proceed with he[...] compassionate release motion, given Ms. Arciero's statements that she has no other corroborating documents and that the [...] whether to get vaccinated is being left to her. If Ms. Arciero receives any advice or information, oral or written, from a me[...] professional, she may submit that to the court. If the court receives such a submission before ruling on the pending motion[...] will take it into account. The court has already informed Ms. Arciero that she may ask the court to pause proceedings, and [...] has made no such request. Therefore, the court sets a deadline of June 1, 2021, for the Government's response to the pendi[...] Ms. Arciero may file an optional reply memorandum by June 21, 2021. re 408 .<br>(JUDGE SUSAN OKI MOLLWAY)<br>(cib) (Entered: 05/18/2021) |
| 2021 | 412 | Defendant's RESPONSE to the Court's May 4, 2021 Order, Document 411 – filed by Malia Arciero (Attachments: # 1 Mailing Envelopes)<br>(jo) (Entered: 05/17/2021) |
| 2021 | | COURT'S CERTIFICATE of Service – a copy of 411 Order has been served by First Class Mail to the addresses of record[...] Arciero. Registered Participants of CM/ECF received the document electronically at the e–mail address listed on the Notic[...] Electronic Filing (NEF).<br>(cib) (Entered: 05/04/2021) |
| 2021 | 411 | ORDER REGARDING MOTION TO REDUCE SENTENCE PURSUANT TO 18 U.S.C. § 3582(c)(1)(A)(i) as to Defenc[...] Arciero re 408 .<br>No later than June 1, 2021, Arciero may file another supplemental memorandum in support of her latest compassionate re[...] In that memorandum, she should, to the extent she can, answer as many of the specific questions posed in the order of Ap[...] Alternatively, she may request more time to gather materials. If Arciero does not timely respond by June 1, 2021, the cour[...] with the merits of her compassionate release request based on the present record, the Government's response, and an optio[...] memorandum that Arciero may file.<br>Signed by JUDGE SUSAN OKI MOLLWAY on 5/4/2021.<br>(cib) (Entered: 05/04/2021) |

| | | |
|---|---|---|
| 2021 | 410 | SUPPLEMENTAL Authority For Compassionate Release *re*: 408 – filed by Malia Arciero<br>(Attachments: # 1 Exhibit F, # 2 Exhibit G, # 3 Exhibit H, # 4 Exhibit J, # 5 Mailing Envelope)<br>(jo)<br> Modified on 5/3/2021 (jo)<br>(Entered: 05/03/2021) |
| 2021 | | COURT'S CERTIFICATE of Service – a copy of 409 Link has been served by First Class Mail to the addresses of record<br>Arciero. Registered Participants of CM/ECF received the document electronically at the e–mail address listed on the Notic<br>Electronic Filing (NEF).<br>(cib) (Entered: 04/20/2021) |
| 2021 | 409 | EO: On April 16, 2021, Defendant Malia Arciero filed another Motion to Reduce Sentence pursuant to 18 U.S.C. § 3582(<br>this motion, she refers to "allergies that will prevent her from taking the COVID vaccines." *See* ECF No. 408, PageID # 5<br>has previously raised a concern about the Moderna vaccine, which, the court noted, was not accompanied by explanatory d<br>ECF No. 396 ("Arciero notes that the CDC advises against receiving the Moderna vaccine if one has had an allergic reacti<br>one of its ingredients. Arciero does not identify any ingredient in the Moderna vaccine to which she has had an allergic re<br>does she say that the Moderna vaccine is the only option in her facility. It is equally unclear that the prison will not seek to<br>accommodate those with allergies."). Before setting a deadline for the Government's response to Arciero's latest compassi<br>request, the court orders Arciero to provide more detail about her allergy to COVID–19 vaccines. This response will be fil<br>unless Arciero opts to file it under seal, which Arciero is given leave to do provided she serves a copy on the Government<br>asked to address the following no later than May 3, 2021:<br><br>1) What specific ingredient is Arciero allergic to and which vaccines contain that ingredient?<br><br>2) If the ingredient that allegedly causes an allergic reaction is in only one of the vaccines, is there some concern that the I<br>make a different vaccine available to Arciero? In other words, if Arciero is allergic to an ingredient in only the Moderna v<br>example, is there any reason to think that she will not be offered the Pfizer–Biotech vaccine or, if it is authorized within th<br>weeks, the Johnson & Johnson vaccine?<br><br>3) What is the exact nature of Arciero's allergic reaction that makes getting a COVID–19 vaccine dangerous? For example<br>have had vaccines containing Substance X in the past, I have broken out in hives." Or, Substance X causes my airway to c<br>cannot breathe."<br><br>4) Does Arciero have any corroborating medical records substantiating her allergy to an ingredient in a COVID–19 vaccin<br>such material, Arciero should submit that.<br><br>5) Has a doctor ever told Arciero that she should not get a COVID–19 vaccine because of her allergy? If yes, what is the c<br>and when did the doctor tell Arciero that? If instead a doctor has only advised Arciero to skip flu vaccines, what causes Ar<br>worried that the same advice would apply with vaccines for diseases with higher rates of complications and death?<br>(JUDGE SUSAN OKI MOLLWAY)<br>(cib) Modified on 4/19/2021 to correct number sequence (cib). (Entered: 04/19/2021) |
| 2021 | 408 | Malia Arciero's MOTION to Reduce Sentence Pursuant to 18 U.S.C. § 3582(C)(1)(A)(i) (Compassionate Release) – filed<br>Arciero<br>(Attachments: # 1 Exhibit A (restricted), # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D)<br>(jo) (Entered: 04/19/2021) |
| 2021 | | COURT'S CERTIFICATE OF SERVICE – a copy of ECF Nos. 405 , 406 , and 407 has been served by First Class Mail o<br>2021 to Malia Arciero at the address of record.<br>(jo) (Entered: 04/19/2021) |
| 2021 | | COURT'S CERTIFICATE OF SERVICE – a copy of 404 Notice of Appeal was served by First Class Mail to Malia Arcie<br>address of record on April 13, 2021.<br>(jo) (Entered: 04/14/2021) |
| 2021 | 407 | **Pro Se/Attorney Appeal Packet** re 404 Notice of Appeal, filed by Malia Arciero; USCA No. 21–10107<br>(Attachments: # 1 Notice of Appeal, # 2 USDC Instructions for Criminal Appeals, # 3 Docket Sheet (1/28/2019–Present))<br>(jo) (Entered: 04/14/2021) |
| 2021 | 406 | USCA TIME SCHEDULE ORDER as to 404 Notice of Appeal, filed by Malia Arciero; USCA No. 21–10107<br>(jo) (Entered: 04/14/2021) |
| 2021 | 405 | USCA Case Number: 21–10107 as to 404 Notice of Appeal, filed by Malia Arciero<br>(jo) (Entered: 04/14/2021) |
| 2021 | 404 | **NOTICE OF INTERLOCUTORY APPEAL** *re*: 402 ORDER DENYING DEFENDANT'S MOTION FOR RECUSAL<br>DENYING DEFENDANT MALIA ARCIERO'S MOTION SEEKING RECONSIDERATION OF ORDER DENYING H |

| | | |
|---|---|---|
| | | REQUEST TO COMPEL THE GOVERNMENT TO PRODUCE BRADY MATERIAL – filed by Malia Arciero<br>**USCA No. 21–10107**<br>(Attachments: # 1 Mailing Envelope)<br>(jo)<br> Modified on 4/14/2021 (jo)<br>(Entered: 04/12/2021) |
| 2021 | | AMENDED COURT'S CERTIFICATE OF SERVICE – a copy of 403 ORDER DENYING DEFENDANT MALIA ARC<br>MOTION SEEKING RECONSIDERATION OF ORDER DENYING HER REQUEST TO COMPEL THE GOVERNME<br>PRODUCE BRADY MATERIAL has been served by First Class Mail to Malia Arciero at the address of record on April<br>Registered Participants of CM/ECF received the document electronically at the e–mail address listed on the Notice of Ele<br>(NEF).<br>(jo) (Entered: 04/12/2021) |
| 2021 | 403 | ORDER DENYING DEFENDANT MALIA ARCIERO'S MOTION SEEKING RECONSIDERATION OF ORDER DEN<br>REQUEST TO COMPEL THE GOVERNMENT TO PRODUCE *BRADY* MATERIAL *re*: 401 as to Malia Arciero (1) – S<br>JUDGE SUSAN OKI MOLLWAY on 4/5/2021.<br>(jo)<br><br>COURT'S CERTIFICATE OF SERVICE – Malia Arciero will be served by First Class Mail on April 6, 2021 to the address of record. Participants registered to receive elect<br>received this document electronically at the e–mail address listed on the Notice of Electronic Filing (NEF).<br><br>(Entered: 04/05/2021) |
| 2021 | | COURT'S CERTIFICATE of Service – a copy of 402 ORDER DENYING DEFENDANT'S MOTION FOR RECUSAL s<br>by First Class Mail to (01) Malia Arciero at the address of record on April 2, 2021. Registered Participants of CM/ECF re<br>document electronically at the e–mail address listed on the Notice of Electronic Filing (NEF). (emt, ) (Entered: 04/01/202 |
| 2021 | 402 | ORDER DENYING DEFENDANT'S MOTION FOR RECUSAL re 399 as to Malia Arciero (1) – Signed by JUDGE DE<br>WATSON on 4/1/2021. (emt, ) (Entered: 04/01/2021) |
| 2021 | 401 | Defendant'[s] MOTION for Reconsideration of the Court's March 17, 2021 Order Doc. 398 – filed by Malia Arciero<br>(Attachments: # 1 Mailing Envelope)<br>(jo) (Entered: 03/30/2021) |
| 2021 | 400 | ORDER ASSIGNING MOTION FOR RECUSAL OF FEDERAL JUDGE SUSAN OKI MOLLWAY, ECF NO. 399 as to<br>Arciero – Signed by CHIEF JUDGE J. MICHAEL SEABRIGHT on 3/25/2021.<br>    Although there is presently no other motion or proceeding pending before Judge Mollway in this action, the Motion fo<br>hereby assigned to U.S. District Judge Derrick K. Watson for a ruling on the Motion for Recusal. The case remains assign<br>Mollway pending a ruling on the Motion for Recusal.<br>(jo) (Entered: 03/25/2021) |
| 2021 | 399 | MOTION for Recusal of Federal Judge Susan Oki Mollway; Affidavit In Support Pursuant to 28 USC 144 and 455 – file<br>Arciero<br>(Attachments: # 1 Exhibit A, # 2 Certificate of Service, # 3 Mailing Envelope)<br>(jo) (Entered: 03/24/2021) |
| 2021 | | COURT'S CERTIFICATE of Service – a copy of 398 Order on Motion for Miscellaneous Relief has been served by First<br>the addresses of record on Malia Arciero. Registered Participants of CM/ECF received the document electronically at the<br>address listed on the Notice of Electronic Filing (NEF).<br>(cib) (Entered: 03/17/2021) |
| 2021 | 398 | ORDER DENYING DEFENDANT MALIA ARCIERO'S MOTION SEEKING TO ORDER THE GOVERNMENT TO<br>BRADY MATERIAL re 397 . Signed by JUDGE SUSAN OKI MOLLWAY on 3/17/2021.<br>(cib) (Entered: 03/17/2021) |
| 2021 | 397 | MOTION to Produce Specific Brady Materials – filed by Malia Arciero<br>(Attachments: # 1 Mailing Envelope)<br>(jo) (Entered: 03/12/2021) |
| 2021 | | COURT'S CERTIFICATE of Service – a copy of 396 Order on Motion for Reconsideration has been served by First Clas<br>addresses of record on Malia Arciero. Registered Participants of CM/ECF received the document electronically at the e–m<br>listed on the Notice of Electronic Filing (NEF).<br>(cib) (Entered: 01/26/2021) |
| 2021 | 396 | EO: Defendant Malia Arciero seeks reconsideration of the January 15, 2021, Order Denying Motion Requesting Reductio<br>Pursuant To 18 U.S.C. § 3582(c)(1)(A)(i). The reconsideration motion argues that the court abused its discretion by faili<br>evidentiary hearing. It further argues that the court did not take into account what Arciero indicates would be her inability |

| | | |
|---|---|---|
| | | COVID–19 vaccine because of an allergic reaction. The reconsideration motion is denied. As detailed in the order of Janu Arciero failed to demonstrate extraordinary and compelling circumstances justifying her early release. This court did not r evidentiary hearing to make that determination. Arciero cites no law requiring an evidentiary hearing and does not describ evidence she planned to offer that could not be presented in papers she filed. Second, Arciero notes that the CDC advises a receiving the Moderna vaccine if one has had an allergic reaction to it or to one of its ingredients. Arciero does not identif ingredient in the Moderna vaccine to which she has had an allergic reaction. Nor does she say that the Moderna vaccine is option in her facility. It is equally unclear that the prison will not seek to accommodate those with allergies. Even assumin is allergic to an ingredient in COVID–19 vaccines, she must demonstrate extraordinary and compelling circumstances jus early release. The reconsideration motion makes no attempt to address the court's concerns, as detailed in the orders denyi multiple motions on the matter. re 395 .<br>(JUDGE SUSAN OKI MOLLWAY)<br>(cib) (Entered: 01/26/2021) |
| 2021 | 395 | MOTION for Reconsideration of the Court's January 15, 2021 Ruling re 394 – filed by Malia Arciero<br>(Attachments: # 1 Mailing Envelope)<br>(jo) (Entered: 01/25/2021) |
| 2021 | | COURT'S CERTIFICATE of Service – a copy of 394 Order on Motion for Compassionate Release has been served by Fi to the addresses of record on Malia Arciero. Registered Participants of CM/ECF received the document electronically at th address listed on the Notice of Electronic Filing (NEF).<br>(cib) (Entered: 01/15/2021) |
| 2021 | 394 | ORDER Denying Motion Requesting Reduction Of Sentence Pursuant To 18 U.S.C.§ 3582(c)(1)(A)(i) as to Defendant M 383 . Signed by JUDGE SUSAN OKI MOLLWAY on 1/15/2021.<br>(cib) (Entered: 01/15/2021) |
| 2021 | 393 | Memorandum In Support Of Her Request For A Compassionate Release In Light Of The COVID–19 Pandemic filed by D Malia Arciero re 383 .<br>(cib) (Entered: 01/11/2021) |
| 2021 | | COURT'S CERTIFICATE of Service – a copy of 391 Order on Motion to Seal Document has been served by First Class addresses of record on Malia Arciero. Registered Participants of CM/ECF received the document electronically at the e–m listed on the Notice of Electronic Filing (NEF).<br>(cib) (Entered: 01/11/2021) |
| 2021 | 392 | **SEALED** Exhibit A filed by USA as to Defendant Malia Arciero.<br>(cib) (Entered: 01/11/2021) |
| 2021 | 391 | ORDER Granting 390 Motion To Seal Documents as to Defendant Malia Arciero. Signed by JUDGE SUSAN OKI MOL 1/11/2021.<br>(cib) (Entered: 01/11/2021) |
| 2021 | 390 | MOTION to Seal Document *Ex Parte Motion to Seal Exhibit A* by USA as to Malia Arciero. (Attachments: # 1 Declarati Muehleck, # 2 Certificate of Service)(Muehleck, Thomas) (Entered: 01/08/2021) |
| 2021 | 389 | RESPONSE in Opposition by USA as to Malia Arciero re 383 MOTION for Compassionate Release *United States' Oppos Defendant's Motion for Compassionate Release/COS* (Muehleck, Thomas) (Entered: 01/08/2021) |
| 2021 | | COURT'S CERTIFICATE of Service – a copy of 388 Link has been served by First Class Mail to the addresses of record Arciero. Registered Participants of CM/ECF received the document electronically at the e–mail address listed on the Noti Electronic Filing (NEF).<br>(cib) (Entered: 01/08/2021) |
| 2021 | 388 | EO as to Defendant Malia Arciero: The Government was given until January 6, 2021, to submit a response to Ms. Arciero compassionate release motion. The court, having received no response, had staff contact the Government, which stated tha file a response. Usually, a lack of response indicates a lack of opposition. To avoid confusion, court rules provide for the f statement of no opposition. When court staff asked the Government to file a statement of no opposition, the Government s it would file a statement saying simply that it opposed the motion. The Government is, of course, at liberty to take whatev chooses. It may want to consider that a statement of opposition with no explanation, analysis, discussion, or citation to the case authorities will be as ineffective as a motion simply requesting relief without discussion. The court is certainly not tel Government what to do, but, having missed the earlier deadline, the Government is now being offered a new response dea January 8, 2021. Alternatively, the Government may file nothing, which may lead this court to rely on the record as indica Government does not oppose the motion. Ms. Arciero may file an optional reply memorandum by January 13, 2021. re 38 (JUDGE SUSAN OKI MOLLWAY)<br>(cib) (Entered: 01/07/2021) |
| 2021 | 387 | ORDER of USCA as to 352 Notice of Appeal – Final Judgment filed by Malia Arciero; USCA No. 19–15532<br>    The motion to recall the mandate (Docket Entry No. 33) is denied. |

| | | |
|---|---|---|
| | | (jo) (Entered: 01/06/2021) |
| 2020 | | COURT'S CERTIFICATE of Service – a copy of <u>386</u> Correspondence, <u>383</u> Motion for Compassionate Release, <u>385</u> Lette has been served by First Class Mail to the addresses of record on Malia Arciero. <u>386</u> Correspondence mailed to Mr. James Copy of <u>386</u> correspondence placed in Judge Seabright box and US Attorney's box for Mr. Muehleck. Registered Participa CM/ECF received the document electronically at the e–mail address listed on the Notice of Electronic Filing (NEF). (cib) (Entered: 12/29/2020) |
| 2020 | 386 | Correspondence addressed to Mr. James Arciero from Judge Susan Oki Mollway, dated December 29, 2020 re: Malia Arc #16101–022, Crim. No. 13–01036–SOM. (cib) (Entered: 12/29/2020) |
| 2020 | 385 | Letter addressed to Judge Susan Oki Mollway from James Arciero, dated December 22, 2020 re: support for daughter Mal new request for compassionate release. (cib) (Entered: 12/29/2020) |
| 2020 | 384 | EO: The Government is invited to respond to Malia Arciero's compassionate release request, filed on December 28, 2020. Government's response is due by January 6, 2021. Ms. Arciero may file an optional response by January 11, 2021, or, if sh meet that deadline, by such later date as the court may set if she so requests. The court recalls that Ms. Arciero has previou documents to the court with the help of Mr. Brown, but the court is uncertain whether she will continue to do that, or whet be using mail. The court will review the briefs promptly. re <u>383</u> . (JUDGE SUSAN OKI MOLLWAY) (cib) (Entered: 12/29/2020) |
| 2020 | 383 | NEW MOTION for Compassionate Release filed by Malia Arciero. (cib) (Entered: 12/29/2020) |
| 2020 | 382 | MANDATE of USCA as to <u>352</u> Notice of Appeal – Final Judgment filed by Malia Arciero; USCA No. 19–15532    The judgment of this Court, entered November 06, 2020, takes effect this date.    This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Proce (jo) (Entered: 12/18/2020) |
| 2020 | 381 | ORDER of USCA as to <u>352</u> Notice of Appeal – Final Judgment filed by Malia Arciero; USCA No. 19–15532      The panel unanimously votes to deny the petition for panel rehearing. Dkt. No. 29. Judge Bennett voted to den Arciero's petition for rehearing en banc, and Judges Wallace and Bea so recommend. *Id.*    The full court has been advised of the petition for rehearing en banc, and no judge of the court has requested a on them. Fed. R. App. P. 35.    Arciero's petitions for rehearing and rehearing en banc, filed November 17, 2020, are **DENIED**. (jo) (Entered: 12/10/2020) |
| 2020 | 380 | MEMORANDUM of USCA as to <u>352</u> Notice of Appeal – Final Judgment filed by Malia Arciero; USCA No. 19–15532: (jo) (Entered: 11/06/2020) |
| 2020 | | COURT'S CERTIFICATE of Service – a copy of 379 Link has been served by First Class Mail to the addresses of record Arciero. Registered Participants of CM/ECF received the document electronically at the e–mail address listed on the Notic Electronic Filing (NEF). (cib) (Entered: 09/15/2020) |
| 2020 | 379 | EO: Ms. Arciero has indicated that she will be submitting her medical records to the court. These records should be marke Arciero as "to be filed under seal." The Government must be served with a copy. If Ms. Arciero wants the court to take an should file a motion, not just submit medical records. re <u>377</u> , <u>378</u> . (JUDGE SUSAN OKI MOLLWAY) (cib) (Entered: 09/15/2020) |
| 2020 | | COURT'S CERTIFICATE of Service – copies of <u>377</u> and <u>378</u> have been served by First Class Mail to Malia Arciero at th record. Registered Participants of CM/ECF received the document electronically at the e–mail address listed on the Notice Filing (NEF). (jo) (Entered: 09/15/2020) |
| 2020 | 378 | Letter to Judge Susan Oki Mollway from Malia Arciero, dated September 8, 2020, Re: defendant's inmate request ("cop–c (Attachments: # <u>1</u> Mailing Envelope) (jo) (Entered: 09/15/2020) |
| 2020 | 377 | Letter to Judge Susan Oki Mollway from Malia Arciero, dated September 3, 2020, Re: status of defendant's prison medica (Attachments: # <u>1</u> Mailing Envelope) (jo) (Entered: 09/15/2020) |

| 2020 | | COURT'S CERTIFICATE of Service – a copy of 376 Order will be served by First Class Mail on August 26, 2020 to Ma[...] the address of record. Registered Participants of CM/ECF received the document electronically at the e–mail address liste[...] Notice of Electronic Filing (NEF). <br> (jo) (Entered: 08/25/2020) |
|---|---|---|
| 2020 | 376 | EO: Defendant Malia Arciero seeks reconsideration of this court's order of August 12, 2020, which denied her Motion for [...] Reconsideration of Order Denying Reduction of Sentence Pursuant to 18 U.S.C. § 3582(c)(1)(A)(i). *See* ECF Nos. 374 an[...] court denies the pending motion for reconsideration; Arciero fails to show that there is any reason for reconsideration. On[...] reasons the court denied Arciero's request for compassionate release was her failure to support her claim of chronic bronch[...] she did supply some old medical records, they, contrary to the arguments she makes in her now–pending motion, referred [...] but not to chronic bronchitis. Only the latter is identified by the CDC as putting an individual at increased risk of COVID–[...] complications. In her current motion, Arciero says she has been unable to get more recent medical records from prison off[...] this court to get them for her or to appoint an attorney to get them for her. However, as this court told Arciero earlier, this [...] the habit of obtaining records for parties. Moreover, until recently, Arciero was represented by retained counsel. Because s[...] explain why she now needs a court–appointed attorney, this court does not now appoint one for her. Nor does the law actu[...] such an appointment. What is perhaps most notable is that she does not indicate how her prison medical records would est[...] has chronic bronchitis. At most, she says that her bronchitis must be chronic because of how long her bronchitis symptom[...] Arciero cites no medical training herself and no medical research she has found stating such a thing. Arciero's approach ra[...] that she is only herself interpreting her medical condition. Thus, for example, she appears to want the court to assume that [...] chronic bronchitis because she uses an albuterol inhaler. But the court's understanding is that her compassionate release c[...] albuterol inhaler may also be prescribed for asthma, which is a risk factor with COVID–19 only if of a certain severity. *Se[...] United States*, No. CR 13–00471 SOM, 2020 WL 2820140, at *2 (D. Haw. May 29, 2020) (indicating albuterol use to trea[...] https://www.cdc.gov/coronavirus/2019–ncov/need–extra–precautions/people–withmedical–Conditions.html?CDC_AA_r[...] %203A%%202F%%202Fwww.cdc.gov%%202Fcoronavirus%[...] %202F2019–ncov%%202Fneed–extraprecautions%%202Fgroups–at–higher–risk.html#asthma (indicating that having an [...] severe asthma may increase a person's risk of a severe case of COVID–19) (last visited August 24, 2020). Just as the reco[...] establish chronic bronchitis, it does not establish asthma of the requisite severity. Even if the court accepted the medical d[...] Arciero offers without additional medical records, the court would not reconsider its ruling. In the first place, this court's o[...] was not grounded solely on the medical issue, and Arciero gives short shrift to the court's other reasons. In the second pla[...] other reason that Arciero does address remains an issue. That other issue related to what Arciero plans to do if released at [...] her most recent motion, she says that she would like to live with her father in Hawaii, which differs from the release plans [...] earlier. For the first time, she says that earlier she spoke about staying in Georgia only because she was allegedly told by h[...] attorney that "the government and the courts would not allow or want me back in Hawaii ever." This court has never stated[...] not allow or want Arciero in Hawaii, and the court is unaware of any such statement by the Government. While Arciero as[...] got that notion from her former attorney, the court's understanding is that, just a few weeks ago, Arciero was fully commit[...] in Georgia to be with or close to her fiance. Toward that end, she initially said she planned to live with her fiance, then, wh[...] Government objected, she said she would live in Georgia with a woman who turned out to be her fiance's daughter. Her p[...] is absolutely silent about her fiance, but it is more than a little difficult for this court to square her earlier commitment to b[...] fiance with her new claim that she presented a Georgia–based release plan only out of a belief that the court and the Gove[...] not allow her to be in Hawaii. Interestingly, she apparently never communicated that belief to her family. Otherwise, her f[...] presumably not have offered Hawaii–based release plans. In short, the court's concerns about Arciero's release plan remai[...] <br><br> (JUDGE SUSAN OKI MOLLWAY) <br> (jo) (Entered: 08/25/2020) |
| 2020 | | COURT'S CERTIFICATE of Service – a filed copy of 375 Motion for Reconsideration will be served by First Class Mail [...] 24, 2020 to Malia Arciero at the address of record. Registered Participants of CM/ECF received the document electronica[...] e–mail address listed on the Notice of Electronic Filing (NEF). <br> (jo) (Entered: 08/20/2020) |
| 2020 | 375 | MOTION for Reconsideration re 374 ORDER DENYING Motion For Reconsideration of Order Denying Reduction of Se[...] Pursuant to 18 U.S.C. § 3582(c)(1)(A)(i) – filed by Malia Arciero <br> (Attachments: # 1 Mailing Envelope) <br> (jo) (Entered: 08/20/2020) |
| 2020 | | COURT'S CERTIFICATE of Service – a copy of 374 Order on Motion for Reconsideration has been served by First Clas[...] addresses of record on Malia Arciero. Registered Participants of CM/ECF received the document electronically at the e–m[...] listed on the Notice of Electronic Filing (NEF). <br> (cib) (Entered: 08/12/2020) |
| 2020 | 374 | ORDER DENYING Motion For Reconsideration of Order Denying Reduction of Sentence Pursuant to 18 U.S.C. § 3582([...] to Defendant Malia Arciero re 367 . Signed by JUDGE SUSAN OKI MOLLWAY on 8/12/2020. <br> (cib) (Entered: 08/12/2020) |
| 2020 | 373 | Letters addressed to Judge Susan Oki Mollway from James Arciero, Nalani Arciero and Keala Arciero re: Compassionate [...] Defendant Malia Arciero. |

| | | |
|---|---|---|
| | | (Attachments: # 1 letter from Nalani Arciero, # 2 letter from Keala Arciero, # 3 mailing envelope) (cib) (Entered: 08/03/2020) |
| 2020 | | COURT'S CERTIFICATE of Service – a copy of 372 Reply will be served by First Class Mail on July 31, 2020 to Malia #16101–022, FCI Victorville, Satellite Camp, PO Box 5300, Adelanto, CA 92301. Registered Participants of CM/ECF rec document electronically at the e–mail address listed on the Notice of Electronic Filing (NEF). (jo) (Entered: 07/30/2020) |
| 2020 | 372 | Defendant's REPLY To The Government's Response In Opposition To Defendant's Pro Se Motion For An Compassionate To The COVID–19 Pandemic *re*: 371 – filed by Malia Arciero (Attachments: # 1 Certificate of Service, # 2 Exhibit F, # 3 Mailing Envelope) (jo) (Entered: 07/30/2020) |
| 2020 | 371 | RESPONSE in Opposition by USA as to Malia Arciero re 367 MOTION for Reconsideration re 364 Order on Motion to F Sentence, *United States Opposition to Defendant's Pro Se Motion for Reconsideration/COS* (Attachments: # 1 Declaratio Annelizabeth W. Card, Ph.D., # 2 Statements of Michael D. Carvajal and Dr. Jeffery Allen, # 3 Exhibit 1)(Muehleck, Tho (Entered: 07/24/2020) |
| 2020 | | COURT'S CERTIFICATE of Service – a copy of 370 Order on Motion to Withdraw as Attorney Link has been served by Mail to the addresses of record on Malia Arciero #16101–022, FCI Victorville, Satellite Camp, PO Box 5300, Adelanto, C Registered Participants of CM/ECF received the document electronically at the e–mail address listed on the Notice of Elec (NEF). (cib) (Entered: 07/17/2020) |
| 2020 | 370 | EO : Ms. Arciero's attorney has moved to withdraw as her counsel with respect to her motion for reconsideration of the de compassionate release request. Counsel cites Ms. Arciero's desire to proceed pro se. Ms. Arciero has filed a pro se reconsi motion (ECF No. 367), in which she expresses an intent to proceed without counsel. Earlier she filed other documents pro 359, 361). She appears to have assistance from an individual who is not licensed to practice before this court. That individ an active role in communicating with court staff about whether Ms. Arciero's submissions are reaching the court. The reco includes more than one statement of concern by this court relating to the submission of pro se papers by a represented part to this court that Ms. Arciero wishes to represent herself with respect to seeking compassionate release. The court therefor counsel's motion to withdraw. Because counsel was retained, because the record does not include a financial affidavit re indigency, because this is not a matter involving a constitutional right to court–appointed counsel, and because Ms. Arcier difficulty representing herself, the court does not refer this matter to court–appointed counsel, which the court has been do compassionate release requests by indigent individuals. If Ms Arciero believes she qualifies as indigent and would like suc she should so inform the court. Otherwise, the court will address her pending pro se motion after briefing is completed. Th will list Mr. Otake's representation of Ms. Arciero as terminated, although he continues to represent her in her pending sec appeal. In the event there are post–appeal proceedings in this court in which Mr. Otake will be representing Ms. Arciero, h a notice of appearance to reactivate his status in the record. re 369 . (JUDGE SUSAN OKI MOLLWAY) (cib) (Entered: 07/17/2020) |
| 2020 | 369 | MOTION to Withdraw as Attorney by Thomas M. Otake. by Malia Arciero. (Otake, Thomas) (Entered: 07/16/2020) |
| 2020 | | COURT'S CERTIFICATE of Service – a copy of 368 Link, has been served by First Class Mail to Malia Arciero #16101– Victorville, Satellite Camp, PO Box 5300, Adelanto, CA 92301. Registered Participants of CM/ECF received the docume electronically at the e–mail address listed on the Notice of Electronic Filing (NEF). (cib) (Entered: 07/15/2020) |
| 2020 | 368 | EO : The court repeats its request to Mr. Otake for written clarification about whether he represents Malia Arciero with re continuing request for compassionate release. If he does not, he should promptly file a motion to withdraw. Ms. Arciero ap intend to proceed pro se, and, given the time–sensitive nature of her pending request, the court will schedule briefing on h request. However, the lack of clarity in the record may lead to obvious complications (e.g., with respect to responsibility f possible notice of appeal in the event the renewed request ends up being denied, a circumstance the court raises only to hig seriousness of the situation, not because the court has actually determined what ruling to issue). The court notes that Ms. A motion is styled as one for reconsideration, but that, given its timing and circumstances, including apparent recent exhaust new developments, it might more appropriately be deemed a new motion. The Government's response to the pro se motion July 24, 2020, and should take into account the issue of whether this should be treated as an entirely new motion. Ms. Arc an optional reply memorandum by August 3, 2020. re 367 . (JUDGE SUSAN OKI MOLLWAY) (cib) (Entered: 07/15/2020) |
| 2020 | | COURT'S CERTIFICATE of Service – a file stamped copy of 367 Motion for Reconsideration will be served by First Cla July 15, 2020 to Malia Arciero #16101–022, FCI Victorville, Satellite Camp, PO Box 5300, Adelanto, CA 92301. Registe Participants of CM/ECF received the document electronically at the e–mail address listed on the Notice of Electronic Filin (jo) (Entered: 07/14/2020) |

| | | |
|---|---|---|
| 2020 | 367 | Defendant's Pro Se MOTION for Reconsideration re 364 ORDER DENYING Motion Requesting Reduction Of Sentence<br>18 U.S.C. § 2582 (c)(1)(A)(i) – filed by Malia Arciero<br>Exhibits B, D, and E are restricted to case participants as they contain personal identifiers<br>(Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Mailing Envelope)<br>(jo) (Entered: 07/14/2020) |
| 2020 | | COURT'S CERTIFICATE of Service – a copy of 366 Link, has been served by First Class Mail to the address for Malia A<br>FCI Victorville<br>Satellite Camp<br>PO Box 5300<br>Adelanto, CA 92301<br>Registered Participants of CM/ECF received the document electronically at the e–mail address listed on the Notice of Ele<br>(NEF).<br>(cib) (Entered: 07/06/2020) |
| 2020 | 366 | EO : The court has received a letter from Ms. Arciero in which she appears to be arguing for compassionate release. Beca<br>refers to a separate reconsideration motion that she intends to file, the court takes no action at this time in response to the l<br>court asks Ms. Arciero's counsel to clarify whether Ms. Arciero is now representing herself, or whether counsel continues<br>her. re 365 Letter.<br>(JUDGE SUSAN OKI MOLLWAY)<br>(cib) (Entered: 07/06/2020) |
| 2020 | 365 | Letter addressed to Judge Susan Oki Mollway from Defendant Malia Arciero, dated June 28, 2020 re: Compassionate Rel<br>(cib) (Entered: 07/06/2020) |
| 2020 | 364 | ORDER DENYING Motion Requesting Reduction Of Sentence Pursuant to 18 U.S.C. § 2582 (c)(1)(A)(i) as to Defendan<br>Arciero (01) re 356 .<br><br>Arciero's motion for compassionate release is denied based on her failure to exhaust. Even if she had exhausted, she does<br>present record, show extraordinary and compelling reasons that she should now be released.<br><br>Signed by JUDGE SUSAN OKI MOLLWAY on 6/5/2020.<br>(cib) (Entered: 06/05/2020) |
| 2020 | 363 | Letter addressed to Judge Susan Oki Mollway from Thomas A. Otake, Esq., dated June 4, 2020 re: Ms. Arciero reply men<br>related to her COVID–19 release motion.<br>(cib) (Entered: 06/05/2020) |
| 2020 | 362 | Defendant's original signature to ECF 361 AMENDED PRO SE FILING – filed by Malia Arciero<br>(Attachments: # 1 Mailing Envelope)<br>(jo) (Entered: 06/04/2020) |
| 2020 | 361 | AMENDED PRO SE FILING – filed by Defendant Malia Arciero re 358 356 .(original signature omitted)<br>(cib)<br>Modified docket text on 6/3/2020 (cib). (Entered: 06/03/2020) |
| 2020 | 360 | EO : On June 1, 2020, the court received materials submitted by email on behalf of Ms. Arciero from a person who is not<br>record. The court notes that these materials appear to have been timely submitted if intended to be Ms. Arciero's optional<br>memorandum. (The optional reply memorandum had a deadline of May 30, 2020, which was a Saturday, so the court dee<br>memorandum submitted by Monday, June 1, the next working day.) However, the materials consist of a single page that r<br>Arciero and a number of pages that relate to a case in a different district that may have been attached in error instead of ot<br>relevant to Ms. Arciero. Besides the confusion in the pages, the court is concerned that Ms. Arciero is filing documents as<br>se party, when she in fact is represented by counsel. The court asks Ms. Arciero's counsel to inform the court in writing n<br>June 4, 2020, whether counsel is adopting Ms. Arciero's pro se filing as her optional reply memorandum, or whether coun<br>have this court disregard those materials, as Ms. Arciero may not simultaneously proceed pro se and be represented by co<br>counsel is adopting Ms. Arciero's pro se filing, the court will allow Ms. Arciero to submit pages relating to herself in plac<br>that may have been mistakenly submitted, but that new submission must be limited to pages Ms. Arciero intended to subm<br>2020, not some new argument or document. re 359 .<br>(JUDGE SUSAN OKI MOLLWAY)<br>(cib) (Entered: 06/02/2020) |
| 2020 | | ADVISORY ENTRY regarding 359 Pro Se Filing, filed by Malia Arciero. The PDF attached to this entry at filing was inc<br>document was missing the first page email from Mr. Rodrick Brown. A corrected PDF has been uploaded and has replace<br>attachment. The Notice of Electronic Filing will be regenerated to all parties.<br>(cib) (Entered: 06/02/2020) |

| 2020 | 359 | PRO SE FILING filed by Defendant Malia Arciero.<br>(cib)<br><br>attached to Defendant's Malia Arciero pro se filing is a reply for Ashley L. Roman for the United States District Court Eastern District of Kentucky(Northern Division Coningto... on 6/2/2020 to correct filing date to June 1, 2020 (cib). (Main Document 359 replaced on 6/2/2020) (cib, ). (Entered: 06/02... |
|------|-----|---|
| 2020 | 358 | RESPONSE by USA as to Malia Arciero re ~~357 Link,, Set Ripe Motion Deadline~~ 356 MOTION to Reduce Sentence *Go... Response to Defendant's Emergency Motion to Reduce Sentence Pursuant to Title 18 U.S.C. § 3582 (c)(1)(A)(i)/COS* (Att... Declaration of Annelizabeth W. Card, Ph.D.)(Muehleck, Thomas)<br>Docket Text Modified on 5/28/2020 (jo)<br>(Entered: 05/26/2020) |
| 2020 | 357 | EO: Defendant Malia Arciero has filed a motion for compassionate release. The court asks the Government to file its respo... 26. An optional reply may be filed by counsel for Ms. Arciero by May 30. The court will review the briefs to determine w... hearing or not. re 356 .<br>(JUDGE SUSAN OKI MOLLWAY)<br>(cib) (Entered: 05/20/2020) |
| 2020 | 356 | MOTION to Reduce Sentence *Pursuant to 18 U.S.C. §3582(C)(1)(a)(i)(Compassionate Release)* by Malia Arciero. (Attac... Memorandum in Support of Motion, # 2 Declaration Of Counsel, # 3 Certificate of Service)(Otake, Thomas) Modified on ... (apg, ). (Entered: 05/19/2020) |
| 2020 | 355 | TRANSCRIPT of Proceedings 309 MOTION TO VACATE UNDER 28 U.S.C. 2255 as to Malia Arciero – held on 12/4/... Judge SUSAN OKI MOLLWAY. Court Reporter–Cynthia Fazio, Telephone number–(808) 541–2063. Email Address – cf@hid.uscourts.gov PP. 84, **90–Day Transcript Restriction:** PACER access to filed transcripts is restricted for 90 days ... date to permit redaction of personal identifiers. Citations to restricted transcripts in filed documents must be limited to tho... the proceedings that are relevant and in need of judicial review. Attaching restricted transcripts, in their entirety, to filed d... should be limited to situations with specific need. Transcript may be viewed at the court public terminal or ordered throug... Reporter before the deadline for Release of Transcript. Redaction Request due 2/26/2020. Redacted Transcript Deadline s... 3/9/2020. Release of Transcript Restriction set for 5/5/2020. (Entered: 02/05/2020) |
| 2020 | 354 | TRANSCRIPT Designation and Ordering Form by Malia Arciero for proceedings held on 12/04/2018 before Judge Judge ... Mollway, (Otake, Thomas) (Entered: 01/31/2020) |
| 2019 | 353 | ORDER of USCA as to Malia Arciero re 352 Notice of Appeal – Final Judgment; USCA No. 19–15532<br><br>   "The request for a certificate of appealability (Docket Entry No. 2) is granted with respect to the following issu... whether trial counsel was ineffective in violation of appellant's Sixth Amendment right to counsel. *See* 28 U.S.C. . 2253(c)(3); *see also* 9th Cir. R. 22–1(e).<br>   The opening brief is due January 22, 2020; the answering brief is due February 21, 2020; the optional reply bri... due within 21 days after service of the answering brief.<br>   The Clerk shall serve on appellant a copy of the "After Opening a Case – Counseled Cases" document.<br><br>(jo) (Entered: 09/30/2019) |
| 2019 | 352 | NOTICE OF APPEAL by Malia Arciero re 350 Order on Motion to Vacate (2255),, Filing fee $ 505, receipt number 0975... 9CCA 19–15532 (Otake, Thomas) Modified on 3/25/2019 to add court of appeal case number to docket text(cib). (Entere... |
| 2019 | 351 | NOTICE from USCA as to Malia Arciero – USCA Case Number 19–15532.<br><br>The Clerk's Office of the United States Court of Appeals for the Ninth Circuit has received a copy of your notice of appea... request for a certificate of appealability.A briefing schedule will not be set until the court determines whether acertificate ... appealability should issue.Absent an emergency, all subsequent filings in this matter will be referred to the panel assigned ... whether or not to grant the certificate of appealability.All subsequent letters and requests for information regarding this ma... added to your file to be considered at the same time the cause is brought before the court.The U.S. Court of Appeals docke... shown above has been assigned to thiscase. You must indicate this Court of Appeals docket number whenever youcommu... this court regarding this case.<br>(cib)<br>Notice of Appeal was filed in CV 18–00090–SOM. (Entered: 03/22/2019) |
| 2019 | 350 | ORDER Denying Defendant Malia Arciero's Motion Under 28 U.S.C. § 2255 and Declining To Issue A Certificate of App... 309 .<br>"For the foregoing reasons, the court denies Arciero's § 2255 motion and declines to issue her a certificate of appealabilit... Court is directed to enter judgment in favor of the Government and against Arciero in Civil No. 18–00090 SOM and to clo... Signed by JUDGE SUSAN OKI MOLLWAY on 1/28/2019.<br>(cib)<br>Civil Case 1:18–cv–00090–SOM closed. (Entered: 01/28/2019) |

| 2018 | 349 | EP : Second Further Hearing on <u>309</u> Malia Arciero's 28 U.S.C. §2255 Motion as Defendant Malia Arciero held on 12/4/20[...] Defendant Malia Arciero present, in custody.<br><br>Both counsel previously stipulated to having all exhibits(Government and Defendant), except for defendants exhibit no. 2, purposes of this hearing only.<br><br><u>Defendant's Witness:</u><br>2) Malia Arciero(D, C, RD, RC)<br><br><u>Governments Witness:</u><br>1) Gary Dubin(D, C, RD)<br><br>Both counsel agree that all exhibits(Government 1–10 and Defendant 1–4), are received for purposes of this hearing only.<br><br><u>309</u> Malia Arciero's 28 U.S.C. §2255 Motion –TAKEN UNDER ADVISEMENT.<br><br>Defendant remanded to the custody of the USMS.<br>(Court Reporter Cynthia Fazio.) (JUDGE SUSAN OKI MOLLWAY)(cib, ) (Entered: 12/04/2018) |
| 2018 | 348 | Letter addressed to Judge Susan Oki Mollway from Thomas Muehleck, AUSA, dated 11/29/2018 re: Further Evidentiary [...] scheduled for Tuesday, December 4, 2018 at 10:30 a.m. – Mr. Gary V. Dubin. (cib, ) (Entered: 12/03/2018) |
| 2018 | 347 | SECOND AMENDED EXHIBIT LIST by USA as to Malia Arciero. (Muehleck, Thomas) Modified on 11/28/2018 to add [...] amended to docket text (cib, ). (Entered: 11/27/2018) |
| 2018 | 346 | Letter addressed to Judge Susan Oki Mollway from Thomas Muehleck, AUSA, dated on 11/26/2018 re: Response to the C[...] calendaring further motion hearing set for Tuesday, December 4, 2018 at 10:30 a.m. (cib, ) (Entered: 11/26/2018) |
| 2018 | 345 | EO: in case as to Malia Arciero <u>309</u> First MOTION to Vacate under 28 U.S.C. 2255. Further motion hearing has been set [...] at 10:30 AM before JUDGE SUSAN OKI MOLLWAY. (JUDGE SUSAN OKI MOLLWAY)(tl, ) (Entered: 11/16/2018) |
| 2018 | 344 | Letter addressed to Judge Susan Oki Mollway from Thomas M. Otake, Esq. dated November 9, 2018 re: Two witnesses ca[...] continued hearing.<br>(Attachments: # <u>1</u> letter of transmittal) (cib, ) (Entered: 11/09/2018) |
| 2018 | 343 | EP :Further Hearing on <u>309</u> Malia Arciero's 28 U.S.C. § 2255 Motion as to Defendant Malia Arciero held on 11/8/2018.<br>Defendant Malia Arciero present, in custody.<br>Mr. Otake was not present.<br><br>Further Hearing on <u>309</u> Malia Arciero's 28 U.S.C. §2255 Motion to be set at a later time.<br>Defendant remanded to the custody of the USMS.<br>(Court Reporter Gloria Bediamol.) (JUDGE SUSAN OKI MOLLWAY)(cib, ) (Entered: 11/08/2018) |
| 2018 | 342 | Letter addressed to Judge Susan Oki Mollway from Thomas M. Otake, Esq. dated November 8, 2018 re: Apology Letter. [...]<br>(Entered: 11/08/2018) |
| 2018 | 341 | EO: The court has received a letter of apology from Mr. Otake that does not provide all the information required by the mi[...] posted earlier today by this court. So that there is no chance of any misunderstanding, the court urges Mr. Otake to review[...] minute order and not to assume that his letter of apology satisfies his obligations. (JUDGE SUSAN OKI MOLLWAY)(tl, [...] 11/08/2018) |
| 2018 | 340 | EO: Today, the court convened a long–scheduled proceeding to hear additional witnesses relating to Defendant Malia Arc[...] § 2255 motion. Defense counsel did not show up for the hearing. When the court called his office, the court was told that [...] in trial. Presumably, Mr. Otake knew before today that he would be in trial today, yet he never so informed the court. Inde[...] could hardly have forgotten about the matter, as court staff has repeatedly contacted him to remind him that he needed to [...] witnesses, having only sent an informal email to court staff about possible witnesses. Mr. Otake has been informed that th[...] not typically place in the case file informal emails sent by counsel to staff. Despite four or five reminders, Mr. Otake has n[...] statement of his witnesses. This court had reserved several hours of its time for possible witnesses, causing some difficulti[...] scheduling other matters. Of course, this judge, having herself been a practicing litigator and having herself tried cases bef[...] a judge, is fully aware of how consuming a trial can be. Nevertheless, counsel has an obligation to Ms. Arciero, to witness[...] court, and to opposing counsel not to simply ignore a scheduled hearing in order to handle an unrelated trial. At the very le[...] should have timely sought a continuance of the hearing in this case. Mr. Otake is now ordered to send an actual letter to th[...] email to staff, listing five dates before December 15, 2018, on which he is available for a continued hearing in this matter [...] stating with certainty (not as a mere possibility) what, if any, witnesses he will present at the continued hearing. The notifi[...] witnesses will allow opposing counsel to determine which witnesses to line up and will also allow this court to budget its ov[...] efficiently (i.e., not to needlessly reserve time for the hearing if witnesses will not actually be called). Mr. Otake's letter m[...] later than 11:59 p.m. today. If no letter complying with this minute order is timely filed, the court may deem the evidence [...] |

| | | |
|---|---|---|
| | | Ms. Arciero's motion to be complete or may consider denying the motion for failure to pursue it. (JUDGE SUSAN OKI MOLLWAY)(tl, ) (Entered: 11/08/2018) |
| 2018 | 339 | AMENDED EXHIBIT LIST; Certificate of Service by USA as to Malia Arciero. (Muehleck, Thomas) Modified on 11/7/2 amended to docket text (cib, ). (Entered: 11/06/2018) |
| 2018 | 338 | TRANSCRIPT of Proceedings 309 MALIA ARCIEROS 28 U.S.C. §2255 MOTION as to Malia Arciero – held on 9/24/1 Judge SUSAN OKI MOLLWAY. Court Reporter–Cynthia Fazio, Telephone number–(808)541–2063. Email Address – cf@hid.uscourts.gov PP. 103, **90–Day Transcript Restriction:** PACER access to filed transcripts is restricted for 90 days date to permit redaction of personal identifiers. Citations to restricted transcripts in filed documents must be limited to tho the proceedings that are relevant and in need of judicial review. Attaching restricted transcripts, in their entirety, to filed d should be limited to situations with specific need. Transcript may be viewed at the court public terminal or ordered throug Reporter before the deadline for Release of Transcript. Redaction Request due 11/26/2018. Redacted Transcript Deadline 12/6/2018. Release of Transcript Restriction set for 2/3/2019. (Entered: 11/05/2018) |
| 2018 | 337 | Letter addressed to Judge Susan Oki Mollway from Thomas Muehleck, AUSA, dated on 10/4/2018 re: Witnesses availabi (cib, ) (Entered: 10/05/2018) |
| 2018 | 336 | NOTICE OF HEARING ON MOTION in case as to Malia Arciero – 309 First MOTION to Vacate under 28 U.S.C. 2255 11/08/2018 at 09:00 AM in Aha Kanawai before JUDGE SUSAN OKI MOLLWAY. (rlfh) (Entered: 10/03/2018) |
| 2018 | 334 | EO: Before scheduling a continued hearing, the court would like to know how much time the parties anticipate needing. W has the parties' proposed witness lists, it is not clear that all listed witnesses will actually be called. The court therefore ask to confirm in writing, no later than October 2, 2018, what witnesses he will be calling at any continued hearing. No later th 2018, Mr. Muehleck is asked to notify the court of any witnesses he will call in light of Petitioners' witnesses. If there are witnesses, that will affect the court's scheduling decision. (JUDGE SUSAN OKI MOLLWAY)(tl, ) (Entered: 09/25/2018) |
| 2018 | 335 | EP :Motion Hearing as to Defendant Malia Arciero held on 9/24/2018 re 309 . Defendant Malia Arciero present, in custody. Defendants Witness: 1) Gary Dubin(D, C, RD, RC) Counsel stipulate that all exhibits(Government and Defendant) will be received for purposes of this hearing only. Defendant's oral request to continue the hearing for 309 Malia Arcieros 28 U.S.C. §2255 Motion–GRANTED. A further h be set at a later time. Defendant remanded to the custody of the USMS. (Court Reporter Cynthia Fazio.) (JUDGE SUSAN OKI MOLLWAY)(cib, ) (Additional attachment(s) added on 7/31/2019 Defendant's Exhibit List, # 2 Defendant's Witness List) (cib, ). (Additional attachment(s) added on 7/31/2019: # 3 Governm List, # 4 Government's Witness List) (cib, ). (Entered: 09/25/2018) |
| 2018 | 333 | WITNESS LIST by Malia Arciero. (Otake, Thomas) (Entered: 09/22/2018) |
| 2018 | 332 | EXHIBIT LISTby Malia Arciero as toMalia Arciero, Keala Arciero. (Otake, Thomas) (Entered: 09/22/2018) |
| 2018 | 331 | WITNESS LISTby USA as toMalia Arciero. (Muehleck, Thomas) (Entered: 09/21/2018) |
| 2018 | 330 | EXHIBIT LISTby USA as toMalia Arciero. (Muehleck, Thomas) (Entered: 09/20/2018) |
| 2018 | 329 | EO: Mr. Otake has probably already taken steps to arrange for Ms. Arciero to be brought to Honolulu for her 2255 hearin there is no confusion on this point, this court stresses that it is looking to Mr. Otake to work with the USA, the Marshals S the BOP to accomplish Ms. Arciero's transport here in time for that hearing. (JUDGE SUSAN OKI MOLLWAY)(tl, ) (En 07/20/2018) |
| 2018 | 328 | EO: as to (01) Malia Arciero: On July 13, 2018, Defendant Malia Arciero moved to continue the upcoming hearing on her motion under 28 U.S.C. § 22 Nos. 309 and 327 . The court contacted the Government to ask whether it wanted to submit written opposition to the motio it was not opposing the motion. The Government informed the court that it has no opposition to the motion. Accordingly, the court grants the motion and continues the hearing to **September 24, 2018, at 9:00 a.m.**, before the Hono Oki Mollway. Motion terminated as to Malia Arciero: 327 MOTION to Continue *Evidentiary Hearing and Request to be Present in Person for the Hearing* filed by Malia Arciero. 309 First MOTION to Vacate under 28 U.S.C. 2255 filed by Malia Arciero CONTINUED to 9/24/2018 09:00 AM in Aha Kanawai before JUDGE SUSAN OKI MOLLWAY. (JUDGE SUSAN OKI MOLLWAY) (emt, ) (Entered: 07/17/2018) |

| | | |
|---|---|---|
| 2018 | <u>327</u> | MOTION to Continue *Evidentiary Hearing and Request to be Present in Person for the Hearing* by Malia Arciero. (Attac Declaration, # <u>2</u> Certificate of Service)(Otake, Thomas) (Entered: 07/13/2018) |
| 2018 | <u>326</u> | ORDER Finding Attorney–Client Privilege Waiver As To Former Attorney Gary Michael J. Green as to Defendant Malia <u>323</u> . Signed by JUDGE SUSAN OKI MOLLWAY on 7/5/2018. (cib, ) (Entered: 07/05/2018) |
| 2018 | 325 | EO: Mr. Otake should make arrangements with court staff if his client will be participating in the evidentiary hearing by p videoconference. (JUDGE SUSAN OKI MOLLWAY)(tl, ) (Entered: 07/05/2018) |
| 2018 | 324 | EO: Counsel for Malia Arciero is directed to respond in writing to the United States' Request for Order Finding Attorney– Privilege Waiver as to Former Attorney Michael J. Green. The response should be filed no later than July 3, 2018. (JUDGE OKI MOLLWAY)(tl, ) (Entered: 06/26/2018) |
| 2018 | <u>323</u> | REQUEST for United States' Request for Order Finding Attorney–Client Privilege Waiver as to Former Attorney Michae Green/COS by USA (Attachments: # <u>1</u> Exhibit 1)(Muehleck, Thomas) (Entered: 06/26/2018) |
| 2018 | 322 | EO: The motion for evidentiary hearing is granted, and the hearing is scheduled as set forth in a separate minute order. (JU SUSAN OKI MOLLWAY)(tl, ) (Entered: 06/26/2018) |
| 2018 | 321 | NOTICE OF HEARING ON MOTION in case as to Malia Arciero <u>309</u> First MOTION to Vacate under 28 U.S.C. 2255. A Motion Hearing date has been set for 7/19/2018 at 1:30 PM in Aha Kanawai before JUDGE SUSAN OKI MOLLWAY. (t 06/25/2018) |
| 2018 | | ADVISORY ENTRY.No further action required. Please be advised that the Office of the Clerk has modified the docket te document number link to correlate to the underlying Motion to Vacate under 28 U.S.C. 2255, docket number <u>320</u> . Certai in CM/ECF allow the filer to create a link to pleadings by presenting the text: "Should the document you are filing link to document in this case?" In this instance, the filer would have checked the box and linked the filing to the pertinent docume to Vacate under 28 U.S.C. 2255 <u>309</u> . (cib, ) (Entered: 06/22/2018) |
| 2018 | <u>320</u> | REPLY Brief; Exhibit A. Declaration of Malia Arciero; Certificate of Service re: <u>309</u> by Malia Arciero (Attachments: # <u>1</u> Declaration, # <u>3</u> Certificate of Service)(Otake, Thomas) Modified to include a document number link to correlate to the ur Motion to vacate under 28 U.S.C 2255 on 6/22/2018 (cib, ). (Entered: 06/21/2018) |
| 2018 | <u>319</u> | RESPONSE to Motion by USA as to Malia Arciero re <u>309</u> First MOTION to Vacate under 28 U.S.C. 2255 *United States' Petitioner's Motion to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody Under 28 U.S.C. 2255/COS* (Attachments: # <u>1</u> Exhibit 1, # <u>2</u> Exhibit 2, # <u>3</u> Exhibit 3, # <u>4</u> Exhibit 4, # <u>5</u> Exhibit 5)(Muehleck, Thomas) (Entered: 06/15 |
| 2018 | 318 | EO: The court grants the Government's Motion For a Two–Week Extension of Time to File Response. *See* ECF No. 317. Government may file its response no later than June 15, 2018. Defendant Malia Arciero may file an optional reply memoran later than July 9, 2018. (JUDGE SUSAN OKI MOLLWAY)(tl, ) (Entered: 06/01/2018) |
| 2018 | <u>317</u> | MOTION for Extension of Time to File *United States' Motion for a Two Week Extension of Time to File Response to Mot Set Aside, or Correct Sentence by a Person in Federal Custody Under 28 U.S.C. 2255/Certificate of Service* by USA as to Arciero. (Muehleck, Thomas) (Entered: 05/31/2018) |
| 2018 | 316 | EO: The court grants the Government's Motion To Extend Time To File Response. The Government may file its response June 1, 2018. Defendant Malia Arciero may file an optional reply memorandum no later than June 22, 2018. (JUDGE SUS MOLLWAY)(tl, ) (Entered: 04/27/2018) |
| 2018 | <u>315</u> | MOTION for Extension of Time to File *United States' Motion to Extend Time to File Response to Motion to Vacate, Set A Correct Sentence by a Person in Federal Custody Under 28 U.S.C. 2255; Certificate of Service* by USA as to Malia Arcie (Muehleck, Thomas) (Entered: 04/26/2018) |
| 2018 | 314 | EO: The court announces a new deadline for the Government's response to the § 2255 motion. Because the court has only the motion seeking a waiver of the attorney–client privilege, the Government may file its response by May 1, 2018. Defen Arciero may file an optional reply memorandum no later than May 22, 2018. The court will decide whether to hold the req evidentiary hearing following its review of all briefs. (JUDGE SUSAN OKI MOLLWAY)(tl, ) (Entered: 03/30/2018) |
| 2018 | <u>313</u> | ORDER Finding Attorney–Client Privilege Waiver As To Former Attorney Gary Victor Dubin – re: <u>309</u> <br><br>"On March 12, 2018, Petitioner Malia Arciero filed a motion to vacate, set aside, or correct her sentence under 28 U.S.C. § § 2255 motion, Arciero claims that she did not receive effective assistance of counsel from Attorney Gary Victor Dubin, i associates at the Dubin Law Office. Accordingly, in order to investigate the ineffective assistance of counsel claim made b her present § 2255 motion and to reply to such claim, the United States is entitled to inquire into certain communications b Arciero and Mr. Dubin and his associates at the Dubin Law Office, which would otherwise be protected by the attorney–c privilege. Consequently, Mr. Dubin and his associates at the Dubin Law Office are authorized to provide information to th States about such attorney–client communications between Arciero and her counsel, to the extent such communications are reasonable related to, the ineffective assistance of counsel claim made in Arciero's § 2255 motion." Signed by JUDGE SU MOLLWAY on 3/30/18. (cib) (Entered: 03/30/2018) |

| 2018 | 312 | EO: The Government has moved for an order finding a waiver of the attorney–client privilege in connection with Defenda Arciero's § 2255 motion. Any response to the Government's motion is due no later than March 23, 2018. The court will ru motion following March 23, 2018. The Government's response to the § 2255 motion is due no later than April 23, 2018. (J SUSAN OKI MOLLWAY)(tl, ) |
|------|-----|------|
|      |     | CERTIFICATE OF SERVICE |
|      |     | Participants registered to receive electronic notifications received this document electronically at the e–mail address listed on the Notice of Electronic Filing (NEF). Participants receive electronic notifications were served by first class mail on the date of this docket entry (Entered: 03/16/2018) |
| 2018 | 311 | REQUEST for Order Finding Attorney–Client Privilege Waiver as to Former Attorney Gary Victor Dubin; Certificate of S USA (Attachments: # 1 Exhibit 1)(Muehleck, Thomas) (Entered: 03/15/2018) |
| 2018 | 310 | MOTION for Hearing *Evidentiary* by Malia Arciero. (Otake, Thomas) (Entered: 03/12/2018) |
| 2018 | 309 | First MOTION to Vacate under 28 U.S.C. 2255 by Malia Arciero. (Otake, Thomas)<br>Civil case 1:18–cv–00090–SOM opened. (Entered: 03/12/2018) |
| 2017 | 308 | MANDATE of USCA as to **MALIA ARCIERO** re: 284 Notice of Appeal – 9CCA no. 15–10479. |
|      |     | "The judgment of this Court, entered March 03, 2017, takes effect this date.This constitutes the formal mandate of this Court issued pursuant to R Federal Rules of Appellate Procedure." |
|      |     | (afc) |
|      |     | CERTIFICATE OF SERVICE |
|      |     | Participants registered to receive electronic notifications received this document electronically at the e–mail address listed of Electronic Filing (NEF). Participants not registered to receive electronic notifications were served by first class mail on this docket entry (Entered: 03/28/2017) |
| 2017 | 307 | MEMORANDUM of USCA as to (01) Malia Arciero re 284 Notice of Appeal – Final Judgment, 9CCA NO. 15–10479: AFFIRMED.<br>(emt, ) |
|      |     | CERTIFICATE OF SERVICE |
|      |     | Parties served by Ninth Circuit Court of Appeals. (Entered: 03/15/2017) |
| 2017 | 306 | ORDER of USCA as to (01) Malia Arciero re 284 Notice of Appeal, 9CCA NO. 15–10479:<br>This case will be submitted on the briefs and record, without oral argument, on February 24, 2017, in Honolulu, Hawaii.<br>(emt, ) |
|      |     | CERTIFICATE OF SERVICE |
|      |     | Parties served by Ninth Circuit Court of Appeals. (Entered: 02/21/2017) |
| 2016 | 305 | Certificate of Record re 284 Notice of Appeal – Final Judgment USCA Number: 15–10479. (lmg, ) |
|      |     | CERTIFICATE OF SERVICE |
|      |     | Participants registered to receive electronic notifications received this document electronically at the e–mail address listed on the Notice of Electronic Filing (NEF). Participants receive electronic notifications were served by first class mail on the date of this docket entry (Entered: 02/17/2016) |
| 2016 | 304 | TRANSCRIPT of Proceedings Jury Trial (Jury Verdict) as to Malia Arciero held on 1/8/15 before Judge Susan Oki Mollw Reporter Debra Chun, Telephone number (808) 541–2061. 90–Day Transcript Restriction: PACER access to filed transcri restricted for 90 days from the file date to permit redaction of personal identifiers. Citations to restricted transcripts in filed must be limited to those portions of the proceedings that are relevant and in need of judicial review. Attaching restricted tr their entirety, to filed documents should be limited to situations with specific need. Transcript may be viewed at the court terminal or ordered through the Court Reporter before the deadline for Release of Transcript. Redaction Request due 2/1/2 Redacted Transcript Deadline set for 2/11/2016. Release of Transcript Restriction set for 4/11/2016. (dc@hid.uscourts.gov (Entered: 01/11/2016) |
| 2016 | 303 | TRANSCRIPT of Proceedings Jury Trial (Day 6) as to Malia Arciero held on 1/7/15 before Judge Susan Oki Mollway. Co Debra Chun, Telephone number (808) 541–2061. 90–Day Transcript Restriction: PACER access to filed transcripts is res days from the file date to permit redaction of personal identifiers. Citations to restricted transcripts in filed documents mus those portions of the proceedings that are relevant and in need of judicial review. Attaching restricted transcripts, in their e filed documents should be limited to situations with specific need. Transcript may be viewed at the court public terminal o |

| | | |
|---|---|---|
| | | through the Court Reporter before the deadline for Release of Transcript. Redaction Request due 2/1/2016. Redacted Tran Deadline set for 2/11/2016. Release of Transcript Restriction set for 4/11/2016. (dc@hid.uscourts.gov) pp. 150. (Entered: |
| 2016 | 302 | TRANSCRIPT of Proceedings (Day 5) as to Malia Arciero held on 1/6/15 before Judge Susan Oki Mollway. Co Debra Chun, Telephone number (808) 541–2061. 90–Day Transcript Restriction: PACER access to filed transcripts is res days from the file date to permit redaction of personal identifiers. Citations to restricted transcripts in filed documents mus those portions of the proceedings that are relevant and in need of judicial review. Attaching restricted transcripts, in their e filed documents should be limited to situations with specific need. Transcript may be viewed at the court public terminal c through the Court Reporter before the deadline for Release of Transcript. Redaction Request due 2/1/2016. Redacted Tran Deadline set for 2/11/2016. Release of Transcript Restriction set for 4/11/2016. (dc@hid.uscourts.gov) pp. 239. (Entered: |
| 2016 | 301 | TRANSCRIPT of Proceedings as to Malia Arciero held on 1/5/15 before Judge Susan Oki Mollway. Court Reporter Debra Telephone number (808) 541–2061. **90–Day Transcript Restriction:** PACER access to filed transcripts is restricted for 9 the file date to permit redaction of personal identifiers. Citations to restricted transcripts in filed documents must be limite portions of the proceedings that are relevant and in need of judicial review. Attaching restricted transcripts, in their entiret documents should be limited to situations with specific need. Transcript may be viewed at the court public terminal or ord the Court Reporter before the deadline for Release of Transcript. Redaction Request due 2/1/2016. Redacted Transcript D 2/11/2016. Release of Transcript Restriction set for 4/11/2016. (dc@hid.uscourts.gov) pp. 55. (Entered: 01/11/2016) |
| 2016 | 300 | TRANSCRIPT of Proceedings as to Malia Arciero held on 12/22/14 before Judge Susan Oki Mollway. Court Reporter De Telephone number (808) 541–2061. **90–Day Transcript Restriction:** PACER access to filed transcripts is restricted for 9 the file date to permit redaction of personal identifiers. Citations to restricted transcripts in filed documents must be limite portions of the proceedings that are relevant and in need of judicial review. Attaching restricted transcripts, in their entiret documents should be limited to situations with specific need. Transcript may be viewed at the court public terminal or ord the Court Reporter before the deadline for Release of Transcript. Redaction Request due 2/1/2016. Redacted Transcript D 2/11/2016. Release of Transcript Restriction set for 4/11/2016. (dc@hid.uscourts.gov) pp. 25. (Entered: 01/11/2016) |
| 2016 | 299 | TRANSCRIPT of Proceedings Jury Trial (Day 4) as to Malia Arciero held on 12/17/14 before Judge Susan Oki Mollway. Reporter Debra Chun, Telephone number (808) 541–2061. 90–Day Transcript Restriction: PACER access to filed transcri restricted for 90 days from the file date to permit redaction of personal identifiers. Citations to restricted transcripts in filed must be limited to those portions of the proceedings that are relevant and in need of judicial review. Attaching restricted tr their entirety, to filed documents should be limited to situations with specific need. Transcript may be viewed at the court terminal or ordered through the Court Reporter before the deadline for Release of Transcript. Redaction Request due 2/1/2 Redacted Transcript Deadline set for 2/11/2016. Release of Transcript Restriction set for 4/11/2016. (dc@hid.uscourts.gov (Entered: 01/11/2016) |
| 2016 | 298 | TRANSCRIPT of Proceedings Jury Trial (Day 3) as to Malia Arciero held on 12/16/14 before Judge Susan Oki Mollway. Reporter Debra Chun, Telephone number (808) 541–2061. 90–Day Transcript Restriction: PACER access to filed transcri restricted for 90 days from the file date to permit redaction of personal identifiers. Citations to restricted transcripts in filed must be limited to those portions of the proceedings that are relevant and in need of judicial review. Attaching restricted tr their entirety, to filed documents should be limited to situations with specific need. Transcript may be viewed at the court terminal or ordered through the Court Reporter before the deadline for Release of Transcript. Redaction Request due 2/1/2 Redacted Transcript Deadline set for 2/11/2016. Release of Transcript Restriction set for 4/11/2016. (dc@hid.uscourts.gov (Entered: 01/11/2016) |
| 2016 | 297 | TRANSCRIPT of Proceedings Jury Trial (Day 2) as to Malia Arciero held on 12/12/14 before Judge Susan Oki Mollway. Reporter Debra Chun, Telephone number (808) 541–2061. 90–Day Transcript Restriction: PACER access to filed transcri restricted for 90 days from the file date to permit redaction of personal identifiers. Citations to restricted transcripts in filed must be limited to those portions of the proceedings that are relevant and in need of judicial review. Attaching restricted tr their entirety, to filed documents should be limited to situations with specific need. Transcript may be viewed at the court terminal or ordered through the Court Reporter before the deadline for Release of Transcript. Redaction Request due 2/1/2 Redacted Transcript Deadline set for 2/11/2016. Release of Transcript Restriction set for 4/11/2016. (dc@hid.uscourts.gov (Entered: 01/11/2016) |
| 2016 | 296 | TRANSCRIPT of Proceedings Jury Trial (Day 1) as to Malia Arciero held on 12/11/14 before Judge Susan Oki Mollway. Reporter Debra Chun, Telephone number (808) 541–2061. **90–Day Transcript Restriction:** PACER access to filed trans restricted for 90 days from the file date to permit redaction of personal identifiers. Citations to restricted transcripts in filed must be limited to those portions of the proceedings that are relevant and in need of judicial review. Attaching restricted tr their entirety, to filed documents should be limited to situations with specific need. Transcript may be viewed at the court terminal or ordered through the Court Reporter before the deadline for Release of Transcript. Redaction Request due 2/1/2 Redacted Transcript Deadline set for 2/11/2016. Release of Transcript Restriction set for 4/11/2016. (dc@hid.uscourts.gov (Additional attachment(s) added on 1/12/2016: # 1 Main Document Transcript) (dc@, hid.uscourts.gov). (Entered: 01/11/2 |
| 2016 | 295 | TRANSCRIPT of Proceedings Motion in Limine; Pretrial Conference as to Malia Arciero held on 12/5/14 before Judge S Mollway. Court Reporter Debra Chun, Telephone number (808) 541–2061. **90–Day Transcript Restriction:** PACER acc transcripts is restricted for 90 days from the file date to permit redaction of personal identifiers. Citations to restricted tran documents must be limited to those portions of the proceedings that are relevant and in need of judicial review. Attaching |

| | | |
|---|---|---|
| | | transcripts, in their entirety, to filed documents should be limited to situations with specific need. Transcript may be viewed public terminal or ordered through the Court Reporter before the deadline for Release of Transcript. Redaction Request du Redacted Transcript Deadline set for 2/11/2016. Release of Transcript Restriction set for 4/11/2016. (dc@hid.uscourts.gov (Entered: 01/11/2016) |
| 2016 | 294 | TRANSCRIPT of Proceedings Continued Hearing on Motion to Dismiss; Motions to Suppress as to Malia Arciero held on before Judge Susan Oki Mollway. Court Reporter Debra Chun, Telephone number (808) 541−2061. **90−Day Transcript I** PACER access to filed transcripts is restricted for 90 days from the file date to permit redaction of personal identifiers. Cit restricted transcripts in filed documents must be limited to those portions of the proceedings that are relevant and in need review. Attaching restricted transcripts, in their entirety, to filed documents should be limited to situations with specific ne may be viewed at the court public terminal or ordered through the Court Reporter before the deadline for Release of Trans Redaction Request due 2/1/2016. Redacted Transcript Deadline set for 2/11/2016. Release of Transcript Restriction set for (dc@hid.uscourts.gov) pp. 50. (Entered: 01/11/2016) |
| 2016 | 293 | TRANSCRIPT of Proceedings Various Motions as to Malia Arciero, Keala Arciero held on 10/24/14 before Judge Susan Court Reporter Debra Chun, Telephone number (808) 541−2061. **90−Day Transcript Restriction:** PACER access to file restricted for 90 days from the file date to permit redaction of personal identifiers. Citations to restricted transcripts in file must be limited to those portions of the proceedings that are relevant and in need of judicial review. Attaching restricted tr their entirety, to filed documents should be limited to situations with specific need. Transcript may be viewed at the court terminal or ordered through the Court Reporter before the deadline for Release of Transcript. Redaction Request due 2/1/2 Redacted Transcript Deadline set for 2/11/2016. Release of Transcript Restriction set for 4/11/2016. (dc@hid.uscourts.gov (Entered: 01/11/2016) |
| 2016 | 292 | TRANSCRIPT of Proceedings Various Motions as to Malia Arciero, Keala Arciero held on 10/23/14 before Judge Susan Court Reporter Debra Chun, Telephone number (808) 541−2061. **90−Day Transcript Restriction:** PACER access to file restricted for 90 days from the file date to permit redaction of personal identifiers. Citations to restricted transcripts in file must be limited to those portions of the proceedings that are relevant and in need of judicial review. Attaching restricted tr their entirety, to filed documents should be limited to situations with specific need. Transcript may be viewed at the court terminal or ordered through the Court Reporter before the deadline for Release of Transcript. Redaction Request due 2/1/2 Redacted Transcript Deadline set for 2/11/2016. Release of Transcript Restriction set for 4/11/2016. (dc@hid.uscourts.gov (Entered: 01/11/2016) |
| 2015 | 291 | TRANSCRIPT of Proceedings ( 182 USA'S M/SEVER THE TRIAL OF DEFTS PURSUANT TO BRUTON V. US) as to Arciero, Keala Arciero – held on 12/4/14, before Judge BARRY M. KURREN. Court Reporter/Transcriber Cynthia Fazio number 808.541.2063. **90−Day Transcript Restriction:** PACER access to filed transcripts is restricted for 90 days from t permit redaction of personal identifiers. Citations to restricted transcripts in filed documents must be limited to those porti proceedings that are relevant and in need of judicial review. Attaching restricted transcripts, in their entirety, to filed docu be limited to situations with specific need. Transcript may be viewed at the court public terminal or ordered through the C before the deadline for Release of Transcript. Redaction Request due 11/27/2015. Redacted Transcript Deadline set for 12 Release of Transcript Restriction set for 2/3/2016. (32 pp.) (cf@hid.uscourts.gov) (Entered: 11/05/2015) |
| 2015 | 290 | NOTICE OF ATTORNEY APPEARANCE Thomas Muehleck appearing for USA. *; Certificate of Service* (Muehleck, Th (Entered: 10/30/2015) |
| 2015 | 289 | TRANSCRIPT of Proceedings – Sentencing as to Malia Arciero– held on 09/21/2015, before Judge Susan Oki Mollway. Reporter Cynthia Ott, Telephone number (808) 541−2062. **90−Day Transcript Restriction:** PACER access to filed trans restricted for 90 days from the file date to permit redaction of personal identifiers. Citations to restricted transcripts in filed must be limited to those portions of the proceedings that are relevant and in need of judicial review. Attaching restricted tr their entirety, to filed documents should be limited to situations with specific need. Transcript may be viewed at the court terminal or ordered through the Court Reporter before the deadline for Release of Transcript. Redaction Request due 11/1 Redacted Transcript Deadline set for 11/30/2015. Release of Transcript Restriction set for 1/27/2016. (co@hid.uscourts.gc (Entered: 10/29/2015) |
| 2015 | 288 | TRANSCRIPT Designation and Ordering Form by Malia Arciero (Attachments: # 1 Attachment "A")(Otake, Thomas) (E 10/19/2015) |
| 2015 | 287 | **Attorney Appeal Packet** re 284 Notice of Appeal – Final Judgment as to (01) Malia Arciero, **9CCA NO. 15−10479**. (Attachments: # 1 Notice of Appeal, # 2 Instructions for Criminal Appeals, # 3 Additional Instructions for Transcript Desi Ordering Form, # 4 Letter Re: Court Reporters, # 5 Transcript Designation and Ordering Form, # 6 Docket Sheet (entire c Docket Sheet (individual docket sheet as to (01) Malia Arciero)) (emt, ) |

CERTIFICATE OF SERVICE

Participants registered to receive electronic notifications received this document electronically at the e−mail address listed on the Notice of Electronic Filing (NEF). Participants receive electronic notifications were served by first class mail on the date of this docket entry (Entered: 10/05/2015)

| 2015 | 286 | TIME SCHEDULE ORDER re 284 as to (01) Malia Arciero, **9CCA NO. 15–10479**. (emt, )No COS issued for this docket entry (Entered: 10/05/2015) |
| 2015 | 285 | USCA Case Number as to (01) Malia Arciero: **9CCA NO. 15–10479** for 284 Notice of Appeal – Final Judgment filed by Arciero. (emt, )No COS issued for this docket entry (Entered: 10/05/2015) |
| 2015 | | PAYMENT OF FEES (0975–1614831) re 284 Notice of Appeal, **9CCA NO. 15–10479** (Otake, Thomas) Modified on 10/5/2015 NEF regenerated to the Ninth Circuit Court of Appeals (emt, ). (Entered: 10/05/2015) |
| 2015 | 284 | NOTICE OF APPEAL by Malia Arciero re 281 Judgment. (Attachments: # 1 Certificate of Service)(Otake, Thomas) Modified on 10/5/2015: **9CCA NO. 15–10479** (emt, ). (Entered: 10/05/2015) |
| 2015 | 283 | AMENDED PRESENTENCE INVESTIGATION REPORT **Document Restricted** as to Malia Arciero (01), Docume to 264 Sealed USA Sentencing Statement; 265 Sealed Defendant Sentencing Statement; 270 Sealed Defendant Supplemen to PSR; and 273 Sealed USA Response to Defendant's Supplemental Objections to PSR and Exhibits A–F, as to Malia Ar prob) (Entered: 09/24/2015) |
| 2015 | 282 | STATEMENT OF REASONS as to (01) Malia Arciero – Signed by CHIEF JUDGE SUSAN OKI MOLLWAY on 9/22/2 **Document Restricted** (emt, ) |
| | | CERTIFICATE OF SERVICE |
| | | Thomas Otake, Esq., counsel for (01) Malia Arciero and the U.S. Attorneys Office served electronically at the e–mail address listed on the Notice of Electronic Filing (NEF). Th Office was served through interoffice delivery. (Entered: 09/23/2015) |
| 2015 | 281 | JUDGMENT as to Malia Arciero (1), Count(s) 1, 2, SUPERSEDED ; Count(s) 1s, 2s, 3s, 4s, Imprisonment: 172 Months a Counts 1 – 4, to run concurrently. Supervised Release: 5 Years as to each of Counts 1 – 4, to run concurrently. Special As $100.00 as to each of Counts 1 – 4, for a total of $400.00. MITTIMUS FORTHWITH. Signed by CHIEF JUDGE SUSAN MOLLWAY on 9/22/2015. (emt, ) |
| | | CERTIFICATE OF SERVICE |
| | | Participants registered to receive electronic notifications received this document electronically at the e–mail address listed on the Notice of Electronic Filing (NEF). Participants receive electronic notifications were served by first class mail on the date of this docket entry (Entered: 09/23/2015) |
| 2015 | 280 | EP: Sentencing to Counts 1 – 4 of the First Superseding Indictment as to defendant **(01) Malia Arciero** held on 9/21/2015 (01) Malia Arciero present and in custody. U.S. Probation Officer Sara Nieling present. Discussion held re: objections to the PSR, sentencing guidelines and safety valve. Court adopts the PSR and it is placed un is available to counsel. An amended PSR to be filed. The Court found that the defendant qualifies for the "safety valve" pr forth in 18 USC Section 3553(f)(1)–(5). Allocution by the defendant. **ADJUDGED**: Imprisonment: 172 Months as to each of Counts 1 – 4, to run concurrently. Supervised Release: 5 Years as to each of Counts 1 – 4, to run concurrently. Special Assessment: $100.00 as to each of Counts 1 – 4, for a total of $400.00. Defendant advised of her right to appeal. Defendant remanded to the custody of the USM. MITTIMUS FORTHWITH. (Court Reporter Cynthia Ott.) (CHIEF JUDGE SUSAN OKI MOLLWAY) (afc) No COS issued for this docket entry (Entered: 09/21/2015) |
| 2015 | 279 | ADDITIONAL EXHIBITS Related to 276 Defendant's SENTENCING MEMORANDUM – by (01) Malia Arciero (ATT SEALED) (Attachments: # 1 Declaration of Counsel, # 2 Exhibit B, # 3 Exhibit C, # 4 Certificate of Service)(emt, ) (Ente 09/18/2015) |
| 2015 | 278 | EO : as to Malia Arciero Sentencing to Counts 1 – 4 of the First Superseding Indictment set for 8/14/15 @ 9:45 a.m. is co 8/14/15 @ 9:45 A.M. is continued to set for 9/21/2015 01:30 PM before JUDGE SUSAN OKI MOLLWAY. Parties notifi to prepare the stipulation. (JUDGE SUSAN OKI MOLLWAY)(tbf, ) |
| | | CERTIFICATE OF SERVICE |
| | | Participants registered to receive electronic notifications received this document electronically at the e–mail address listed on the Notice of Electronic Filing (NEF). Participants receive electronic notifications were served by first class mail on the date of this docket entry (Entered: 08/17/2015) |
| 2015 | 277 | EO : Sentencing to Counts 1 – 4 of the First Superseding Indictment set for 8/14/15 @ 9:45 a.m. is taken off calendar. By the parties, this hearing will be rescheduled shortly. Notified parties, USM and USPO. (JUDGE SUSAN OKI MOLLWA' |
| | | CERTIFICATE OF SERVICE |

| | | |
|---|---|---|
| | | Participants registered to receive electronic notifications received this document electronically at the e–mail address listed on the Notice of Electronic Filing (NEF). Participants receive electronic notifications were served by first class mail on the date of this docket entry (Entered: 08/13/2015) |
| 2015 | 276 | Defendant's SENTENCING MEMORANDUM – by (01) Malia Arciero (ATTACHMENTS SEALED) (Attachments: # 1 of Counsel, # 2 Exhibit A, # 3 Certificate of Service)(emt, ) (Entered: 08/10/2015) |
| 2015 | 275 | EO : as to Malia Arciero Sentencing to Counts 1 – 4 of the First Superseding Indictment set for 8/10/15 @ 3:00 p.m. is co 8/14/2015 09:45 AM before JUDGE SUSAN OKI MOLLWAY. Parties notified. Mr. Otake to prepare the stipulation. (JU OKI MOLLWAY)(tbf, ) |
| | | CERTIFICATE OF SERVICE |
| | | Participants registered to receive electronic notifications received this document electronically at the e–mail address listed on the Notice of Electronic Filing (NEF). Participants receive electronic notifications were served by first class mail on the date of this docket entry (Entered: 07/29/2015) |
| 2015 | 273 | Government's RESPONSE to Defendant Malia Arciero's SUPPLEMENTAL OBJECTIONS to Presentence Investigation – by USA as to (01) Malia Arciero (ATTACHMENTS SEALED) (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Certificate of Service)(emt, ) (Entered: 07/23/2015) |
| 2015 | 272 | STIPULATION AND ORDER TO CONTINUE SENTENCING as to (01) Malia Arciero – Signed by CHIEF JUDGE SUSAN OKI MOLLWAY. Sentencing for (01) Malia Arciero continued to 8/10/2015 03:00 PM before CHIEF JUDGE SUSAN OKI MOLLWAY. (emt, ) |
| | | CERTIFICATE OF SERVICE |
| | | Participants registered to receive electronic notifications received this document electronically at the e–mail address listed on the Notice of Electronic Filing (NEF). Participants receive electronic notifications were served by first class mail on the date of this docket entry (Entered: 06/09/2015) |
| 2015 | 271 | EO : as to Malia Arciero Sentencing to Counts 1 – 4 of the First Superseding Indictment set for 6/8/15 @ 3:45 p.m. is con 8/10/2015 03:00 PM before JUDGE SUSAN OKI MOLLWAY. Parties notified. Ms. Sameshima to prepare the stipulation SUSAN OKI MOLLWAY)(tbf, ) |
| | | CERTIFICATE OF SERVICE |
| | | Participants registered to receive electronic notifications received this document electronically at the e–mail address listed on the Notice of Electronic Filing (NEF). Participants receive electronic notifications were served by first class mail on the date of this docket entry (Entered: 06/02/2015) |
| 2015 | 270 | Defendant Malia Arciero's SUPPLEMENTAL OBJECTIONS to Proposed Presentence Investigation Report; Certificate o (01) Malia Arciero (ATTACHMENT SEALED) (emt, ) (Entered: 05/28/2015) |
| 2015 | 268 | EO : as to Malia Arciero Sentencing to Count 1 – 4 of the First Superseding Indictment set for 5/4/15 @ 2:15 p.m. is conti 6/8/2015 03:45 PM before JUDGE SUSAN OKI MOLLWAY. Parties notified. Mr. Otake to prepare the stipulation. (JUD OKI MOLLWAY)(tbf, ) |
| | | CERTIFICATE OF SERVICE |
| | | Participants registered to receive electronic notifications received this document electronically at the e–mail address listed on the Notice of Electronic Filing (NEF). Participants receive electronic notifications were served by first class mail on the date of this docket entry (Entered: 04/27/2015) |
| 2015 | 267 | WITHDRAWAL AND SUBSTITUTION OF COUNSEL AND ORDER as to (01) Malia Arciero – Signed by CHIEF JUDGE SUSAN OKI MOLLWAY on 4/14/2015. (Thomas M. Otake, Esq. added for (01) Malia Arciero. Attorneys Richard T. Forrester; Elaine Lee Kwak; Daniel J. O'Meara; Derrick Y.K. Wong; Frederick J. Arensmeyer and Gary Victor Dubin termi (01) Malia Arciero.) (emt, ) |
| | | CERTIFICATE OF SERVICE |
| | | Participants registered to receive electronic notifications received this document electronically at the e–mail address listed on the Notice of Electronic Filing (NEF). Participants receive electronic notifications were served by first class mail on the date of this docket entry (Entered: 04/14/2015) |
| 2015 | 266 | NOTICE OF ATTORNEY APPEARANCE Beverly W. Sameshima appearing for USA. *COS* (Sameshima, Beverly) (Ent 04/09/2015) |
| 2015 | 265 | Defendant Malia Arciero's SENTENCING STATEMENT; Certificate of Service – by (01) Malia Arciero (ATTACHMEN (emt, ) (Entered: 03/20/2015) |
| 2015 | 264 | SENTENCING STATEMENT of the United States of America; Certificate of Service by USA as to (01) Malia Arciero (ATTACHMENT SEALED) (emt, ) (Entered: 03/12/2015) |

| 2015 | 263 | ORDER DECLINING TO RECUSE; ORDER DENYING MOTION FOR NEW TRIAL re 257 as to Malia Arciero (1) – CHIEF JUDGE SUSAN OKI MOLLWAY on 3/10/2015. (emt, ) |
| | | CERTIFICATE OF SERVICE |
| | | Participants registered to receive electronic notifications received this document electronically at the e-mail address listed on the Notice of Electronic Filing (NEF). Participants who receive electronic notifications were served by first class mail on the date of this docket entry (Entered: 03/10/2015) |
| 2015 | 262 | STATEMENT by Malia Arciero re 257 MOTION for New Trial *Disqualifying the Honorable Susan Oki Mollway* (Dubin (Entered: 02/24/2015) |
| 2015 | 261 | MEMORANDUM in Opposition by USA as to Malia Arciero re 257 MOTION for New Trial *; COS* (Kawahara, Michael) 02/06/2015) |
| 2015 | 258 | EO : The court sets Defendant Malia Arciero's motion for new trial for hearing on 4/6/15 @ 9:00 a.m., but reserves the rig the matter without a hearing pursuant to Local Rule 7.2(d). The Government's response to the motion is due on later than 2015, and Defendant may file an optional reply memorandum no later than February 24, 2015. in case as to Malia Arciero MOTION for New Trial . Motion Hearing set for 4/6/2015 09:00 AM before JUDGE SUSAN OKI MOLLWAY. (JUDGE MOLLWAY)(tbf, ) |
| | | CERTIFICATE OF SERVICE |
| | | Participants registered to receive electronic notifications received this document electronically at the e-mail address listed on the Notice of Electronic Filing (NEF). Participants receive electronic notifications were served by first class mail on the date of this docket entry (Entered: 01/23/2015) |
| 2015 | 257 | MOTION for New Trial by Malia Arciero. (Attachments: # 1 Exhibit "A", # 2 Exhibit "B" (RESTRICTED) , # 3 Exhibit ' Certificate of Service)(Dubin, Gary) |
| | | Modified on 1/23/2015 Because Exhibit "B" contains a transcript (Excerpt from Government's Rebuttal– Closing Argument) that is not yet accessible via PACER, the Clerks O viewing to this exhibit. (emt, ). (Entered: 01/22/2015) |
| 2015 | 256 | EO: as to (01) Malia Arciero re 248 ~ Court ordered that lunch for the Jurors be paid at the court's expense during delibera (JUDGE SUSAN OKI MOLLWAY) (emt, ) |
| | | CERTIFICATE OF SERVICE |
| | | Participants registered to receive electronic notifications received this document electronically at the e-mail address listed on the Notice of Electronic Filing (NEF). Participants receive electronic notifications were served by first class mail on the date of this docket entry (Entered: 01/15/2015) |
| 2015 | 255 | PARTIAL TRANSCRIPT of Proceedings Excerpt from Government's Rebuttal Closing Argument as to Malia Arciero hel before Judge Susan Oki Mollway. Court Reporter Debra Chun, Telephone number (808) 541–2061. Transcript may be vie court public terminal or ordered through the Court Reporter before the deadline for Release of Transcript. Remote availab electronic transcripts is regulated by FRCP 5.2(a), FRCrP 49.1(a) and FRBP 9037(a). Redaction Request due 1/30/2015. F Transcript Deadline set for 2/9/2015. Release of Transcript Restriction for 4/9/2015. (dc@hid.uscourts.gov) pp. 2. (Ent 01/09/2015) |
| 2015 | 254 | (TRIAL) Defendant Malia Arciero's THIRD AMENDED EXHIBIT LIST; Certificate of Service – by (01) Malia Arciero. (Entered: 01/08/2015) |
| 2015 | 253 | (TRIAL) Government's WITNESS AND EXHIBIT LIST; Certificate of Service – by USA as to (01) Malia Arciero. (emt, 01/08/2015) |
| 2015 | 252 | (TRIAL) Government's WITNESS LIST – by USA as to (01) Malia Arciero. (emt, ) (Entered: 01/08/2015) |
| 2015 | 251 | (TRIAL) Defendant Malia Arciero's FINAL WITNESS LIST for Her Case in Chief; Certificate of Service – by (01) Malia (emt, ) (Entered: 01/08/2015) |
| 2015 | 250 | (ORIGINAL) VERDICT as to (01) Malia Arciero. (emt, ) (Entered: 01/08/2015) |
| 2015 | 249 | VERDICT as to Malia Arciero (1) Guilty on Count 1s,2s,3s,4s. (emt, ) (Entered: 01/08/2015) |
| 2015 | 248 | EP : **Further Jury Deliberation – 2nd Day** as to (01) Malia Arciero held on 1/8/2015. Jurors continue their deliberation. 1:30 p.m. – Jurors notify the Court that they have reached a verdict. 2:20 p.m. Defendant (01) Malia Arciero present and in custody. Jurors present and inform the Court that they have reached a verdict and that it is unanimous. **Verdict published: Guilty as to Counts 1 – 4.** Jurors polled and excused. Sentencing is set for 5/4/15 @ 2:15 p.m. Defendant remanded to the custody of the USM. (Jury Trial as to (01) Malia Arciero held on 1/8/2015. Sentencing for (01) Malia Arciero set for 5/4/2015 02:15 PM before CHIEF JUDGE SUSAN OKI MOLLWAY.) |

| | | |
|---|---|---|
| | | (Court Reporter Debra Chun.) (JUDGE SUSAN OKI MOLLWAY)(emt, )No COS issued for this docket entry (Entered: 01/08/2015) |
| 2015 | 247 | Defendant's EXHIBIT S re 245 – by (01) Malia Arciero. (emt, ) (Entered: 01/08/2015) |
| 2015 | 246 | COURT'S JURY INSTRUCTIONS as to (01) Malia Arciero. (emt, ) (Entered: 01/08/2015) |
| 2015 | 245 | EP : **Further Jury Trial 6th Day** as to (01) Malia Arciero held on 1/7/2015. Defendant (01) Malia Arciero present and in custody. |

Defendant Malia Arciero's Motion for Mistrial Based on Irreparable Prejudice as a Result of This Court Having Permitted [...] Read Government Transcripts Purporting to Decipher Inaudible and Unintelligible Surveillance Recordings 239 – Argume[...]

Defense exhibit S filed.

Defendant Malia Arciero's Motion for Mistrial Based on Irreparable Prejudice as a Result of this Court Having Accepted [...] Invocations of the Fifth Amendment Right Against Self–Incrimination From Material Witnesses Whose Relevant Testimo[...] at Trial to Defend Against the Government's Criminal Charges 242 – Arguments – Denied.

9:30 a.m. – Jurors present.
Court instructs the Jurors.
No objection, other than the objections previously stated, to the manner or order in which the instructions were read to the [...]
Closing argument by the government.
Jurors excused and lunch to be provided at the court's expense.

Discussion held re: verdict form.
Verdict form will be given by agreement of the parties.
Closing argument by the defendant.
Rebuttal closing by the government.
3:40 p.m. – Court conditionally discharged the alternate Jurors.
Bailiff Connie Shaw–Fujii sworn.
3:45 p.m. – Jurors begin their deliberation.
Defendant will waive her presence at discussing notes from the jury.
If court is convened, defendant to be present.
Defendant remanded to the custody of the USM.
Further Jury Deliberation continued to 1/8/15 @ 9:00 a.m.

 ( Jury Trial as to (01) Malia Arciero held on 1/7/2015; denying 239 Motion for Declaration of Mistrial as to Malia Arciero (1); denying 242 Motion for Declaration of Mistrial a[...] (1); Motions terminated as to (01) Malia Arciero: 239 MOTION for ~~Declaration of~~ Mistrial Based on Irreparable Prejudice as a Result of This Court Having Permitted Jurors to [...] Transcripts Purporting to Decipher Inaudible and Unitellible Surveillance Recordings filed by Malia Arciero and 242 MOTION for~~Declaration of~~Mistrial Based on Irreparable [...] Result of This Court Having Accepted Blanket Invocations of the Fifth Amendment Right Against Self–Incrimination from Material Witnesses filed by Malia Arciero. Further J[...] for 09:00 AM on 1/8/2015 before CHIEF JUDGE SUSAN OKI MOLLWAY.) (Court Reporter Debra Chun.) (JUDGE SUSAN OKI MOLLWAY[...] issued for this docket entry (Entered: 01/08/2015)

| | | |
|---|---|---|
| 2015 | 244 | EO :In addition to the changes that were made to the Joint Jury Instructions agreed to at the hearing held yesterday, the pa[...] agreed to modify the Joint Jury Instructions as set forth below: |

In Joint Instruction No. 4, in paragraph 5, add a comma after "as an object or purpose of the conspiracy" and change "whic[...] after "with all of you agreeing as to the particular crime," and in paragraph 6, change "which" to "that" after "but happens [...] way."

In Joint Instruction No. 5, make "defendants" singular in both paragraphs and change "Counts 1, 3, or 4" to "Count 1, 3, o[...]

In Joint Instruction No. 6, in paragraph 1, change "personally did not commit" to "did not personally commit" and rewrite [...] paragraph to read, "The government is not required to prove precisely whether a defendant actually committed the crimes [...] abetted another person in committing the crimes" (to avoid referring to different defendants).

In Joint Instruction No. 10, use the plural "these witnesses' testimonies" instead of "these witness' testimonies" in the first [...] paragraph 5 and instead of "that witness' testimonies" in the second sentence of paragraph 5.

In Joint Instruction No. 16, and a comma in the second sentence of paragraph 1 between "and" and "if so." (JUDGE SUSA[...] MOLLWAY)(tbf, )

CERTIFICATE OF SERVICE

Participants registered to receive electronic notifications received this document electronically at the e–mail address listed on the Notice of Electronic Filing (NEF). Participants [...] receive electronic notifications were served by first class mail on the date of this docket entry (Entered: 01/07/2015)

| 2015 | 242 | MOTION for ~~Declaration of~~ Mistrial **Based on Irreparable Prejudice as a Result of This Court Having Accepted Blan~~**~~ **Invocations of the Fifth Amendment Right Against Self–Incrimination from Material Witnesses Whose Relevant T~~**~~ **Needed at Trial to Defendant Against the Government's Criminal Charges** by Malia Arciero. (Attachments: # 1 Exhi~~** Exhibit "B", # 3 Certificate of Service)(Dubin, Gary) <span style="font-size:smaller">Modified on 1/7/2015 (emt, ).</span> (Entered: 01/07/2015) |
|---|---|---|
| 2015 | 243 | EP : Status Conference as to (01) Malia Arciero held on 1/6/2015. Defendant (01) Malia Arciero present and in custody. |

EP : Status Conference as to (01) Malia Arciero held on 1/6/2015. Defendant (01) Malia Arciero present and in custody.

Defense witness <u>Gary Heidenfeldt</u> present, in custody, with counsel Mark Kawata.
Discussion held re: Mr. Heidenfeldt.
Gary Heidenfeldt called, sworn and questioned by the Court re: his right to testify or to be silent.
Mr. Heidenfeldt informed the Court that he will invoke his 5th amendment right to be silent and not testify. Mr. Heidenfel
his decision, after being advised by counsel, is his own voluntary decision.
Mr. Kawata informed the Court that he has another hearing @ 9:15 a.m.
This hearing is continued to 12:00 p.m. today.
Gary Heidenfeldt remanded to the custody of the USM.

**9:15 a.m. – Jurors present.**

<u>Government's Witnesses:</u>
Todd Nerlin CST for direct examination and crossexamination;
and Michelle Shinsato (expert in the field of identification andquantification of controlled substances, in particular methan
CST for direct examination and cross examination.

<u>Government's Admitted Exhibits:</u> 101– 103, 201–203, 313, 317.

Jurors excused.

12:15 p.m. –
<u>Gary Heidenfeldt</u> present, in custody, with counsel Mark Kawata.
Discussion held.
Mr. Heidenfeldt invokes his 5th amendment right not to testify.
Court instructs Mr. Heidenfeldt that he must answer certain questions as discussed.
Mr. Heidenfeldt remanded to the custody of the USM.

1:35 p.m.
Defense witness <u>Shane Deighan</u> present with counsel Gary Singh.
Discussion held.
Mr. Singh informed the Court that Mr. Deighan will assert his 5th amendment right, and be silent and not testify.

Shane Deighan called, sworn and questioned by the Court re: his right to testify or to be silent. Mr. Deighan informed the
will invoke his 5th amendment right to be silent and not testify. Mr. Deighan stated that his decision, after being advised b
his own voluntary decision.

**2:40 p.m. – Jurors present.**

<u>Government's Witness:</u> Michelle Shinsato resumed for continued cross examination.

2:50 p.m. – Government rests.

<u>Defendant's Witnesses:</u>
Gary Heidenfeldt, with counsel Mark Kawata, CST for direct examination, cross examination, and re direct examination;
Cedric Lee CST for directexamination and
Wayne Wills CST for direct examination.

<u>Defendant's Admitted Exhibit:</u> R.

3:55 p.m. defense rests.

Jurors excused.

Colloquy held between the Court and the defendant. Court advises the defendant of her right to testify or to be silent.

The defendant will invoke her 5th amendment right to be silent and not testify. Defendant stated that her decision, after be
by counsel, is her own voluntary decision.

| | | |
|---|---|---|
| | | Defendant to waive her presence at resolution of jury instructions.<br><br>Defendant remanded to the custody of the USM.<br><br>Settling of jury instructions, form of Indictment and verdict form.<br><br>Estimate for closing: Government 1.5 hours; Defendant 1 hour.<br><br>Further Jury Trial continued to 1/7/15 @ 8:30 a.m.<br><br> (Status Conference as to (01) Malia Arciero held on 1/6/2015. Jury Trial as to Malia Arciero held on 1/6/2015. Further Jury Trial set for 08:30 AM on 1/7/2015 before CHIEF J OKI MOLLWAY.)<br>(Court Reporter Debra Chun.) (JUDGE SUSAN OKI MOLLWAY)(emt, )No COS issued for this docket entry (Entered: 01/07/2015) |
| 2015 | | ADVISORY ENTRY.  The entry docket number 240 <s>First MOTION for Declaration of Mistrial</s> Certificate of Service file Malia Arciero was filed incorrectly in this case. Please be advised that the docketing event for "Certificate of Service" is lo "Service of Process" category. The Clerks Office has terminated this document from reflecting as a pending motion and th has been modified. No further action required. (emt, ) (Entered: 01/06/2015) |
| 2015 | 240 | **Certificate of Service** re 239 by Malia Arciero. <s>First MOTION for Declaration of Mistrial *Certificate of Service* by Malia</s> (Dubin, Gary) Modified on 1/6/2015 (emt, ). (Entered: 01/06/2015) |
| 2015 | 239 | MOTION for <s>Declaration of</s> Mistrial **Based on Irreparable Prejudice as a Result of This Court Having Permitted Jur** **Government Transcripts Purporting to Decipher Inaudible and Unintellible Surveillance Recordings** by Malia Arci Gary) Modified on 1/7/2015 (emt, ). (Entered: 01/06/2015) |
| 2015 | 241 | EP : Motion Hearing re 232 Government's MOTION in Limine *to Preclude Testimony of Gilbert Medina and Gary Heide* (01) Malia Arciero held on 1/5/2015.<br>Defendant (01) Malia Arciero's presence is hereby Waived.<br>Oral Discssion held.<br><br>Government's Motion in Limine to Preclude Testimony of Gilbert Medina is hereby MOOT.<br>**Defendant will <u>not</u> be calling Gilbert Medina as a Witness.**<br><br>Status Conference set for January 6, 2015 at 8:40 a.m. before the Honorable Susan Oki Mollway without the Jurors being discuss Defendant's Witness <u>Gary Heidenfeldt</u> testifying in the Jury Trial in this case. Witness Gary Heidenfeldt is to be p with his Counsel Mark Kawata at the Status Conference.<br><br>Defendant's Counsel Gary Dubin are to notify Defendant's Witness <u>Shane Dieghan</u> along with Counsel Gary Singh to be p Status Conference set for January 6, 2015 at 1:00 p.m. before the Honorable Susan Oki Mollway without the Jurors being discuss Defendant's Witness Shane Dieghan and Attorney Gary Singh testifying at the Jury Trial in this case.<br><br>Discussion was also held as to Defendant's Second Revised Witness List filed on January 5, 2015 [ECF No. 237 ]<br><br>Further Jury Trial is set for Tuesday, January 6, 2015 at 9:00 a.m. before the Honorable Susan Oki Mollway.<br><br> (finding as moot 232 Motion in Limine as to Malia Arciero (1); Motion terminated as to (01) Malia Arciero: 232 MOTION in Limine *to Preclude Testimony of Gilbert Medina Heidenfeldt; COS* filed by USA. as to Malia Arciero ~ Further Jury Trial set for 09:00 AM on 1/6/2015 before CHIEF JUDGE SUSAN OKI MOLLWAY., Status Conference se 08:40 AM before CHIEF JUDGE SUSAN OKI MOLLWAY. Status Conference set for 1/6/2015 01:00 PM before CHIEF JUDGE SUSAN OKI MOLLWAY.)<br>(Court Reporter Debra Chun.) (JUDGE SUSAN OKI MOLLWAY)(emt, )No COS issued for this docket entry (Entered: 01/06/2015) |
| 2015 | 238 | **Final** WITNESS LIST by Malia Arciero. (Attachments: # 1 Certificate of Service)(Kwak, Elaine) Modified on 1/6/2015 (emt, ). (E 01/05/2015) |
| 2015 | 237 | **Second Revised** WITNESS LIST by Malia Arciero. (Attachments: # 1 Certificate of Service)(Kwak, Elaine) Modified on 1/6/ (Entered: 01/05/2015) |
| 2014 | 236 | MEMORANDUM in Opposition by Malia Arciero re 232 MOTION in Limine *to Preclude Testimony of Gilbert Medina a Heidenfeldt; COS* (Attachments: # 1 Certificate of Service)(Kwak, Elaine) (Entered: 12/31/2014) |
| 2014 | 235 | EO : in case as to Malia Arciero– 232 Motion in Limine to Preclude Testimony of Gilbert Medina and Gary Heidenfeldt. Hearing TIME has been changed from 3:00pm to 315pm on 1/5/2015 before JUDGE SUSAN OKI MOLLWAY. (JUDGE MOLLWAY)(tl, ) |

CERTIFICATE OF SERVICE

| | | |
|---|---|---|
| | | Participants registered to receive electronic notifications received this document electronically at the e–mail address listed on the Notice of Electronic Filing (NEF). Participants receive electronic notifications were served by first class mail on the date of this docket entry (Entered: 12/30/2014) |
| 2014 | <u>234</u> | Letter addressed to Judge Ronald Ibarra from Gary Victor Dubin, Esq., counsel for (01) Malia Arciero, in U.S. District Co 13–01036 SOM, dated December 20, 2014 –– Re: scheduling conflict regarding Third Circuit Court case CV 11–1–0433 LLC v. Puu Lani Ranch Corp. (emt, ) (Entered: 12/24/2014) |
| 2014 | 233 | NOTICE OF HEARING ON MOTION in case as to Malia Arciero <u>232</u> MOTION in Limine *to Preclude Testimony of Gil and Gary Heidenfeldt; COS* : Motion Hearing set for 1/5/2015 03:00 PM before JUDGE SUSAN OKI MOLLWAY. (tbf, |
| | | CERTIFICATE OF SERVICE |
| | | Participants registered to receive electronic notifications received this document electronically at the e–mail address listed on the Notice of Electronic Filing (NEF). Participants receive electronic notifications were served by first class mail on the date of this docket entry (Entered: 12/24/2014) |
| 2014 | <u>232</u> | MOTION in Limine *to Preclude Testimony of Gilbert Medina and Gary Heidenfeldt; COS* by USA as to Malia Arciero. ( Michael) (Entered: 12/24/2014) |
| 2014 | <u>231</u> | Defendant Malia Arciero's Additionally Proposed Jury Instructions by Malia Arciero. (Attachments: # <u>1</u> Exhibit A, # <u>2</u> Ex Exhibit C, # <u>4</u> Certificate of Service)(Kwak, Elaine) Modified on 12/23/2014 (emt, ). (Entered: 12/22/2014) |
| 2014 | <u>230</u> | Joint Proposed Jury Instructions; Verdict Form; Certificate of Service by USA as to Malia Arciero. (Kawahara, Michael) 12/23/2014 (emt, ). (Entered: 12/22/2014) |
| 2014 | <u>229</u> | EP : Hearing re: Keala Arciero's Testimony as to (01) Malia Arciero, (02) Keala Arciero held on 12/22/2014. Mr. Wilkerson, counsel for defendant (02) Keala Arciero, not present. <br><br>Discussion held re: trial issues for defendant (01) Malia Arciero – <br>Defendant (01) Malia Arciero not present and her presence is waived for purposes of this hearing. <br>Discussion held re: the Notice of Keala Arciero's Invocation of Her Fifth Amendment Privilege Against Self–Incriminatio Proceedings. <br><br>9:30 a.m. – Donald Wilkerson present. <br>Defendant (02) Keala Arciero present, called and sworn. <br>Discussion held re: the witness exclusionary rule and potential witness Shane Dieghan, who is present in the courtroom. <br>Court takes a recess in order to allow (02) Keala Arciero and Mr. Wilkerson to confer. <br>Mr. Wilkerson stated that he has no objection to Mr. Dieghan being present in the courtroom. <br>Mr. Wilkerson informed the Court that (02) Keala Arciero intends to invoke her 5th amendment right. <br>Mr. Wilkerson questioned Keala Arciero. <br>Colloquy held between the Court and Keala Arciero. <br><br>**Keala Arciero stated that she will invoke her 5th amendment right not to testify and be silent as to all questions, an decision is voluntary.** <br>(Status Conference as to (01) Malia Arciero, (02) Keala Arciero held on 12/22/2014) <br>(Court Reporter Debra Chun.) (JUDGE SUSAN OKI MOLLWAY)(emt, )No COS issued for this docket entry (Entered: 12/22/2014) |
| 2014 | <u>228</u> | EO : as to (01) Malia Arciero, (02) Keala Arciero ~ <br>Hearing re: Keala Arciero's Testimony set for 12/19/14 @ 10:00 a.m. is continued to 12/22/14 @ 9:00 a.m. <br>Parties notified by Mr. Wilkerson's office. <br>( [Status Conference] Hearing re (02) Keala Arciero's Testimony continued to 12/22/2014 09:00 AM before CHIEF JUDGE SUSAN OKI MOLLWAY.) <br>(JUDGE SUSAN OKI MOLLWAY)(emt, ) |
| | | CERTIFICATE OF SERVICE |
| | | Participants registered to receive electronic notifications received this document electronically at the e–mail address listed on the Notice of Electronic Filing (NEF). Participants receive electronic notifications were served by first class mail on the date of this docket entry (Entered: 12/19/2014) |
| 2014 | <u>227</u> | EP : **Further Jury Trial 4th Day as to (01) Malia Arciero held on 12/17/2014.** <br>Jury Trial as to Malia Arciero held on 12/17/2014. <br><br>Government's Witnesses: <br>Reyn Yoshinaga resumed for cross examination, re direct examination; <br>Ryan Faulkner recalled for direct examination and cross examination; <br>Amy Garon CST for direct examination and cross examination; <br>Bronson Liana CST for direct examination and cross examination (Mr. Dubin to inform Mr. Kawahara by 12/23/14 if he w further cross examination); <br>Cory Hokama CST for direct examination and cross examination. |

|   |   |   |
|---|---|---|
|   |   | Government's Admitted Exhibits: 602, 206, 301, 302, 303, 304, 305, 306, 307, 314.<br><br>Further Jury Trial continued to 1/6/15 @ 9:00 a.m.<br><br>Defendant remanded to the custody of the USM.<br><br> (Jury Trial as to (01) Malia Arciero held on 12/17/2014. Further Jury Trial continued to 09:00 AM on 1/6/2015 before CHIEF JUDGE SUSAN OKI MOLLWAY.)<br>(Court Reporter Debra Chun.) (JUDGE SUSAN OKI MOLLWAY)(emt, )No COS issued for this docket entry (Entered: 12/18/2014) |
| 2014 | 226 | EP : **Further Jury Trial 3rd day as to (01) Malia Arciero held on 12/16/2014.**<br>Defendant (01) Malia Arciero present and in custody.<br><br>Government's Witnesses:<br>Jolene Wood resumed for continued direct examination, cross examination, re direct examination, re cross examination an<br>Yoshinaga CST for direct examination.<br><br>Government's Admitted Exhibits: 403a, 601.<br><br>Defendant's Admitted Exhibit: Q.<br><br>Defendant filed a Notice of Keala Arciero's Invocation of Her Fifth Amendment Privilege Against Self–Incrimination in t<br>Proceedings.<br>Mr. Dubin to check with Keala Arciero's attorney to see if they are available on 12/19/14 @ 10:00 a.m. so that the Court c<br>colloquy with this defendant. Court also advised Mr. Dubin to keep this in mind for other witnesses so that the colloquy ca<br>conducted sooner rather than later.<br><br>Further Jury Trial continued to 12/17/14 @ 9:00 a.m.<br><br>Defendant remanded to the custody of the USM.<br><br> (Jury Trial as to (01) Malia Arciero held on 12/16/2014. Further Jury Trial set for 09:00 AM on 12/17/2014 before CHIEF JUDGE SUSAN OKI MOLLWAY.)<br>(Court Reporter Debra Chun.) (JUDGE SUSAN OKI MOLLWAY)(emt, )No COS issued for this docket entry (Entered: 12/17/2014) |
| 2014 | 225 | Return of Service on Subpoena in case as to (01) Malia Arciero – Wayne Wills (through C. Cook) was served on 12/15/20<br>(Entered: 12/16/2014) |
| 2014 | 224 | Return of Service on Subpoena in case as to (01) Malia Arciero – Cedric Lee was served on 12/15/2014 (emt, ) (Entered: |
| 2014 | 223 | NOTICE *Of Keala Arciero's Invocation Of Her Fifth Amendment Privilege Against Self–Incrimination In These Proceedi*<br>Arciero (Attachments: # 1 Exhibit A, # 2 Certificate of Service)(Kwak, Elaine) (Entered: 12/15/2014) |
| 2014 | 221 | Return of Service on Subpoena in case as to (01) Malia Arciero – Shane Dieghan was served on 12/11/2014 (emt, ) (Enter<br>12/15/2014) |
| 2014 | 220 | EP: **Further Jury Trial – 2nd Day – as to Malia Arciero held on 12/12/2014.**<br>Defendant (01) Malia Arciero present and in custody.<br><br>Discussion held re: objections to exhibits.<br><br>10:35 a.m. Jurors present.<br><br>Government's Witnesses: Darren Nihei resumed for continued cross examination, re direct examination and continued dire<br>examination, and re cross examination; and Joleen Wood CST for direct examination.<br><br>Government's Admitted Exhibits: 502a, 502b, 401c, 402g.<br><br>Further Jury Trial continued to 12/16/15 @ 9:00 a.m.<br><br>Defendant remanded to the custody of the USM.<br>(Court Reporter Debra Chun.) (JUDGE SUSAN OKI MOLLWAY) (afc)<br> As to Malia Arciero: (Further Jury Trial set for 09:00 AM on 12/16/2014 before JUDGE SUSAN OKI MOLLWAY.)<br>No COS issued for this docket entry (Entered: 12/12/2014) |
| 2014 | 218 | THIRD AMENDED EXHIBIT LIST by Malia Arciero. (Attachments: # 1 Certificate of Service)(Kwak, Elaine) Modified on<br>(Entered: 12/12/2014) |

| | | |
|---|---|---|
| 2014 | 217 | SUPPLEMENTAL TRIAL MEMORANDUM RE: BUSINESS RECORDS AND THE CONFRONTATION CLAUSE; C Service – by USA as to Malia Arciero. (Kawahara, Michael)  Modified on 12/15/2014 (emt, ). (Entered: 12/12/2014) |
| 2014 | 219 | EP: **Jury Trial – 1st Day – as to Malia Arciero held on 12/11/2014.** Defendant (01) Malia Arciero present and in custod Discussion held re: recordings and transcripts. Government's Witness: Ryan Faulkner CST for direct examination, cross examination, redirect examination and recross ex Government's Admitted Exhibits: 501, 405 (subject to further testimony on how it becomes relevant), 404a. Defendant's motion to dismiss the Indictment – Denied. Government's Witnesses: Ryan Faulkner resumed for continued recross examination; Luke Warner CST for direct examin cross examination; Darren Nihei CST for direct examination (Mr. Kawahara reserves on further direct examination) and c examination. Government's Admitted Exhibits: 105, 106, 107, 204, 205, 308, 309, 310, 311, 312, 315, 316. (Exhibit 405 is admitted full If Mr. Dubin is contesting authenticity to exhibit 502a, he is to submit authority. Further Jury Trial continued to 12/12/14 @ 10:15 a.m. Defendant remanded to the custody of the USM. (Court Reporter Debra Chun.) (JUDGE SUSAN OKI MOLLWAY)(afc) As to Malia Arciero: (Jury Selection/Trial set for 10:15 AM on 12/12/2014 before JUDGE SUSAN OKI MOLLWAY.) No COS issued for this docket entry (Entered: 12/12/2014) |
| 2014 | 216 | EXHIBIT LIST [Second Amended Exhibit List] by Malia Arciero. (Attachments: # 1 Certificate of Service)(Kwak, Elaine Docket text modified on 12/12/2014 (afc).  (Entered: 12/11/2014) |
| 2014 | 215 | EP : **Jury Selection as to (01) Malia Arciero held on 12/10/2014.** Defendant (01) Malia Arciero present and in custody. 73 Prospective Jurors present. **A panel of 12 Jurors and 4 Alternates selected.** No objection to the manner in which this jury was selected, nor to the makeup of this jury. Jurors sworn. Jury Trial to commence on 12/11/14 @ 9:00 a.m. Defendant remanded to the custody of the USM. (Jury Selection as to (01) Malia Arciero held on 12/10/2014. Jury Trial as to (01) Malia Arciero set for 09:00 AM on 12/11/2014 before CHIEF JUDGE SUSAN OKI MOLLW (Court Reporter Debra Chun.) (JUDGE SUSAN OKI MOLLWAY)(emt, )No COS issued for this docket entry (Entered: 12/11/2014) |
| 2014 | 214 | FIRST AMENDED EXHIBIT LIST by Malia Arciero. (Attachments: # 1 Certificate of Service)(Kwak, Elaine)  Modified on 1 (Entered: 12/08/2014) |
| 2014 | 213 | Return of Service on Subpoena in case as to (01) Malia Arciero – Gary Singh was served on 12/5/2014 (emt, ) (Entered: 1 |
| 2014 | 212 | Return of Service on Subpoena in case as to (01) Malia Arciero – Cedric Lee was served on 12/5/2014 (emt, ) (Entered: 1 |
| 2014 | 210 | EP : Motion Hearing re 155 MOTION in Limine *to Preclude Defendants from Presenting Any Evidence/Testimony Conce Law Enforcement Misconduct Occurring Subsequent to the Commission of Her Charged Crimes, or in the Alternative, Lin Same at Trial* and Final Pretrial Conference as to (01) Malia Arciero held on 12/5/2014. Defendant (01) Malia Arciero present and in custody. **Trial is currently set for 12/10/14 for (01) Malia Arciero.** Mr. Dubin notified the Court of his opposition to the motion to sever that was held before Magistrate Kurren. Motion in Limine to Preclude Defendants From Presenting Any Evidence/Testimony Concerning Alleged Law Enforceme Misconduct Occurring Subsequent to the Commission of her Charged Crimes, or in the Alternative, Limiting the Same at **Granted in part and denied in part**. Granted to the extent the motion seeks to prevent reference to the government's mis opening statement. To the extent cross examination or extrinsic evidence might raise misconduct issues, Court withholds ju admissibility until evidence develops. Pretrial Conference – Jury selection to begin @ 9:00 a.m. 12/10/14. Parties instructed to get the juror information cards from the jury clerks. Discussion held re: jury selection process, peremptory strikes, etc. Each side allowed 10 minutes per side for voir dire. |

Trial estimate: Government's case in chief: 3–4 days; Defendant: 4 days.

Discussion held re: trial schedule:
12/10/14 – full day
12/11/14 – full day
12/12/14 – 10:30 a. m. – 4:30 p.m.
12/15/14 – no trial
12/16/14 – full day with a longer lunch
12/17/14 – all day.
No trial the weeks of 12/22/14 and 12/29/14.
**Trial to resume on 1/6/15.**
1/8/15 – possibly no trial in the morning. Court to check on the schedule.

If Mr. Dubin has a question re: any inaccuracy in any transcript, he is to notify Mr. Kawahara in advance.
Mr. Kawahara to email Mr. Wilkerson, counsel for (02) Keala Arciero, to notify him to instruct Ms. Arciero to not talk to
**A Status Conference re: Defendant (02) Keala Arciero will be set before Magistrate Kurren re: a new trial date.**
Opening statements: Government and defendant 1/2 hour.
Defendant remanded to the custody of the USM.

(granting in part and denying in part 155 Motion in Limine as to Malia Arciero (1); Motion terminated as to Malia Arciero: 155 *MOTION in Limine to Preclude Defendants from* *Evidence/Testimony Concerning Alleged Law Enforcement Misconduct Occurring Subsequent to the Commision of Her Charged Crimes, or in the Alternative, Limiting the Sam* filed by USA.; Final Pretrial Conference as to Malia Arciero held on 12/5/2014) (Court Reporter Debra Chun.) (JUDGE SUSAN OKI MOLLWAY

COS issued for this docket entry (Entered: 12/08/2014)

---

2014 | 209 | Writ of Habeas Corpus ad Testificandum Issued as to Gary Heidenfeldt for 12/15/2014 in case as to (01) Malia Arciero (e 12/05/2014)

---

2014 | 208 | APPLICATION AND ORDER FOR WRIT OF HABEAS CORPUS AD TESTIFICANDUM as to (01) Malia Arciero – S CHIEF JUDGE SUSAN OKI MOLLWAY on 12/5/2014. (emt, )

CERTIFICATE OF SERVICE

Participants registered to receive electronic notifications received this document electronically at the e–mail address listed on the Notice of Electronic Filing (NEF). Participants receive electronic notifications were served by first class mail on the date of this docket entry (Entered: 12/05/2014)

---

2014 | 207 | Writ of Habeas Corpus ad Testificandum Issued as to Gilbert Medina for 12/15/2014 in case as to (01) Malia Arciero (emt 12/05/2014)

---

2014 | 206 | APPLICATION AND ORDER FOR WRIT OF HABEAS CORPUS AD TESTIFICANDUM as to (01) Malia Arciero – S CHIEF JUDGE SUSAN OKI MOLLWAY on 12/5/2014. (emt, )

CERTIFICATE OF SERVICE

Participants registered to receive electronic notifications received this document electronically at the e–mail address listed on the Notice of Electronic Filing (NEF). Participants receive electronic notifications were served by first class mail on the date of this docket entry (Entered: 12/05/2014)

---

2014 | 205 | MEMORANDUM in Support by USA as to Malia Arciero re 155 MOTION in Limine *to Preclude Defendants from Prese* *Evidence/Testimony Concerning Alleged Law Enforcement Misconduct Occurring Subsequent to the Commision of Her C* *Crimes, or in the Alternative, Limiting the Same at Trial; COS*, 189 Response in Opposition, ; COS (Kawahara, Michael) ( 12/05/2014)

---

2014 | 201 | EP : Motion Hearing re 182 United States of America's MOTION to Sever the Trial of Defendants Pusuant to Bruton V. U as to (01) Malia Arciero, (02) Keala Arciero held on 12/4/2014.
Defendant (01) Malia Arciero present, in custody.
Defendant (02) Keala Arciero present, not in custody.

**Defendant (02) Keala Arciero's oral request to withdraw and substitute attorney – GRANTED. CJA counsel Micha withdrawn from the case. Counsel Donald L. Wilkerson to represent Defendant (02) Keala Arciero as retained cou**

Government's argument heard on 182 United States of America's Motion to Sever the Trial of Defendants pursuant to Bru States by the government.

Defendants (01) Malia Arciero and (02) Keala Arciero's arguments heard.

**Court finds that there is a clear Bruton issue in this case.**
**182 United States of America's Motion to Sever the Trial of Defendants pursuant to Bruton v. United States – GRA**
Government to prepare the Order.

| | | |
|---|---|---|
| | | **Jury Selection/Trial is currently set for 12/10/2014 @ 9:00 a.m. before Chief Judge Susan O. Mollway as to Defend** **Malia Arciero.**<br><br>**New dates and deadlines to follow as to Defendant (02) Keala Arciero.**<br><br>Defendant (01) Malia Arciero is remanded to the custody of the U.S. Marshal Service.<br><br>(granting 182 Motion to Sever Defendant as to (01) Malia Arciero, (02) Keala Arciero ; Motion terminated as to (01) Malia Arciero, (02) Keala Arciero: 182 MOTION to Seve *Pursuant to Bruton v. United States* filed by USA.; Added attorney Donald L. Wilkerson for (02) Keala Arciero. Attorney Michael J. Park terminated in case as to (02) Keala Ar (FTR−Ctrm 7/11:00−11:45 AM.) (Judge BARRY M. KURREN)(emt, )No COS issued for this docket entry (Entered: 12/04/2014) |
| 2014 | 200 | TRIAL BRIEFby USA as toMalia Arciero, Keala Arciero. (Kawahara, Michael) (Entered: 12/04/2014) |
| 2014 | 199 | WITNESS LIST by Malia Arciero. (Attachments: # 1 Certificate of Service)(Kwak, Elaine) (Entered: 12/04/2014) |
| 2014 | 198 | MEMORANDUM in Opposition by Malia Arciero re 182 MOTION to Sever Defendant *Trial Pursuant to Bruton v. Unite* (Attachments: # 1 Certificate of Service)(Dubin, Gary) (Entered: 12/03/2014) |
| 2014 | 197 | EXHIBIT LIST by Malia Arciero. (Attachments: # 1 Certificate of Service)(Kwak, Elaine) (Entered: 12/03/2014) |
| 2014 | 196 | WITNESS LIST by Malia Arciero. (Attachments: # 1 Certificate of Service)(Kwak, Elaine) (Entered: 12/03/2014) |
| 2014 | 195 | Proposed Voir Dire by Malia Arciero. (Attachments: # 1 Certificate of Service)(Kwak, Elaine) (Entered: 12/03/2014) |
| 2014 | 194 | NOTICE REGARDING DEFENDANT MALIA ARCIERO'S TRIAL BRIEF by Malia Arciero. (Attachments: # 1 Certifi Service)(Kwak, Elaine) Modified on 12/4/2014 (emt, ). (Entered: 12/03/2014) |
| 2014 | 193 | REDACTED VERSION of Exhibit 4b to the 186 Supplemental Memorandum in Support of Motion to Sever the Trail of I Pusuant to Bruton V. United States; COS – by USA as to Malia Arciero, Keala Arciero (Attachments: # 1 Exhibit 4b Redacted)(Kawahara, Michael) Modified on 12/4/2014 (emt, ). (Entered: 12/03/2014) |
| 2014 | 192 | Government's WITNESS and EXHIBIT LIST by USA as to Malia Arciero, Keala Arciero. (Kawahara, Michael) Modified on (Entered: 12/03/2014) |
| 2014 | 191 | EO: Due to a conflict with the Court's schedule, the hearing on 182 United States of America's Motion to Sever the Trial o pursuant to Bruton v. United States, which was set for 12/4/2014 at 1:00PM, is ADVANCED to 11:00AM on that same da Judge Barry M. Kurren. (Judge BARRY M. KURREN)(kur2)<br><br>CERTIFICATE OF SERVICE<br><br>Participants registered to receive electronic notifications received this document electronically at the e−mail address listed on the Notice of Electronic Filing (NEF). Participants receive electronic notifications were served by first class mail on the date of this docket entry (Entered: 12/03/2014) |
| 2014 | | ADVISORY ENTRY.  Please be advised that Exhibit 4b to the 186 Supplemental Memorandum in Support of Motion to S Defendants Pursuant to Bruton V. United States filed by USA, contains personal identifiers. The filing party may refer to Personal Identifiers, LR100.10.2. Redaction/Reference List and LR100.10.3. Responsibility of Counsel. The filing party n redacted version of the exhibit, to include a caption cover page. Upon the filing of the redacted exhibit, the Clerks Office v viewing to the affected exhibit contained in the Supplemental Memorandum. (emt, ) (Entered: 12/03/2014) |
| 2014 | 190 | Proposed Jury Instructions by Malia Arciero. (Attachments: # 1 Certificate of Service)(Kwak, Elaine) (Entered: 12/02/201 |
| 2014 | 189 | RESPONSE in Opposition by Malia Arciero re 155 MOTION in Limine *to Preclude Defendants from Presenting Any Evidence/Testimony Concerning Alleged Law Enforcement Misconduct Occurring Subsequent to the Commision of Her C Crimes, or in the Alternative, Limiting the Same at Trial; COS* (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Certifica Service)(Kwak, Elaine) (Entered: 12/02/2014) |
| 2014 | 186 | MEMORANDUM in Support by USA as to Malia Arciero, Keala Arciero re 182 MOTION to Sever Defendant *Trial Purs Bruton v. United States ; COS* (Attachments: # 1 Exhibit 3c, # 2 Exhibit 4b (RESTRICTED) )(Kawahara, Michael) Modified on 12/3/2014 Viewing to Exhibit 4b has been restricted to "case participants". The filing party has submitted a redacted version of this exhibit — see docket entry 193 (Entered: 12/02/2014) |
| 2014 | 185 | NOTICE OF HEARING ON MOTION in case as to Defendants (01) Malia Arciero, and (02) Keala Arciero. Hearing on 1 States of America's Motion to Sever the Trial of Defendants pursuant to Bruton v. United States is set for 12/04/2014 at 0 Courtroom 7 before Judge BARRY M. KURREN. Any response to be filed by 12/03/2014.(mrf)<br><br>CERTIFICATE OF SERVICE<br><br>Participants registered to receive electronic notifications received this document electronically at the e−mail address listed on the Notice of Electronic Filing (NEF). Participants receive electronic notifications were served by first class mail on the date of this docket entry (Entered: 12/02/2014) |

| | | |
|---|---|---|
| 2014 | 188 | EP : Motion to Withdraw Not Guilty Plea and to Plead Anew as to Keala Arciero (2) held on 12/1/2014. Defendant (02) K present. Mr. Park objects to co counsel, Gary Dubin and Elaine Kwak, being present at counsel table since Malia Arciero i to these proceedings. Gary Dubin and Elaine Kwak enter their appearances for the record. (01) Malia Arciero not present, presence is waived. |

Defendant (02) Keala Arciero informed the Court that she is not going to withdraw her not guilty plea, and would like to r statement to the Court.
Court advises the defendant that what she says in Court may be held against her. Court takes a recess in order to allow the speak with counsel.
Mr. Park informed the Court that against advice of counsel, the defendant would like to read her statement to the Court.
Defendant addressed the Court and requests new counsel.

**Defendant will retain her not guilty plea and will set for trial on 12/10/14.**
Discussion held re: defendant's previous withdrawal of her Motion to Suppress Statement of Defendant 109 and Joinder in Malia Arciero's Motion to Suppress Items Seized Following Unlawful Stop and Unlawful Search Without Probable Cause Defendant stated she is satisfied with her withdrawal of those motions.

Mr. Kawahara stated that he will be filing a motion to sever, along with an ex parte motion to shorten time.

Court clears the courtroom in order to discuss the defendant's request for new counsel.
Colloquy held between Court and the defendant.
Court takes a recess in order to allow the defendant to confer with counsel.
10:25 a.m. – Defendant stated that she is willing to have Mr. Park represent her at trial.
10:35 a.m. – Courtroom opened.
Court stated that Mr. Park will continue to represent the defendant.
Court instructs Mr. Kawahara to file the motion to sever asap.
A hearing on the motion to sever is set for 2:30 p.m. today.
CRM to notify the USM to have defendant (01) Malia Arciero present @ 2:30 p.m.
Mr. Park instructed to get the minutes from the final pretrial conference from the docket. Court informed Mr. Park of the u deadlines.

2:30 p.m. – Defendant (02) Keala Arciero present.
Defendant (01) Malia Arciero is in transit.
**Discussion held re: Mr. Park's Motion to Withdraw s Counsel for Defendant Keala Arciero that was filed – Denied prejudice to being renewed. If defendant does retain new counsel, counsel must be able to represent her on the sche the pretrial conference.** 2:40 p.m. – Defendant (01) Malia Arciero present and in custody.
Discussion held re: Application Regarding Custody.
This application may be moot since Mr. Dubin will confer with the (01) Malia Arciero now.
Court adjourned in order to allow Mr. Dubin and (01) Malia Arciero to meet and discuss possible plea negotiations.
4:25 p.m. – Defendant (01) Malia Arciero remanded to the custody of the USM.

(denying 187 Motion to Withdraw as Attorney. as to Keala Arciero (2); Motions terminated as to (02) Keala Arciero: 187 MOTION to Withdraw as Attorney by Michael J. Par Arciero.) (Court Reporter Debra Chun.) (JUDGE SUSAN OKI MOLLWAY)(emt, )No COS issued for this docket entry (Entered: 12/02

| | | |
|---|---|---|
| 2014 | 184 | EO: as to (01) Malia Arciero, (02) Keala Arciero ~ re 183 Ex Parte Motion Shortening Time on Notice of Hearing for the Government's MOTION to Sever the Trial of Defendants pursuant to <u>Bruton V. United States</u> filed by USA :
The court grants the ex parte motion to shorten time to hear the motion to sever and refers the motion to the duty Magistra hear at the earliest possible time. Trial is set to begin on December 10, 2014. The trial judge will be out of the district until 2014.
(JUDGE SUSAN OKI MOLLWAY)
( Motions terminated as to (01) Malia Arciero, (02) Keala Arciero: 183 Ex Parte Motion shortening time to hear Motion *for the Govt's Motion to Sever the Trial of Defts Pursua United States filed by USA.)* (emt, ) |

CERTIFICATE OF SERVICE

Participants registered to receive electronic notifications received this document electronically at the e–mail address listed on the Notice of Electronic Filing (NEF). Participants
receive electronic notifications were served by first class mail on the date of this docket entry (Entered: 12/02/2014)

| | | |
|---|---|---|
| 2014 | 183 | Ex Parte Motion shortening time to hear Motion *for the Gov't's Motion to Sever the Trial of Defts Pursuant to Bruton v. Un* USA as to Malia Arciero, Keala Arciero. (Attachments: # 1 Declaration of Counsel, # 2 Order Granting Ex Parte Motion)( Michael) (Entered: 12/01/2014) |
| 2014 | 182 | MOTION to Sever Defendant *Trial Pursuant to Bruton v. United States* by USA as to Malia Arciero, Keala Arciero. (Atta Motion, # 2 Memorandum in Support of Motion, # 3 Certificate of Service)(Kawahara, Michael) (Entered: 12/01/2014) |

| | | |
|---|---|---|
| 2014 | 181 | REPORT OF FINAL PRETRIAL CONFERENCE, MINUTES AND ORDER as to (01) Malia Arciero re 180 – Signed by RICHARD L. PUGLISI on 11/26/2014. (emt, )<br><br>CERTIFICATE OF SERVICE<br><br>Participants registered to receive electronic notifications received this document electronically at the e–mail address listed on the Notice of Electronic Filing (NEF). Participants receive electronic notifications were served by first class mail on the date of this docket entry (Entered: 11/26/2014) |
| 2014 | 180 | EP :Final Pretrial Conference as to (01) Malia Arciero held on 11/26/2014 Defendant (01) MALIA ARCIERO is not prese custody. Defense counsel's oral request to waive Defendant (01) MALIA ARCIERO's appearance is GRANTED.<br>Jury Trial before Judge Susan Oki Mollway on December 10, 2014 at 9:00.a.m.<br><u>Representations by counsel on trial time:</u><br>The United States: 3–4 days<br>Defendant (01) MALIA ARCIERO: 4 days<br>(FTR–Ctrm 7:2:06–2:33 PM.) (JUDGE RICHARD L. PUGLISI)(emt, )No COS issued for this docket entry (Entered: 11/26/2014) |
| 2014 | 179 | Proposed Voir Direby USA as toMalia Arciero. (Kawahara, Michael) (Entered: 11/26/2014) |
| 2014 | 178 | Proposed Jury Instructionsby USA as toMalia Arciero. (Kawahara, Michael) (Entered: 11/26/2014) |
| 2014 | 177 | (Partial) TRANSCRIPT of Proceedings Various Motions (Closing Arguments of Counsel) as to Malia Arciero held on 11/ Judge Susan Oki Mollway. Court Reporter Debra Chun, Telephone number (808) 541–2061. Transcript may be viewed at public terminal or ordered through the Court Reporter before the deadline for Release of Transcript. Remote availability o transcripts is regulated by FRCP 5.2(a), FRCrP 49.1(a) and FRBP 9037(a). Redaction Request due 12/17/2014. Redacted Deadline set for 12/29/2014. Release of Transcript Restriction set for 2/24/2015. (dc@hid.uscourts.gov) pp. 13. (Entered: |
| 2014 | 176 | WITNESS LIST re three pretrial suppression motions filed by (01) Malia Arciero, (02) Keala Ariero – by USA as to (01) Arciero, (02) Keala Arciero. (emt, ) (Entered: 11/25/2014) |
| 2014 | 175 | Government's EXHIBIT LIST re Government's Suppression Motions Hearing – by USA as to (01) Malia Arciero. (emt, ) 11/25/2014) |
| 2014 | 174 | EP : Continued Motion Hearing re 105 MOTION to Dismiss *Based on Outrageous Government Conduct and/or Entrapm* MOTION to Suppress *Items Seized Following Unlawful Stop and Unlawful Search Without Probable Cause*; and 107 MO Suppress *Coerced Involuntary Typed Confession During Extended Intermittent Interrogation* (Evidentiary) as to (01) Mali held on 11/24/2014.<br>Defendant (01) Malia Arciero present and in custody.<br>Government's Witnesses: Cory Hokama CST for direct examination and cross examination and Amy Garon CST for direc and cross examination.<br>Court advises the defendant of her right to testify or not to testify.<br>Court takes a recess in order to allow the defendant to confer with counsel.<br>11:20 a.m. – Mr. Dubin informs the Court that he will not be calling any witnesses for the motions to suppress, and **with Motion to Dismiss Based on Outrageous Government Conduct and/or Entrapment 105** .<br>The defendant withdraws her declarations attached to the motions to suppress. Arguments. **Motion to Suppress Coerced Typed Confession During Extended Intermittent Interrogation 107 – re: the lack of a recorded statement – Denied Motion to Suppress Items Seized Following Unlawful Stop and Unlawful Search Without Probable Cause 106 – De** No written order will be prepared.<br>Defendant remanded to the custody of the USM.<br><span style="font-size:smaller">(withdrawing 105 Motion to Dismiss as to Malia Arciero (1); denying 106 Motion to Suppress as to Malia Arciero (1); denying 107 Motion to Suppress as to Malia Arciero (1); Suppress *Coerced Involuntary Typed Confession During Extended Intermittent Interrogation* filed by Malia Arciero. Motions terminated as to Malia Arciero: 105 MOTION to *Outrageous Government Conduct and/or Entrapment* filed by Malia Arciero, 106 MOTION to Suppress *Items Seized Following Unlawful Stop and Unlawful Search Without Pr* by Malia Arciero, 107 MOTION to Suppress *Coerced Involuntary Typed Confession During Extended Intermittent Interrogation* filed by Malia Arciero.) (Court Reporte Chun.) (JUDGE SUSAN OKI MOLLWAY)(emt, )No COS issued for this docket entry (Entered: 11/24/2014)</span> |
| 2014 | 172 | (REDACTED VERSION) DECLARATION *of Counsel, Re: District Court's Minute Order Entered 11/18/14; COS* by US Arciero, Keala Arciero (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3a, # 4 Exhibit 3b, # 5 Exhibit 3c, # 6 Exhib Exhibit 4, # 8 Exhibit 5)(Kawahara, Michael) Modified on 11/24/2014 related to docket entries 165 , 166 (emt, ). (Entered: 11/21/2014) |
| 2014 | 171 | (REDACTED VERSION) MOTION to Seal That "Declaration of Counsel, Re: District Court's Minute Order Entered Nov 2014; Exhibits '1'–'5'; Declaration of Counsel in Support of Motion to Seal; Order Granting Motion to Seal; Certificate of USA as to Malia Arciero, Keala Arciero. (Attachments: # 1 Declaration of Counsel in Support of Motion to Seal)(Kawaha Modified on 11/24/2014 to clarify text, terminate as a pending motion; related to docket entries 163 and 165 (emt, ). (Entered: 11/21/2014) |
| 2014 | 170 | Writ of Habeas Corpus ad Testificandum Issued as to Gilbert Medina for 11/24/2014 in case as to (01) Malia Arciero (emt 11/21/2014) |
| 2014 | 169 | APPLICATION AND ORDER FOR WRIT OF HABEAS CORPUS AD TESTIFICANDUM as to (01) Malia Arciero – S CHIEF JUDGE SUSAN OKI MOLLWAY on 11/21/2014. (emt, ) |

| | | |
|---|---|---|
| | | CERTIFICATE OF SERVICE |
| | | Participants registered to receive electronic notifications received this document electronically at the e–mail address listed on the Notice of Electronic Filing (NEF). Participants receive electronic notifications were served by first class mail on the date of this docket entry (Entered: 11/21/2014) |
| 2014 | 168 | First MOTION to Withdraw Document *WITHDRAWAL OF DEFENDANT KEALA ARCIEROS MOTION TO SUPPRESS OF DEFENDANT AND JOINDER OF MALIA ARCIEROS MOTION TO SUPPRESS ITEMS SEIZED FOLLOWING UNL STOP AND UNLAWFUL SEARCH WITHOUT PROBABLE CAUSE* by Malia Arciero, Keala Arciero. (Park, Michael) (En 11/21/2014) |
| 2014 | 166 | DECLARATION of Counsel, Re: District Court's Minute Order Entered November 18, 2014; Exhibits "1"–"5"; Certifica by USA as to (01) Malia Arciero, (02) Keala Arciero (ATTACHMENTS SEALED) SEALED pursuant to 165 ORDER GRANTING MOTION TO SEAL "DECLARATION OF COUNSEL, RE: DISTRICT COURT'S MINUTE C ENTERED NOVEMBER 18, 2014; EXHIBIT '1'–'5'"; AND THE MOTION TO SEAL SAID DECLARATION (emt, ) (Additional attachm on 11/20/2014: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3A, # 4 Exhibit 3B, # 5 Exhibit 3C, # 6 Exhibit 3D, # 7 Exhibit 4, # 9 Certificate of Service) (emt, ). (Entered: 11/20/2014) |
| 2014 | 165 | ORDER GRANTING MOTION TO SEAL "DECLARATION OF COUNSEL, RE: DISTRICT COURT'S MINUTE ORI ENTERED NOVEMBER 18, 2014; EXHIBIT '1'–'5'"; AND THE MOTION TO SEAL SAID DECLARATION re 163 as Arciero (1), Keala Arciero (2) – Signed by CHIEF JUDGE SUSAN OKI MOLLWAY on 11/20/2014. "No later than November 21, 2014, pursuant to Local Rule 83.12(c), the Government shall file redacted versions of the motion to seal and declara the public files with only the confidential information redacted." (emt, ) |
| | | CERTIFICATE OF SERVICE |
| | | Participants registered to receive electronic notifications received this document electronically at the e–mail address listed on the Notice of Electronic Filing (NEF). Participants receive electronic notifications were served by first class mail on the date of this docket entry (Entered: 11/20/2014) |
| 2014 | 163 | MOTION to Seal That "Declaration of Counsel, Re: District Court's Minute Order Entered November 18, 2014; Exhibits ' Declaration of Counsel in Support of Motion to Seal; (Proposed) Order Granting Motion to Seal; Certificate of Service – b (01) Malia Arciero, (02) Keala Arciero. (ATTACHMENTS SEALED) (proposed order submitted separately; not included with this filing) (emt, ) (Additional attachment(s) added on 11/20/2014: # 1 Declaration of c Certificate of Service) (emt, ). (Entered: 11/20/2014) |
| 2014 | 161 | EP : Telephone Conference re: scheduling as to (01) Malia Arciero held in chambers on 11/18/2014. Defendant (01) Malia Arciero not present, and her presence is waived for purposes of this hearing. Mr. Park, who represents Defendant (02) Keala Arciero, declines to participate in this hearing. A Motion to Withdraw Not and to Plead Anew is set for 11/21/14 before Magistrate Kurren. Discussion held re: the upcoming motion to dismiss and the motions to suppress set for 11/24/14 @ 9:00 a.m., and the stat Dubin's trial before Judge Watson. The motions will remain on calendar for 11/24/14. If additional time is needed, the Cou reserve 11/25/14. This schedule may change if the jury proceedings before Judge Watson are still ongoing. (Court Reporter Debra Chun.) (JUDGE SUSAN OKI MOLLWAY)(emt, )No COS issued for this docket entry (Entered: 11/19/2014) |
| 2014 | 160 | EO : Defendant Malia Arciero, in her filing in this case at ECF No. 147, Page ID# 183, as well as in her Verified Compla 14–00506 LEK, alleges that the United States Attorney's Office has had access to privileged communications between her attorney. In light of these allegations, the court orders Government counsel in this case to submit, no later than November declaration indicating whether Government counsel or anyone working with Government counsel has or has not had direc access to attorney–client communications between any Defendant in this case and that Defendant's attorney. "Direct or ind includes actual viewing or reading by counsel or individuals working with counsel of such communications without the co parties to such communications, and reports of the contents of such communications from colleagues or other individuals provided such reports to Government counsel without the consent of the parties to such communications. In seeking couns declaration, the court is not indicating that it has any reason to think that Government counsel in this case has had such ac the court requires counsel's declaration to ensure the integrity of this ongoing criminal proceeding and in the interest of ad matter before the trial scheduled to begin in this case on December 10, 2014. If there is no basis for the allegations, then th play no part in future proceedings in this action and should not be allowed to color future proceedings. If there is a basis fo allegations, then appropriate action should be taken immediately. re 147 Response in Opposition,, (JUDGE SUSAN OKI MOLLWAY)(tbf, ) |
| | | CERTIFICATE OF SERVICE |
| | | Participants registered to receive electronic notifications received this document electronically at the e–mail address listed on the Notice of Electronic Filing (NEF). Participants receive electronic notifications were served by first class mail on the date of this docket entry (Entered: 11/18/2014) |
| 2014 | 159 | EO : in case as to Malia Arciero, Keala Arciero 155 MOTION in Limine *to Preclude Defendants from Presenting Any Evidence/Testimony Concerning Alleged Law Enforcement Misconduct Occurring Subsequent to the Commision of Her C Crimes, or in the Alternative, Limiting the Same at Trial;* COS set for 12/5/2014 @ 1:30 p.m. is rescheduled to 02:15 PM U JUDGE SUSAN OKI MOLLWAY.), as to Malia Arciero, Keala Arciero. |

| | | |
|---|---|---|
| | | Final Pretrial Conference set for 12/5/2014 @ 1:30 p.m. is rescheduled to 02:15 PM before JUDGE SUSAN OKI MOLLW (JUDGE SUSAN OKI MOLLWAY)(tbf, )<br><br>CERTIFICATE OF SERVICE<br><br>Participants registered to receive electronic notifications received this document electronically at the e–mail address listed on the Notice of Electronic Filing (NEF). Participants receive electronic notifications were served by first class mail on the date of this docket entry (Entered: 11/18/2014) |
| 2014 | 157 | NOTICE OF HEARING as to Malia Arciero, Keala Arciero Pretrial Conference set for 12/5/2014 01:30 PM before JUDG OKI MOLLWAY. (tbf, )<br><br>CERTIFICATE OF SERVICE<br><br>Participants registered to receive electronic notifications received this document electronically at the e–mail address listed on the Notice of Electronic Filing (NEF). Participants receive electronic notifications were served by first class mail on the date of this docket entry (Entered: 11/14/2014) |
| 2014 | 156 | NOTICE OF HEARING ON MOTION in case as to Malia Arciero, Keala Arciero 155 MOTION in Limine *to Preclude D from Presenting Any Evidence/Testimony Concerning Alleged Law Enforcement Misconduct Occurring Subsequent to the Her Charged Crimes, or in the Alternative, Limiting the Same at Trial; COS* : Motion Hearing set for 12/5/2014 01:30 PM JUDGE SUSAN OKI MOLLWAY. (tbf, )<br><br>CERTIFICATE OF SERVICE<br><br>Participants registered to receive electronic notifications received this document electronically at the e–mail address listed on the Notice of Electronic Filing (NEF). Participants receive electronic notifications were served by first class mail on the date of this docket entry (Entered: 11/14/2014) |
| 2014 | 155 | MOTION in Limine *to Preclude Defendants from Presenting Any Evidence/Testimony Concerning Alleged Law Enforcen Misconduct Occurring Subsequent to the Commision of Her Charged Crimes, or in the Alternative, Limiting the Same at T* USA as to Malia Arciero, Keala Arciero. (Kawahara, Michael) (Entered: 11/13/2014) |
| 2014 | 154 | EO : as to Malia Arciero, Keala Arciero Final Pretrial Conference set for 11/26/2014 02:00 PM before JUDGE RICHARD (JUDGE SUSAN OKI MOLLWAY)(tbf, )<br><br>CERTIFICATE OF SERVICE<br><br>Participants registered to receive electronic notifications received this document electronically at the e–mail address listed on the Notice of Electronic Filing (NEF). Participants receive electronic notifications were served by first class mail on the date of this docket entry (Entered: 11/05/2014) |
| 2014 | 153 | EO : as to Malia Arciero, Keala Arciero Final Pretrial Conference set for 11/10/14 @ 2:00 p.m. is continued to 11/26/2014 before JUDGE SUSAN OKI MOLLWAY. Parties notified. (JUDGE SUSAN OKI MOLLWAY)(tbf, )<br><br>CERTIFICATE OF SERVICE<br><br>Participants registered to receive electronic notifications received this document electronically at the e–mail address listed on the Notice of Electronic Filing (NEF). Participants receive electronic notifications were served by first class mail on the date of this docket entry (Entered: 11/04/2014) |
| 2014 | 152 | Defendant Malia Arciero's First Revised WITNESS LIST for the 106 MOTION to Suppress Items Seized Following Unla Unlawful Seizure – by (01) Malia Arciero. (Attachments: # 1 Exhibit A, # 2 Certificate of Service)(Kwak, Elaine) Modified add linkage to 106 Motion to Suppress and to clarify docket text (emt, ). (Entered: 10/29/2014) |
| 2014 | 151 | Defendant Malia Arciero's First Revised WITNESS LIST for the 107 MOTION to Suppress Coerced Involuntary Typed C by (01) Malia Arciero. (Attachments: # 1 Exhibit A, # 2 Certificate of Service)(Kwak, Elaine) Modified on 10/30/2014 to add linkag Suppress and to clarify docket text (emt, ). (Entered: 10/29/2014) |
| 2014 | 150 | Defendant Malia Arciero's First Revised WITNESS LIST for the 105 MOTION to Dismiss – by (01) Malia Arciero. (Atta Exhibit A, # 2 Certificate of Service)(Kwak, Elaine) Modified on 10/30/2014 to add linkage to 105 Motion to Dismiss and to clarify docket text (emt, ). 10/29/2014) |
| 2014 | 149 | EP : Continued Motion Hearing re 105 MOTION to Dismiss *Based on Outrageous Government Conduct and/or Entrapm* (01) Malia Arciero;<br>106 MOTION to Suppress *Items Seized Following Unlawful Stop and Unlawful Search Without Probable Cause* filed by ( Arciero;<br>108 *Defendant Keala Arciero's Motion For JOINDER in Defendant Malia Arciero's Motion To Suppress Items Seized Fol Unlawful Stop And Unlawful Search Without Probable Cause* filed by (02) Keala Arciero;<br>107 MOTION to Suppress *Coerced Involuntary Typed Confession During Extended Intermittent Interrogation* filed by (0 Arciero; 109 Defendant Keala Arciero's MOTION to Suppress Statement filed by (02) Keala Arciero as to (01) Malia Arc Keala Arciero held on 10/24/2014.<br>Defendant (01) Malia Arciero present and in custody. Defendant (02) Keala Arciero present.<br>Government's Witnesses: Ryan Faulkner resumed for continued cross examination, re direct examination and re cross exa |

Darren Nihei CST for direct examination, and cross examination; Reyn Yoshinaga CST for direct examination and cross e
Bronson Liana CST for direct examination and cross examination and Todd Nerlin CST for direct examination, cross exam
re direct examination.
Government's Admitted Exhibits: 6, 3b, 3a.
Discussion held re: scheduling.
A continued hearing is tentatively set for 11/24/14 @ 9:00 a.m.
If Mr. Dubin is in trial, this hearing may be adjusted.
Mr. Dubin to file his revised witness list by close of business on 10/29/14.
Discussion held re: motion to dismiss.
Mr. Dubin may file a memorandum.
Defendant (01) Malia Arciero remanded to the custody of the USM.

 ( 105 MOTION to Dismiss *Based on Outrageous Government Conduct and/or Entrapment* filed by Malia Arciero; 106 MOTION to Suppress *Items Seized Following Unlawful*
*Search Without Probable Cause*; 107 MOTION to Suppress *Coerced Involuntary Typed Confession During Extended Intermittent Interrogation*; 108 MOTION for Joinder *Defe*
*Arciero's Motion For Joinder With Defendant Malia Arciero's MotionTo Supress Items Seized Following Unlawful Stop And Unlaw Search Without Probable Cause*; 109 MOTI
*Motion To Suppress Statement Of Defendant* continued to 11/24/2014 09:00 AM before CHIEF JUDGE SUSAN OKI MOLLWAY.) (Court Reporter Debra Chun.
SUSAN OKI MOLLWAY)(emt, )No COS issued for this docket entry (Entered: 10/27/2014)

---

2014 | 148 | EP : Motion Hearing re 105 MOTION to Dismiss *Based on Outrageous Government Conduct and/or Entrapment* filed by
Arciero;
106 MOTION to Suppress *Items Seized Following Unlawful Stop and Unlawful Search Without Probable Cause* filed by
Arciero;
108 *Defendant Keala Arciero's Motion for JOINDER in Defendant Malia Arciero's Motion to Suppress Items Seized Follo*
*Unlawful Stop and Unlawful Search Without Probable Cause* filed by (01) Keala Arciero;
107 MOTION to Suppress *Coerced Involuntary Typed Confession During Extended Intermittent Interrogation* filed by (0
Arciero;
109 Defendant Keala Arciero's MOTION to Suppress Statement of Defendant filed by (02) Keala Arciero as to (01) Malia
Keala Arciero held on 10/23/2014 **(Evidentiary)**.
Government's Witness: Ryan Faulkner CST for direct examination and cross examination.
Government's Admitted Exhibits: 1 (part of page 94, 95, 96 and top few lines of 97 are excluded); 2, 4C, 7, 8, and 3C.
This hearing is continued to 10/24/14 @ 9:00 a.m.
Defendant (01) Malia Arciero remanded to the custody of the USM.

 ( 105 MOTION to Dismiss *Based on Outrageous Government Conduct and/or Entrapment* filed by Malia Arciero; 106 MOTION to Suppress *Items Seized Following Unlawful*
*Search Without Probable Cause* filed by Malia Arciero; 107 MOTION to Suppress *Coerced Involuntary Typed Confession During Extended Intermittent Interrogation* filed by
MOTION for Joinder *Defendant Keala Arciero's Motion For Joinder With Defendant Malia Arciero's MotionTo Supress Items Seized Following Unlawful Stop And Unlaw Sea*
*Probable Cause* filed by Keala Arciero; 109 MOTION to Suppress *Motion To Suppress Statement Of Defendant* filed by Keala Arciero,continued to 10/24/2014 09:00 AM befo
SUSAN OKI MOLLWAY.) (Court Reporter Debra Chun.) (JUDGE SUSAN OKI MOLLWAY)(emt, )No COS issued for this docket entry (E
10/24/2014)

---

2014 | 147 | Defendant Malia Arciero's Statement for the Record in RESPONSE to the Government's Supplemental Memorandum file
14, 2014 (Doc. 134 ) to the Court's Refusal to Continue to October 23 and 24, 2014 Evidentiary Hearings re 135 – by Mal
(Attachments: # 1 Exhibit "A", # 2 Exhibit "B", # 3 Exhibit "C" PART ONE, # 4 Exhibit "C" PART TWO, # 5 Certificate
Service)(Dubin, Gary) Modified on 10/24/2014 (emt, ). (Entered: 10/23/2014)

---

2014 | 146 | SEALED PROTECTIVE ORDER: RE: INVESTIGATION REPORTS AND OTHER MATTERS PERTAINING TO HO
SECURITY OFFICE OF PERSONAL RESPONSIBILITY INVESTIGATION as to (01) Malia Arciero, (02) Keala Arcie
145 – Signed by CHIEF JUDGE SUSAN OKI MOLLWAY on 10/22/2014. (ATTACHMENT SEALED) (emt, )

CERTIFICATE OF SERVICE

Michael K. Kawahara, AUSA served through interoffice delivery. (emt, ). (Entered: 10/22/2014)

---

2014 | 145 | EO: as to (01) Malia Arciero and (02) Keala Arciero ~ Having received no opposition to the government's motion for prot
the court grants that motion.

 (granting 137 Motion for Protective Order as to Malia Arciero (1), Keala Arciero (2))

(JUDGE SUSAN OKI MOLLWAY ) (emt, )

CERTIFICATE OF SERVICE

Participants registered to receive electronic notifications received this document electronically at the e–mail address listed on the Notice of Electronic Filing (NEF). Participants
receive electronic notifications were served by first class mail on the date of this docket entry (Entered: 10/22/2014)

---

2014 | 144 | Defendant Malia Arciero's EXHIBIT "C" (REDACTED) – by (01) Malia Arciero. (Attachments: # 1 Exhibit C (Redacted
Certificate of Service)(Kwak, Elaine) Modified on 10/23/2014 (emt, ). (Entered: 10/22/2014)

---

2014 | 143 | EXHIBIT "C" Submitted Under SEAL in Support of 135 Defendant Malia Arciero's Ex Parte Motion to Continue the Evi
Hearings Scheduled for October 23 and, 2014 Until December 10, 2014 Due to (1) the Government's Late Discovery D
the Declining Health of Defendant Malia Arciero; and (3) the Impending Hurricane Ana's Potentially Hitting Oahu in Less
Hours and Necessary Preparations Therefor; Certificate of Service – by Malia Arciero (ATTACHMENT SEALED)

| | | |
|---|---|---|
| | | **Exhibit C sealed pursuant to docket entry 142 .**<br>Although referenced in caption, a Certificate of Service was not included. (emt, ) (emt, ). (Entered: 10/22/2014) |
| 2014 | 142 | EO: as to (01) Malia Arciero and (02) Keala Arciero ~ On Friday October 17, 2014, Defendant Malia Arciero filed a motio the evidentiary hearing set to begin on October 23, 2014. See ECF No. 135 . Attached to that motion were three exhibits th "under seal." See ECF No 135–4 to –6. On Monday October 20, 2014, the court contacted Defense counsel, asking to be p copies of the "sealed" exhibits so that the court could address the motion to continue. The court wanted to rule on the moti because it pertained to a hearing that was set a few days later. After several hours of waiting to receive the exhibits, the co minute order that stated that the court would take no action on the motion to continue, as it was not provided with copies o The court also noted that no motion to seal pursuant to Local Rule 83.12 had been submitted. See ECF No. 138 . On Mond 20, 2014, Malia Arciero filed a motion for reconsideration of the minute order and a motion to seal exhibits. See ECF Nos . **The court grants in part and denies in part the motion to seal. The court denies the motion to continue the evident and the motion for reconsideration.**<br><br>With respect to the motion to seal, Malia Arciero says that Exhibits A and B are submitted solely for the purpose of establ See ECF No. 140 . For that purpose, Arciero needs only the transmittal memoranda that contain dates and that list the docu provided by the government. The documents themselves are unnecessary. Because there does not appear to be any reason transmittal memoranda without their attached exhibits, the court intends to file the transmittal memoranda in the public fil will disregard and dispose of the remainder of those exhibits (i.e., the documents actually produced by the government). **I wants the transmittal memoranda filed under seal, that party must file a motion to seal those documents no later th 22, 2014. If no such motion is received by that date, the transmittal memoranda will be filed in the publicly availab** extent Arciero seeks to seal the medical information in Exhibit C, the court grants that request. **A full copy of Exhibit C w under seal.** No later than October 22, 2014, Arciero must file a redacted version of Exhibit C. Only the first three sentenc the medical information may be redacted in the publicly available version. That is, Arciero may redact the portion of Ex beginning with "It has now been" and ending with "still give me something." **If Arciero fails to file a redacted version o by October 22, that exhibit will be stricken.**<br><br>With respect to the motion to continue the evidentiary hearing, Arciero provides no justification for doing so. The transmi that she received documents on September 26 and October 10, 2014. Arciero therefore had sufficient time to prepare for th hearing. Although counsel for Arciero may not have been able to confer with her on Saturday and Sunday, October 18 an due to Hurricane Ana, counsel has had ample time to prepare for the hearing given the notice he had of the hearing. Finall vague references to medical conditions do not establish that she cannot participate in the hearing or aid in her defense. Ac motion to continue the evidentiary hearing set to begin on October 23, 2014, is denied. The court also denies the motion f reconsideration of this court's minute order telling the parties that it could not rule on the motion because it did not have c exhibits that supposedly contained the justification for continuing the hearing. The reconsideration motion assumes that th denied the motion to continue, when all the court did was hold the motion to continue without ruling while awaiting subm exhibits referred to in the motion.<br><br>The court has invited Defendants to respond to the governments' motion for protective order but has not received defense The court will rule shortly even without the defense responses, so any response should be submitted immediately.<br>( JUDGE SUSAN OKI MOLLWAY ) (emt, )<br><br>CERTIFICATE OF SERVICE<br><br>Participants registered to receive electronic notifications received this document electronically at the e–mail address listed on the Notice of Electronic Filing (NEF). Participants receive electronic notifications were served by first class mail on the date of this docket entry (Entered: 10/21/2014) |
| 2014 | 141 | Letter addressed to Chief Judge Susan Oki Mollway from Michael K. Kawahara, AUSA, dated October 20, 2014 Re: "Cu motions hearing dates: October 23–24, 2014", identifying additional Government Exhibits 6, 7, and 8, as to (01) Malia Ar Keala Arciero. (emt, ) (Entered: 10/21/2014) |
| 2014 | 140 | Defendant Malia Arciero's MOTION to Seal Exhibits "A" Through "C" Pursuant to Local Rule 83.12 – by (01) Malia Arc (Attachments: # 1 Memorandum in Support, # 2 (Proposed) Order, # 3 Certificate of Service)(emt, ) (Entered: 10/21/2014 |
| 2014 | 139 | Defendant Malia Arciero's MOTION for Reconsideration of 138 this Court's October 20, 2014 Denial of Her "Ex Parte M Continue the Evidentiary Hearings Scheduled for October 23 and 24, 2014 until December 10, 2014 Due to (1) the Goven Discovery Disclosures; (2) the Declining Health of Malia Arciero; and (3) the Impending Hurricane Ana's Potentially Hitt Less Than 48 Hours and Necessary Preparations Therefor – by Malia Arciero. (Attachments: # 1 Certificate of Service)(D Modified on 10/21/2014 to clarify text (emt, ). (Entered: 10/20/2014) |
| 2014 | 138 | EO : Although it has been several hours since the court called Mr. Dubin's office asking for a complete copy of his motion which was filed last week Friday, the court has yet to receive that. The electronically filed copy of the motion to continue it did not contain exhibits referred to in the motion, instead containing only cover sheets for exhibits that were purportedly under seal. No exhibits have even been lodged. Moreover, no motion to seal has been submitted pursuant to Local Rule 83 these circumstances, the court will take no action on the motion to continue, and the hearing at this time remains on this co The court notes that the hearing scheduled for October 23 and 24 has been on the court's calendar for a long time and has b |

subject of considerable discussion. Defense counsel has also indicated that he believes the hearing will not be concluded o[...] and that further hearing dates will be required before the December trial date. This court has already discussed with couns[...] difficulties of continuing the trial date, particularly given the planned retirement of the Government's lead trial counsel. Th[...] intention is to hold onto the present trial date if at all possible and to hold any continued hearing before the trial date. Defe[...] Arciero first argues that certain materials have only recently been disclosed to her by the Government. Some of these mate[...] to have been obtained by the Government from third parties, and Defendant does not indicate that she herself could not ha[...] those materials from those third parties. With respect to other materials, Defendant does not indicate why those materials a[...] to the particular matters that will be presented on October 23 and 24. It is the court's understanding that the witnesses who[...] testifying on those days go to whether statements that Defendants seek to have the court suppress were made voluntarily. T[...] continue in no way ties any allegedly tardy discovery to the voluntariness issue. Defendant Malia Arciero's second argume[...] weather has made communication between counsel and client difficult. At most, this appears to have affected communicati[...] Sunday, October 19. Defendant Malia Arciero finally argues that her health is deteriorating, but the details are apparently [...] exhibits that are not available to the court. The court repeats that at this time the matters set for October 23 and 24 remain[...] Defense counsel are, however, invited to respond to the Government's protective order motion forthwith. re <u>135</u> Ex Parte [...] Continue *Evidentiary Hearings*, <u>137</u> MOTION for Protective Order *; COS* (JUDGE SUSAN OKI MOLLWAY)(tbf, )

CERTIFICATE OF SERVICE

Participants registered to receive electronic notifications received this document electronically at the e–mail address listed on the Notice of Electronic Filing (NEF). Participants [...] receive electronic notifications were served by first class mail on the date of this docket entry (Entered: 10/20/2014)

| 2014 | 137 | MOTION for Protective Order *; COS* by USA as to Malia Arciero, Keala Arciero. (Attachments: # <u>1</u> Declaration of Coun[...] Exhibit 1, # <u>3</u> Exhibit 2, # <u>4</u> Exhibit 3)(Kawahara, Michael) (Entered: 10/20/2014) |
| 2014 | | ADVISORY ENTRY.  The entry docket number <u>135</u> Ex Parte MOTION to Continue *Evidentiary Hearings* filed by Malia [...] filed incorrectly in this case. Please be advised that the document was electronically filed by Elaine L. Kwak, whose elect[...] appears on the Certificate of Service. All other parts of the motion, including the memorandum and declaration, are signed [...] Victor Dubin". LR100.5.1., states "The name of the CM/ECF user under whose login and password the document is being [...] filed must be preceded by "/s/" and typed in the space where the signature otherwise would appear (e.g. /s/ John or Jane L[...] filing party should also refer to LR100.4.4. – Use of Login and Password. (emt, ) (Entered: 10/20/2014) |
| 2014 | 136 | Correspondence: Letter dated 10/16/2014 from AUSA Michael K. Kawahara addressed to Chief U.S. District Judge Susan[...] Mollway. Letter in reference to USA's Supplemental Memorandum re: defendant Malia Arciero's Entitlement to an Evider[...] <u>134</u> . (afc) Modified on 10/20/2014 (emt, ). (Entered: 10/18/2014) |
| 2014 | 135 | Ex Parte MOTION to Continue *Evidentiary Hearings* Scheduled for October 23 and 24, 2014 Until December 10, 2014 D[...] Government's Late Discovery Disclosures; (2) the Declining Health of Defendant Malia Arciero; and (3) the Impending H[...] Ana's Potentially Hitting Oahu in Less Than 48 Hours and Necessary Preparations Therefor by Malia Arciero. (Attachmen[...] Memorandum in Support, # <u>2</u> Declaration of Counsel, # <u>3</u> Supplement Proposed Order, # <u>4</u> Exhibit A (Under Seal), # <u>5</u> Ex[...] (Under Seal), # <u>6</u> Exhibit C (Under Seal), # <u>7</u> Certificate of Service)(Kwak, Elaine)<br>Modified on 10/20/2014 The motion, memo and declaration are signed "/s/ Gary Victor Dubin. The motion was filed electronically by Elaine Kw[...] electronic signature is affixed to the certificate of service. (emt, ). (Entered: 10/17/2014) |
| 2014 | 134 | MEMORANDUM by USA as to Malia Arciero *re: Deft Malia Arciero's Entitlement to an Evidentiary Hearing in Connec[...] Pretrial Motions; COS* (Kawahara, Michael) (Entered: 10/14/2014) |
| 2014 | 133 | WITNESS LIST by Malia Arciero. (Attachments: # <u>1</u> Exhibit Motion To Suppress Coerced Confession, # <u>2</u> Certificate of [...] Service)(Dubin, Gary) (Entered: 10/10/2014) |
| 2014 | 132 | WITNESS LIST by Malia Arciero. (Attachments: # <u>1</u> Exhibit Motion To Suppress Items Seized, # <u>2</u> Certificate of Service[...] Gary) (Entered: 10/10/2014) |
| 2014 | 131 | WITNESS LIST by Malia Arciero. (Attachments: # <u>1</u> Exhibit Motion To Dismiss Witness List, # <u>2</u> Certificate of Service)[...] (Entered: 10/10/2014) |
| 2014 | 129 | NOTICE OF ATTORNEY APPEARANCE: appearing for Malia Arciero ~~Keala Arciero~~ (Kwak, Elaine) Docket text modified on[...] (Entered: 10/08/2014) |
| 2014 | 128 | EP: Status Conference as to case USA vs. (01) Malia Arciero and (02) Keala Arciero held on 10/7/2014. Both defendants [...] and their presence is waived for purposes of this hearing. Discussion held re: the upcoming motion to dismiss and motions[...] set for 10/23/14 @ 10:30 a.m. The hearing will go forward on 10/23/14 and 10/24/14 as scheduled. Mr. Dubin will pro[...] with his witnesses. Mr. Dubin to file separate witness lists for both motions by 10/10/14. Mr. Kawahara may supplement h[...] by 10/15/14.(Court Reporter Debra Chun.) (JUDGE SUSAN OKI MOLLWAY) (afc) No COS issued for this docket entry (Entered: [...] |
| 2014 | 127 | NOTICE OF HEARING as to Malia Arciero, Keala Arciero Status Conference by telephone is set for 10/7/2014 02:15 PM[...] JUDGE SUSAN OKI MOLLWAY. Parties notified.(tbf, ) |

CERTIFICATE OF SERVICE

| | | |
|---|---|---|
| | | Participants registered to receive electronic notifications received this document electronically at the e–mail address listed on the Notice of Electronic Filing (NEF). Participants receive electronic notifications were served by first class mail on the date of this docket entry (Entered: 10/07/2014) |
| 2014 | 126 | Correspondence as to case USA vs. (01) Malia Arciero and (02) Keala Arciero. AUSA Michael K. Kawahara's letter to the regards to the three pretrial suppression motions; anticipated witnesses & exhibits.  (afc)  Modified on 10/22/2014 (emt, ). (Entered: |
| 2014 | 125 | Correspondence as to case USA vs. (01) Malia Arciero and (02) Keala Arciero. AUSA Michael K. Kawahara's letter to the Scheduling Issues; continuance of JS/JT & motion hearing dates. *Reference: Minute Order* (120).  (afc)  Entry modified on 10/7/2014 to allow viewing of document. *NEF regenerated.* (afc).  (Entered: 10/06/2014) |
| 2014 | 124 | Correspondence as to case USA vs. (01) Malia Arciero and (02) Keala Arciero. AUSA Michael K. Kawahara's letter to the Scheduling Issues. *Reference: Minute Order* (120).  (afc)  Modified on 10/22/2014 (emt, ). (Entered: 10/06/2014) |
| 2014 | 123 | REPLY by Malia Arciero re 117 Memorandum in Opposition, *in Further Support of Motion To Suppress Involuntary Con* (Dubin, Gary)  Docket text modified on 10/6/2014 to include document number link to correlate to Ms. Arciero's Motion to Suppress, docket entry no. 107. (afc).  (Entered: 10/03/20 |
| 2014 | 122 | REPLY by Malia Arciero re 117 Memorandum in Opposition, *in Further Support of Motion To Suppress Items Seized* (Du  Docket text modified on 10/6/2014 to include document number link to correlate to Ms. Arciero's Motion to Suppress, docket entry no. 106. (afc).  (Entered: 10/03/20 |
| 2014 | 121 | REPLY by Malia Arciero re 118 Memorandum in Opposition *in Further Support of Motion To Dismiss* (Dubin, Gary)  Docket text modified on 10/6/2014 to include document number link to correlate to Ms. Arciero's Motion to Dismiss, docket entry no. 105. (afc).  (Entered: 10/03/201 |
| 2014 | 120 | EO: The court has received correspondence from counsel outlining some scheduling issues facing counsel and requesting conference. The court is certainly willing to conduct a telephone conference to discuss scheduling but asks that the parties a matter previously presented to them by court staff. The trial judge had previously been scheduled to be out of town for m October, but, when those plans changed, the trial judge asked court staff to contact counsel to offer to start the hearing on motions earlier than the scheduled start date of October 23. Court staff informed the trial judge that, while there was a will begin earlier expressed on the part of some, Mr. Dubin did not respond. As Mr. Dubin is the attorney representing the part filed the largest number of pending motions and asserting the need for the most time to present witnesses, it was his respo court actually thought was particularly important. Having not heard back from Mr. Dubin, the court was preparing to proc scheduled dates of October 23 and 24. It may be that fewer days are needed than Mr. Dubin estimates but, even if his estin weeks for presentation of evidence is correct, the court's thinking was that, if Mr. Dubin could not begin before October 2 October 24 would have to be found, even if the additional hearing dates were scattered. The court was not actually thinkin date would have to be moved. At this point, given the recent correspondence, the court urges the parties to discuss with ea possibility of beginning the hearing before October 23. The court thinks that such a discussion should occur before any sta conference with the court. (JUDGE SUSAN OKI MOLLWAY)(tl, ) |
| | | CERTIFICATE OF SERVICE |
| | | Participants registered to receive electronic notifications received this document electronically at the e–mail address listed on the Notice of Electronic Filing (NEF). Participants receive electronic notifications were served by first class mail on the date of this docket entry (Entered: 10/02/2014) |
| 2014 | 119 | Additional Exhibits by USA as to Malia Arciero, Keala Arciero to 117 Memorandum in Opposition, 118 Memorandum in *COS* (Attachments: # 1 Exhibit 1 (Part 1), # 2 Exhibit 1 (Part 2), # 3 Exhibit 2, # 4 Exhibit 3a, # 5 Exhibit 3b, # 6 Exhibit 4a, # 8 Exhibit 4b, # 9 Exhibit 4c, # 10 Exhibit 5a, # 11 Exhibit 5b, # 12 Exhibit 5c)(Kawahara, Michael) (Entered: 09/26/ |
| 2014 | 118 | MEMORANDUM in Opposition by USA as to Malia Arciero, Keala Arciero re 105 MOTION to Dismiss *Based on Outra Government Conduct and/or Entrapment ; COS* (Kawahara, Michael) (Entered: 09/26/2014) |
| 2014 | 117 | MEMORANDUM in Opposition by USA as to Malia Arciero, Keala Arciero re 108 MOTION for Joinder *Defendant Kea Motion For Joinder With Defendant Malia Arciero's MotionTo Supress Items Seized Following Unlawful Stop And Unlaw Without Probable Cause ; cos* (Kawahara, Michael) (Entered: 09/26/2014) |
| 2014 | 116 | EO : The deadline for any reply memorandum in support of the motions set for hearing on October 23, 2014, at 10:30 a.m. unchanged. That deadline is October 3, 2014, as stated in the Stipulation filed on August 25, 2014. Although counsel for D Malia Arciero had sought a continuance of that deadline in exchange for not objecting to the Government's request that it file a single 45–page opposition memorandum instead of multiple opposition memoranda, this court did not see why Defe need more time to reply to a single opposition memorandum than to reply to multiple memoranda that could, in combinati more than 45 pages. re 115 Order,,, 112 Stipulation and Order,, (JUDGE SUSAN OKI MOLLWAY)(tbf, ) |
| | | CERTIFICATE OF SERVICE |
| | | Participants registered to receive electronic notifications received this document electronically at the e–mail address listed on the Notice of Electronic Filing (NEF). Participants receive electronic notifications were served by first class mail on the date of this docket entry (Entered: 09/25/2014) |
| 2014 | 115 | EX PARTE MOTION FOR LEAVE OF COURT TO FILE AN OPPOSITION MEMORANDUM OF MORE THAN TH PAGES; ORDER as to (01) Malia Arciero, (02) re 105 , 106 , 107 , 108 , 109 – Signed by CHIEF JUDGE SUSAN OKI M on 9/24/2014. (Attachments: # 1 Declaration of Counsel, # 2 Order Granting Ex Parte Motion for Leave of Court to File M |

| | | |
|---|---|---|
| | | in Excess of Thirty (30) Pages) (emt, ) |

CERTIFICATE OF SERVICE

Participants registered to receive electronic notifications received this document electronically at the e-mail address listed on the Notice of Electronic Filing (NEF). Participants
receive electronic notifications were served by first class mail on the date of this docket entry (Entered: 09/25/2014)

| 2014 | 113 | EO : as to (01) Malia Arciero and (02 )Keala Arciero ~ Motion to Dismiss Based on Outrageous Government Conduct and Entrapment 105 ; Motion to Suppress Items Seized Following Unlawful Stop and Unlawful Search Without Probable Caus Defendant Keala Arciero's Motion for Joinder in Defendant Malia Arciero's Motion to Suppress Items Seized Following U and Unlawful Search Without Probable Cause 108 : Motion to Suppress Coerced Involuntary Typed Confession During E Intermittent Interrogation 107 ; and Defendant Keala Arciero's Motion to Suppress Statement of Defendant 109 – set for 1 9:00 a.m. are rescheduled to 10:30 a.m. Parties notified. (JUDGE SUSAN OKI MOLLWAY)(emt, ) |
|---|---|---|

CERTIFICATE OF SERVICE

Participants registered to receive electronic notifications received this document electronically at the e-mail address listed on the Notice of Electronic Filing (NEF). Participants
receive electronic notifications were served by first class mail on the date of this docket entry (Entered: 09/15/2014)

| 2014 | 112 | STIPULATION TO EXTEND PROSECUTION AND DEFENDANTS' OPPOSITION AND REPLY MEMORANDA FI DEADLINES; ORDER as to (01) Malia Arciero, (02) Keala Arciero – Signed by CHIEF JUDGE SUSAN OKI MOLLWA |
|---|---|---|

CERTIFICATE OF SERVICE

Participants registered to receive electronic notifications received this document electronically at the e-mail address listed on the Notice of Electronic Filing (NEF). Participants
receive electronic notifications were served by first class mail on the date of this docket entry (Entered: 08/25/2014)

| 2014 | 111 | EO : Please see attached letter re: Real Court Reporting Services re 108 MOTION for Joinder *Defendant Keala Arciero's Joinder With Defendant Malia Arciero's MotionTo Supress Items Seized Following Unlawful Stop And Unlaw Search Wit Cause*, 106 MOTION to Suppress *Items Seized Following Unlawful Stop and Unlawful Search Without Probable Cause, 1* to Suppress *Coerced Involuntary Typed Confession During Extended Intermittent Interrogation*, 109 MOTION to Suppres *Suppress Statement Of Defendant*, 105 MOTION to Dismiss *Based on Outrageous Government Conduct and/or Entrapme* SUSAN OKI MOLLWAY)(tbf, ) |
|---|---|---|

CERTIFICATE OF SERVICE

Participants registered to receive electronic notifications received this document electronically at the e-mail address listed on the Notice of Electronic Filing (NEF). Participants
receive electronic notifications were served by first class mail on the date of this docket entry (Entered: 08/20/2014)

| 2014 | 110 | NOTICE OF HEARING ON MOTION in case as to Malia Arciero, Keala Arciero 105 MOTION to Dismiss *Based on Ou Government Conduct and/or Entrapment*, 107 MOTION to Suppress *Coerced Involuntary Typed Confession During Exte Intermittent Interrogation*, 106 MOTION to Suppress *Items Seized Following Unlawful Stop and Unlawful Search Withou Cause*, 109 MOTION to Suppress *Motion To Suppress Statement Of Defendant*, 108 MOTION for Joinder *Defendant Kea Motion For Joinder With Defendant Malia Arciero's MotionTo Supress Items Seized Following Unlawful Stop And Unlaw Without Probable Cause* : Motion Hearing set for 10/23/2014 09:00 AM before JUDGE SUSAN OKI MOLLWAY. (tbf, |
|---|---|---|

CERTIFICATE OF SERVICE

Participants registered to receive electronic notifications received this document electronically at the e-mail address listed on the Notice of Electronic Filing (NEF). Participants
receive electronic notifications were served by first class mail on the date of this docket entry (Entered: 08/20/2014)

| 2014 | 107 | MOTION to Suppress *Coerced Involuntary Typed Confession During Extended Intermittent Interrogation* by Malia Arcie (Attachments: # 1 Declaration of Malia Arciero, # 2 Memorandum in Support of Motion, # 3 Exhibit 1, # 4 Exhibit 2, # 5 Certificate of Service)(Dubin, Gary) (Entered: 08/18/2014) |
|---|---|---|
| 2014 | 106 | MOTION to Suppress *Items Seized Following Unlawful Stop and Unlawful Search Without Probable Cause* by Malia Arc (Attachments: # 1 Declaration of Malia Arciero, # 2 Memorandum in Support of Motion, # 3 Exhibit 1, # 4 Exhibit 2, # 5 Certificate of Service)(Dubin, Gary) (Entered: 08/18/2014) |
| 2014 | 105 | MOTION to Dismiss *Based on Outrageous Government Conduct and/or Entrapment* by Malia Arciero. (Attachments: # 1 of Malia Arciero, # 2 Memorandum in Support of Motion, # 3 Exhibit 1, # 4 Exhibit 2, # 5 Exhibit 3, # 6 Certificate of Se Gary) (Entered: 08/18/2014) |
| 2014 | 104 | DETENTION ORDER PENDING TRIAL as to (01) Malia Arciero – Signed by JUDGE KEVIN S.C. CHANG on 7/24/2 (Attachments: # 1 Statement of Reasons for Detention) (emt, ) |

CERTIFICATE OF SERVICE

| | | |
|---|---|---|
| | | Participants registered to receive electronic notifications received this document electronically at the e–mail address listed on the Notice of Electronic Filing (NEF). Participants receive electronic notifications were served by first class mail on the date of this docket entry (Entered: 07/24/2014) |
| 2014 | 103 | ORDER GRANTING DEFENDANT KEALA ARCIERO'S ORAL MOTION TO CONTINUE TRIAL AND EXCLUDIN UNDER THE SPEEDY TRIAL ACT as to (01) Malia Arciero, (02) Keala Arciero – Signed by Judge BARRY M. KURRE 7/22/2014.<br>(Time excluded from 10/28/14 until 12/10/14. Final Pretrial Conference continued to 11/10/2014 02:00 PM before JUDGE RICHARD L. PUGLISI Selection/Trial continued to 09:00 AM on 12/10/2014 before CHIEF JUDGE SUSAN OKI MOLLWAY.) (emt, )<br><br>CERTIFICATE OF SERVICE<br><br>Participants registered to receive electronic notifications received this document electronically at the e–mail address listed on the Notice of Electronic Filing (NEF). Participants receive electronic notifications were served by first class mail on the date of this docket entry (Entered: 07/23/2014) |
| 2014 | 102 | EP : Status Conference as to (01) Malia Arciero, (02) Keala Arciero held on 7/21/2014. Defendants (01) Malia and (02) K not present, presence waived. Government informs the court of the proposed agreed dates by all parties. Trial date propose 12/16/2014.<br><u>New dates given:</u><br>Jury Selection/Trial set for 09:00 AM on 12/10/2014 before JUDGE SUSAN OKI MOLLWAY.<br>Final Pretrial Conference set for 11/10/2014 02:00 PM before JUDGE RICHARD L. PUGLISI.<br>Motions: 08/18/2014.<br>Response: 09/18/2014.<br>Optional Reply: 09/25/2014.<br>The Court finds that the ends of justice served by such an action outweigh the best interest of the public and the defendan trial. The court orders that the period from 10/28/2014 thru 12/10/2014 to be excluded from computation under the Speedy a failure to grant the continuance would unreasonably deny counsel for the defendant reasonable time necessary for effecti preparation, taking into account the exercise of due diligence. Government to prepare the Order.<br>(as to (01) Malia Arciero, (02) Keala Arciero – Final Pretrial Conference continued to 11/10/2014 02:00 PM before JUDGE RICHARD L. PUGLISI., Jury Selection/Trial conti on 12/10/2014 before CHIEF JUDGE SUSAN OKI MOLLWAY. ***Excludable started as to (01) Malia Arciero, (02) Keala Arciero: 10/28/2014–12/10/2014 ***Excludable(s Malia Arciero, (02) Keala Arciero) (FTR–Ctrm 7/1:41–1:45 PM.) (Judge BARRY M. KURREN)(emt, )No COS issued for this docket entry (E 07/21/2014) |
| 2014 | 100 | EP : Motion Hearing re 98 Defendant (02) Keala Arciero's MOTION for Withdrawal and Substitution of Counsel as to (0 Arciero, (02) Keala Arciero held on 7/10/2014. Defendant (01) Malia Arciero present, in custody and Defendant (02) Keal in custody. Courtroom is cleared.<br>**(SEALED HEARING 2:46 – 2:54)**<br>Sealed Discussion held between Defendant (02) Keala Arciero, Defendant's counsel Cynthia A. Kagiwada and the Court. called back into the Courtroom. Back on the record.<br>Court finds that there is a breakdown in the attorney client relationship. Court to appoint CJA counsel. The Court enters th GRANTING 98 Defendant (02) Keala Arciero's Motion for Withdrawal and Substitution of Counsel. Ms. Kagiwada to as transmission of the case file over to the new CJA Attorney once one is appointed.<br>Motions deadline due 07/11/2014 is VACATED.<br>Status Conference is set for 07/21/2014 @ 1:30 p.m. before Magistrate Judge Barry M. Kurren.<br>(granting 98 Motion to Withdraw as Attorney. as to Keala Arciero (2); Motion terminated as to Keala Arciero: 98 MOTION for Withdrawal and Substitution of Counsel filed b to (01) Malia Arciero, (02) Keala Arciero Status Conference set for 7/21/2014 01:30 PM before Judge BARRY M. KURREN.) (FTR–Ctrm 7/2:43–2:58 PM.) (Ju M. KURREN)(emt, )No COS issued for this docket entry (Entered: 07/14/2014) |
| 2014 | 96 | Summons Returned Executed on 6/26/2014 as to (01) Malia Arciero (emt, ) (Entered: 06/30/2014) |
| 2014 | 95 | EP : A & P to the First Superseding Indictment as to Malia Arciero (1) Count 1s,2s,3s,4s and Keala Arciero (2) Count 1s,4 6/26/2014. Defendant 01 present, in custody. Defendant 02 present, not in custody. Derrick Wong present with Gary Victo Wong will be submitting a Notice of Appearance shortly. Charges received. Defendants waive public reading of the First S Indictment. Pleas of Not Guilty entered as to defendants 01 and 02. Counsel will keep the 10/28/14 trial date. Defendant 0 the custody of the USMS. (FTR–Ctrm 7/1:31–1:35 PM.) (JUDGE KEVIN S.C. CHANG)(emt, )No COS issued for this docket entry 06/26/2014) |
| 2014 | 94 | NOTICE OF ATTORNEY APPEARANCE: appearing for Malia Arciero (Wong, Derrick) (Entered: 06/26/2014) |
| 2014 | 91 | (ORIGINAL) FIRST SUPERSEDING INDICTMENT as to (01) Malia Arciero, (02) Keala Arciero. (Attachments: # 1 De Information Sheet:: (01) Malia Arciero, # 2 Defendant Information Sheet: (02) Keala Arciero) (emt, ) Modified on 6/19/2014(ATTACHMENTS SEALED) (emt, ). (Entered: 06/19/2014) |
| 2014 | 90 | **FIRST SUPERSEDING INDICTMENT** as to Malia Arciero (1) count(s) 1s, 2s, 3s, 4s, Keala Arciero (2) count(s) 1s, 4s (Entered: 06/19/2014) |
| 2014 | 89 | SECOND STIPULATION AND ORDER CONTINUING TRIAL DATE AND EXCLUDING TIME UNDER THE SPEE ACT as to (01) Malia Arciero, (02) Keala Arciero – Signed by CHIEF JUDGE SUSAN OKI MOLLWAY on 6/2/2014. (T 8/19/14 until 10/28/14. Final Pretrial Conference continued to 9/29/2014 10:00 AM before JUDGE KEVIN S.C. CHANG., Jury Selection/Trial continued to 09:00 AM on 10/28 |

| | | |
|---|---|---|
| | | CHIEF JUDGE SUSAN OKI MOLLWAY.) (emt, ) |
| | | CERTIFICATE OF SERVICE<br><br>Participants registered to receive electronic notifications received this document electronically at the e–mail address listed on the Notice of Electronic Filing (NEF). Participants... receive electronic notifications were served by first class mail on the date of this docket entry (Entered: 06/02/2014) |
| 2014 | 88 | TRANSCRIPT of Proceedings as to (01) Malia Arciero (Partial transcript – testimony of Alison Thom ~ ORDER TO SHO... HEARING WHY PRETRIAL RELEASE SHOULD NOT BE REVOKED – TESTIMONY OF ALISON THOM ) – held... 2014, before Judge Chang. Court Reporter/Transcriber Jessica Cahill, Telephone number (808)244–0776 (maukele@hawa... Transcript may be viewed at the court public terminal or ordered through the Court Reporter/Transcriber before the deadli... of Transcript. Remote availability of electronic transcripts is regulated by FRCP 5.2(a),FRCrP 49.1(a) and FRBP 9037(a)... Request due 6/23/2014. Redacted Transcript Deadline set for 7/3/2014. Release of Transcript Restriction set for 9/2/2014.... Jessica)  Modified on 6/3/2014 (emt, ). (Entered: 06/02/2014) |
| 2014 | 87 | EP : Further Hearing on Order to Show Cause Why Pretrial Release Should Not Be Revoked Hearing as to (01) Malia Arc... 5/23/2014. Defendant (01) present, in custody. Mr. Dubin informs the Court that defendant does not contest the violation (... Condition No. 16). Court questions defendant and defendant does not contest the violation. **Court finds that defendant is... of the terms and conditions of pretrial release. Court revokes defendant's pretrial release.** Renewal of Motion to Det... Arciero Without Bail/Bond 76 is hereby granted and terminated. **Court directs that defendant's telephone seized by Ma... personnel be returned to Mr. Dubin and further that defendant and her counsel return all reports prepared by Pre... forthwith to Pretrial Services. All subpoenas issued by both sides are deemed withdrawn based on this morning's r...** Defendant remanded to the custody of the USMS. (granting 76 Motion to Detain as to Malia Arciero (1); Motion terminated as to (01) Malia Arciero: 76 M... filed by USA.) (FTR–Ctrm 7/10:08–10:15 AM.) (JUDGE KEVIN S.C. CHANG)(emt, )No COS issued for this docket entry (Entered: 05... |
| 2014 | 86 | EP :Status Conference as to (01) Malia Arciero held on 5/22/2014. Defendant's presence waived. Status Conference held.(... 7/3:15–3:31 PM.) (JUDGE KEVIN S.C. CHANG)(emt, )No COS issued for this docket entry (Entered: 05/22/2014) |
| 2014 | 85 | EO : as to Malia Arciero : Status Conference as to Defendant (01) Malia Arciero set for 5/22/2014 03:00 PM before JUD... S.C. CHANG. (JUDGE KEVIN S.C. CHANG)(sna, ) |
| | | CERTIFICATE OF SERVICE<br><br>Participants registered to receive electronic notifications received this document electronically at the e–mail address listed on the Notice of Electronic Filing (NEF). Participants... receive electronic notifications were served by first class mail on the date of this docket entry (Entered: 05/22/2014) |
| 2014 | 84 | TRANSCRIPT of Proceedings as to (01) Malia Arciero (Partial transcript – Judge Chang's findings and ruling ~ PARTIA... TRANSCRIPT OF FURTHER ORDER TO SHOW CAUSE WHY PRETRIAL RELEASE SHOULD NOT BE REVOKE... JUDGE'S FINDINGS AND RULING) – held on April 1, 2014, before Judge Chang. Court Reporter/Transcriber Jessica C... Telephone number (808)244–0776 (maukele@hawaii.rr.com). Transcript may be viewed at the court public terminal or on... the Court Reporter/Transcriber before the deadline for Release of Transcript. Remote availability of electronic transcripts... by FRCP 5.2(a),FRCrP 49.1(a) and FRBP 9037(a) Redaction Request due 6/12/2014. Redacted Transcript Deadline set fo... Release of Transcript Restriction set for 8/19/2014. (Cahill, Jessica)  Modified on 5/22/2014 (emt, ). (Entered: 05/21/2014) |
| 2014 | 83 | TRANSCRIPT of Proceedings as to (01) Malia Arciero– (partial transcript – testimony of Malia Arciero ~ PARTIAL TR... OF FURTHER ORDER TO SHOW CAUSE WHY PRETRIAL RELEASE SHOULD NOT BE REVOKED – TESTIMO... MALIA ARCIERO ) held on March 31, 2014, before Judge Chang. Court Reporter/Transcriber Jessica Cahill, Telephone... (808)244–0776 (maukele@hawaii.rr.com). Transcript may be viewed at the court public terminal or ordered through the C... Reporter/Transcriber before the deadline for Release of Transcript. Remote availability of electronic transcripts is regulate... 5.2(a),FRCrP 49.1(a) and FRBP 9037(a) Redaction Request due 6/12/2014. Redacted Transcript Deadline set for 6/23/201... Transcript Restriction set for 8/19/2014. (Cahill, Jessica)  Modified on 5/22/2014 (emt, ). (Entered: 05/21/2014) |
| 2014 | 82 | EP : Status Conference as to (01) Malia Arciero held on 5/19/2014. Defendant present, in custody. Discussion held regard... addressed to Alison Thom. Court to issue ruling before Friday, 5/23/14. Defendant remanded to the custody of the USMS.... 7/10:51–10:59 AM.) (JUDGE KEVIN S.C. CHANG)(emt, )No COS issued for this docket entry (Entered: 05/19/2014) |
| 2014 | 81 | Return of Service on Subpoena as to (01) Malia Arciero – Laura Stephens was served on 5/15/2014 (emt, ) (Entered: 05/1... |
| 2014 | 80 | Return of Service on Subpoena as to (01) Malia Arciero – Alison Thom was served on 5/13/2014. (emt, ) (Entered: 05/16/... |
| 2014 | 79 | EO : as to Malia Arciero : Status Conference (with counsel only) as to Defendant (01) Malia Arciero set for 5/19/2014 10:... JUDGE KEVIN S.C. CHANG. (JUDGE KEVIN S.C. CHANG)(sna, ) |
| | | CERTIFICATE OF SERVICE<br><br>Participants registered to receive electronic notifications received this document electronically at the e–mail address listed on the Notice of Electronic Filing (NEF). Participants... receive electronic notifications were served by first class mail on the date of this docket entry (Entered: 05/14/2014) |

| 2014 | 78 | No Bail Warrant Returned Executed on 5/5/2014 in case as to (01) Malia Arciero. (emt, ) (Entered: 05/08/2014) |
|---|---|---|
| 2014 | 77 | EO: as to Malia Arciero – By the request of counsel Richard T. Forrester and with agreement of Government's counsel Mi Kawahara, the Further Hearing on Order to Show Cause Why Pretrial Release Should Not Be Revoked Hearing set for 05/ CONTINUED TO 05/23/2014 at 10:00 a.m. before JUDGE KEVIN S.C. CHANG. (Judge BARRY M. KURREN)(bbb) <br><br> CERTIFICATE OF SERVICE <br><br> Participants registered to receive electronic notifications received this document electronically at the e–mail address listed on the Notice of Electronic Filing (NEF). Participants receive electronic notifications were served by first class mail on the date of this docket entry (Entered: 05/07/2014) |
| 2014 | 76 | Renewal of MOTION to Detain Malia Arciero Without Bail/Bond – by USA as to (01) Malia Arciero. (emt, ) (Entered: 0 |
| 2014 | 75 | EP : Order to Show Cause as to Why Pretrial Release Should Not Be Revoked as to Defendant (01) Malia Arciero held on Further Order to Show Cause as to Why Pretrial Release Should Not Be Revoked as to Defendant (01) Malia Arciero: ( Sh Hearing set for 5/9/2014 at 11:30 AM before Judge BARRY M. KURREN.) (Court Reporter FTR–Courtroom 7) (JUDGE CHANG)(wnn, ) <br><br> CERTIFICATE OF SERVICE <br><br> Participants registered to receive electronic notifications received this document electronically at the e–mail address listed on the Notice of Electronic Filing (NEF). Participants receive electronic notifications were served by first class mail on the date of this docket entry (Entered: 05/06/2014) |
| 2014 | | Arrest of (01) Malia Arciero on 5/5/2014. (emt, ) (Entered: 05/08/2014) |
| 2014 | 74 | EO: as to Malia Arciero – Order to Show Cause Why Pretrial Release Should Not Be Revoked Hearing set for 05/06/2014 IS CONTINUED TO 11:30 AM before JUDGE KEVIN S.C. CHANG. (JUDGE KEVIN S.C. CHANG)(bbb) <br><br> CERTIFICATE OF SERVICE <br><br> Participants registered to receive electronic notifications received this document electronically at the e–mail address listed on the Notice of Electronic Filing (NEF). Participants receive electronic notifications were served by first class mail on the date of this docket entry (Entered: 05/05/2014) |
| 2014 | 73 | EO: as to Malia Arciero – Order to Show Cause Why Pretrial Release Should Not Be Revoked Hearing set for 05/06/2014 IS ADVANCED TO 11:00 a.m. before JUDGE KEVIN S.C. CHANG. (JUDGE KEVIN S.C. CHANG)(bbb) <br><br> CERTIFICATE OF SERVICE <br><br> Participants registered to receive electronic notifications received this document electronically at the e–mail address listed on the Notice of Electronic Filing (NEF). Participants receive electronic notifications were served by first class mail on the date of this docket entry (Entered: 05/05/2014) |
| 2014 | 72 | EO: as to Malia Arciero – Order to Show Cause Why Pretrial Release Should Not Be Revoked Hearing is set for 05/06/20 p.m. before Judge BARRY M. KURREN. (JUDGE KEVIN S.C. CHANG)(bbb) <br><br> CERTIFICATE OF SERVICE <br><br> Participants registered to receive electronic notifications received this document electronically at the e–mail address listed on the Notice of Electronic Filing (NEF). Participants receive electronic notifications were served by first class mail on the date of this docket entry (Entered: 05/05/2014) |
| 2014 | 70 | PS 8 – PETITION FOR ACTION on Conditions of Pretrial Release as to (01) Malia Arciero – Signed by MAGISTRATE KEVIN S. C. CHANG on 5/5/2014. (emt, ) Modified on 5/8/2014 to unseal petition pursuant to return on no bail warrant (emt, ). (Entered: 05/05/20 |
| 2014 | 64 | STIPULATION FOR TWO NIGHTS LEAVE FROM HALF–WAY HOUSE, APRIL 9 AND 10, 2014, FOR DEFENDA ARCIERO as to (01) Malia Arciero re 15 – Signed by Judge BARRY M. KURREN on 4/8/2014. (emt, ) <br><br> CERTIFICATE OF SERVICE <br><br> Participants registered to receive electronic notifications received this document electronically at the e–mail address listed on the Notice of Electronic Filing (NEF). Participants receive electronic notifications were served by first class mail on the date of this docket entry (Entered: 04/08/2014) |
| 2014 | 63 | EP : Further Order to Show Cause Why Pretrial Release Should Not Be Revoked as to (01) Malia Arciero held on 4/1/201 01 present, not in custody. Arguments heard. Court finds that the Government has sustained its burden and established by preponderance of the evidence that Defendant violated her conditions of pretrial release. Government requests detention p **Court informs Defendant that should she violate again, her pretrial release will be revoked immediately by whiche Magistrate Judge hears the revocation hearing, and she will be immediately remanded to the FDC. Court will hold in abeyance pending any further court hearing.** Original Exhibits returned to both counsel. (Evidentiary Hearing as to (01) Malia A 4/1/2014) (FTR–Ctrm 8/9:53–10:55 AM.) (JUDGE KEVIN S.C. CHANG)(emt, )No COS issued for this docket entry (Entered: 04/01/2 |
| 2014 | 62 | EP : Further Order to Show Cause Why Pretrial Release Should Not Be Revoked as to (01) Malia Arciero held on 3/31/20 01 present, not in custody. Leo Kadehjian – previously sworn in resumed witness stand: continued direct, cross. Governm |

| | | |
|---|---|---|
| | | admitted/received: 6a, 6b, 6c. Over Government's objection, Defendant's Exhibits admitted/received: E, F, G, H. Governm CST: Malia Arciero: direct, cross, redirect. CST: Clifford G. Wong: direct, cross, redirect. Court finds Dr. Wong is qualifi the area of forensic toxicology with knowledge to urine testing and hair testing. Leo Kadehjian recalled – previously swor witness stand: rebuttal. Clifford Wong recalled – previously sworn in resumed witness stand: surrebuttal. Defendant orally retest for DNA and calibrate to 250. Defendant is willing to pay for this expense. Government indicates this is a late reques believes that both sides had ample opportunity to prepare for this hearing. Court believes any further delay to the alleged v would not be in the best interest of both sides. Defendant's oral request is denied. Court will hear arguments and issue deci Further Order to Show Cause Why Pretrial Release Should Not Be Revoked which will be continued to 4/1/14 at 9:45am b Chang. (Evidentiary Hearing as to (01) Malia Arciero held on 3/31/2014. Evidentiary Hearing (Order to Show Cause Why Pretrial Release Should Not Be Revoked continued to AM before JUDGE KEVIN S.C. CHANG.) (FTR–Ctrm 6/10:12 AM–4:39 PM.) (JUDGE KEVIN S.C. CHANG)(emt, )No COS issued for th (Entered: 04/01/2014) |
| 2014 | 61 | EP : Order to Show Cause Why Pretrial Release Should Not Be Revoked as to (01) Malia Arciero held on 3/28/2014. Def present, not in custody. CST: Alison Thom: direct, cross, redirect, recross. Government's Exhibits admitted/received: 1, 2, 5. Defendant's Exhibits admitted/received: A, B. CST: MP George: direct, cross. There being no objection, Court finds tha is qualified to testify as an expert in the area of forensic toxicology, specifically urinalysis. CST: Leo Kadehjian: direct. C Kadehjian is qualified to be an expert in the area of forensic toxicology and the specialty areas of urinalysis, hair testing an environmental toxicity. Further Order to Show Cause Why Pretrial Release Should Not Be Revoked continued to 3/31/14 before Judge Chang. (Evidentiary Hearing as to (01) Malia Arciero held on 3/28/2014. Evidentiary Hearing (Order to Show Cause Why Pretrial Release Should Not Be continued to 3/31/2014 10:00 AM before JUDGE KEVIN S.C. CHANG.) (FTR–Ctrm 6/9:52–1:47 PM.) (JUDGE KEVIN S.C. CHANG)(emt, ) this docket entry (Entered: 03/28/2014) |
| 2014 | 60 | EP : Status Conference (with counsel only) as to (01) Malia Arciero held on 3/27/2014. Status Conference held. Court wil at 10:00am, if needed, for further hearing on the Order to Show Cause Why Pretrial Release Should Not Be Revoked. (FT 6/3:04–3:17 PM.) (JUDGE KEVIN S.C. CHANG)(emt, )No COS issued for this docket entry (Entered: 03/27/2014) |
| 2014 | 59 | NOTICE OF ATTORNEY APPEARANCE: appearing for Malia Arciero, ~~Keala Arciero~~ (O'Meara, Daniel) Modified on 3/25/2 appearance is only as to deft Malia Arciero. NEF regenerated (afc). (Entered: 03/25/2014) |
| 2014 | 58 | EO : as to Malia Arciero : Status Conference (with counsel only) as to Defendant (01) Malia Arciero set for 3/27/2014 03: JUDGE KEVIN S.C. CHANG. (JUDGE KEVIN S.C. CHANG)(sna, ) |
| | | CERTIFICATE OF SERVICE Participants registered to receive electronic notifications received this document electronically at the e–mail address listed on the Notice of Electronic Filing (NEF). Participants receive electronic notifications were served by first class mail on the date of this docket entry (Entered: 03/25/2014) |
| 2014 | 57 | EO : as to Malia Arciero: The time for the Further Order to Show Cause Why Pretrial Release Should Not Be Revoked as (01) Malia Arciero set for 10:15am on 3/28/2014 shall be moved to 9:45 AM on 3/28/2014 before JUDGE KEVIN S.C. C (JUDGE KEVIN S.C. CHANG)(sna, ) |
| | | CERTIFICATE OF SERVICE Participants registered to receive electronic notifications received this document electronically at the e–mail address listed on the Notice of Electronic Filing (NEF). Participants receive electronic notifications were served by first class mail on the date of this docket entry (Entered: 03/20/2014) |
| 2014 | 56 | Summons Returned Executed on 2/25/14 as to (01) Malia Arciero –– served via certified mail on 2/25/14, RRR 3/8/14. (e 03/17/2014) |
| 2014 | 55 | EP : ORDER TO SHOW CAUSE WHY PRETRIAL RELEASE SHOULD NOT BE REVOKED as to (01) Malia Arciero 2/27/2014. Defendant (01) MALIA ARCIERO is **not present**, not in custody. Discussion held. **Defendant (01) MALIA ARCIERO's conditions are modified as follows:** ADD: (7p5) You must abide by the program and instructions of Pretrial Services related to the proper operation of the specified Location Monitoring technology: PASS GLOBAL POSITIONING SATELLITE (GPS) MONITORING. **(7q) Placement at MAHONEY HALE.** You are restrict facility at all times except as pre–approved by Pretrial Services. You are required to abide by all established rules of the fa **Placement at Mahoney Hale is on a TEMPORARY BASIS pending the resolution of the alleged violation. Defendan contact the U.S. Pretrial Services Officer and report to Mahoney Hale no later than 2:00 p.m., on Friday, February** (7t1) Do not consume any alcoholic beverages or products containing alcohol while on bond. (7w1) To ensure compliance restriction on alcohol use, submit to random alcohol detection testing as approved by Pretrial Services. Further hearing on ORDER TO SHOW CAUSE WHY PRETRIAL RELEASE SHOULD NOT BE REVOKED AS TO (01) MALIA ARCIERO is set for March 28, at 10:15 a.m., Judge Chang. Hearing is expected to be half a day.  (Bond Revocation (01) Malia Arciero held on 2/27/2014. Bond Revocation Hearing set for 3/28/2014 10:15 AM before JUDGE KEVIN S.C. CHANG.) (FTR–Ctrm 6/2:04–2:24 PM RICHARD L. PUGLISI)(emt, )No COS issued for this docket entry (Entered: 02/28/2014) |
| 2014 | 54 | Certificate of Service by USA as to Malia Arciero, Keala Arciero re 50 Order to Continue – Ends of Justice,,,, Set Hearing (Kawahara, Michael) (Entered: 02/27/2014) |

| 2014 | 52 | EO: as to Defendant (01) Malia Arciero. Order to Show Cause Why Pretrial Release Should Not Be Revoked as to Defend... Malia Arciero is set for 2/27/2014 at 02:00 PM in Courtroom 6 before JUDGE RICHARD L. PUGLISI. (JUDGE RICHA... PUGLISI)(mrf) |

CERTIFICATE OF SERVICE

Participants registered to receive electronic notifications received this document electronically at the e−mail address listed on the Notice of Electronic Filing (NEF). Participants... receive electronic notifications were served by first class mail on the date of this docket entry (Entered: 02/24/2014)

| 2014 | 51 | Certificate of Service by USA as to Malia Arciero, Keala Arciero *for Judge's signature* (Kawahara, Michael) (Entered: 02... |

| 2014 | 50 | ORDER GRANTING DEFENDANT KEALA ARCIERO'S ORAL MOTION TO CONTINUE TRIAL AND EXCLUDE... UNDER THE SPEEDY TRIAL ACT as to (01) Malia Arciero, (02) Keala Arciero – Signed by JUDGE RICHARD L. PU... 2/21/2014.  (Time excluded from 5/13/2014 until 8/19/2014. Final Pretrial Conference continued to 7/21/2014 01:30 PM before Judge BARRY... Jury Selection/Trial continued to 09:00 AM on 8/19/2014 before CHIEF JUDGE SUSAN OKI MOLLWAY.) (emt, ) |

CERTIFICATE OF SERVICE

Participants registered to receive electronic notifications received this document electronically at the e−mail address listed on the Notice of Electronic Filing (NEF). Participants... receive electronic notifications were served by first class mail on the date of this docket entry (Entered: 02/24/2014)

| 2014 | 49 | PS 8 – PETITION FOR ACTION on Conditions of Pretrial Release as to (01) Malia Arciero – Signed by MAGISTRATE... RICHARD L. PUGLISI on 2/19/2014. (emt, ) (Entered: 02/20/2014) |

| 2014 | 48 | EP : Status Conference Re: Trial Date and Other Deadlines as to (01) Malia Arciero, (02) Keala Arciero held on 2/13/2014... (01) MALIA ARCIERO is not present, not in custody. Defendant's presence is waived. Defendant 02) KEALA ARCIERO... present, not in custody. Defendant's presence is waived. Discussion held. Joint oral motion to continue trial because new c... Cynthia A. Kagiwada, Esq. needs more time to adequately prepare for the case. Motion is GRANTED. The court finds tha... justice served by such an action outweigh the best interest of the public and the defendant in a speedy trial. **The court ord... period from 05/13/2014 to and including 8/19/2014 be excluded from computation under the Speedy Trial Act as a f...** the continuance would unreasonably deny counsel for the defendant reasonable time necessary for effective preparation, ta... account the exercise of due diligence. Jury Selection/Trial set for 09:00 AM on 8/19/2014 before CHIEF JUDGE SUSAN... MOLLWAY. Final Pretrial Conference set for 7/21/2014 01:30 PM before JUDGE BARRY M. KURREN. **Counsel inform... that Motion and Response deadlines will be stipulated to by parties.** The government shall prepare the order. ( ***Exclude... Malia Arciero, (02) Keala Arciero: 5/13/2014– 8/19/2014 ***Excludable(s) stopped as to (01) Malia Arciero, (02) Keala Arciero) (FTR−Ctrm 6/2:07−2:11 PM.) (... RICHARD L. PUGLISI)(emt, )No COS issued for this docket entry (Entered: 02/13/2014) |

| 2014 | 45 | EP : Status Conference; Motion Hearing re 43 Defendant (02) Keala Arciero MOTION to Change Counsel as to (01) Mali... (02) Keala Arciero held on 2/3/2014. Presence waived as to Defendant 01. Defendant 02 present, not in custody. Counsel... Dubin entered the courtroom at 9:35am. Discussion held with Mr. Shipley and defendant 02 regarding letter dated 1/28/14... Honorable Susan Mollway. The Court will treat this letter as a motion to change counsel 43 . **Defendant sworn to the fin... affidavit and request for court appointed attorney is granted. The Court will appoint Cynthia Kagiwada as counsel... defendant 02.** Defendant (02) Keala Arciero Motion to Change Counsel granted and terminated 43 . **Mr. Shipley to prep... Order. EO: Status Conference Re: Trial Date and Other Deadlines as to defendants 01 and 02 set 2/13/14 at 2:00pm... Judge Puglisi.**  (granting 43 Motion to Change Counsel as to (02) Keala Arciero ; Motion terminated as to (02) Keala Arciero: 43 MOTION to Change Counsel filed by K... Status Conference as to (01) Malia Arciero, (02) Keala Arciero set for 2/13/2014 02:00 PM before JUDGE RICHARD L. PUGLISI.; Added attorney Cynthia A. Kagiwada for (... (FTR−Ctrm 6/9:30−9:40 AM.) (JUDGE KEVIN S.C. CHANG)(emt, )No COS issued for this docket entry (Entered: 02/03/2014) |

| 2014 | 42 | EO: as to Malia Arciero, Keala Arciero – A Status Conference is set for 02/03/2014 @ 9:30 a.m. before JUDGE KEVIN S... Counsel Richard T. Forrester to notify all parties. (JUDGE KEVIN S.C. CHANG)(bbb) |

CERTIFICATE OF SERVICE

Participants registered to receive electronic notifications received this document electronically at the e−mail address listed on the Notice of Electronic Filing (NEF). Participants... receive electronic notifications were served by first class mail on the date of this docket entry (Entered: 01/31/2014)

| 2014 | 39 | EP : Status Conference as to Defendant (01) Malia Arciero – defendant present, not in custody. Government informed the... lab test for 12/30/13 was negative. Court will take no further action on the Order to Show Cause. All terms and conditions... release remain in full force and effect. (FTR−Ctrm C8; 10:08−10:11am.) (JUDGE KEVIN S.C. CHANG)(gab, )No COS issue... entry (Entered: 01/06/2014) |

| 2014 | 38 | EO : as to Malia Arciero : The time for the Status Conference as to Defendant (01) Malia Arciero set for 2:30pm on 1/6/20... moved to 10:00 AM on 1/6/2014 before JUDGE KEVIN S.C. CHANG. (JUDGE KEVIN S.C. CHANG)(sna, ) |

CERTIFICATE OF SERVICE

Participants registered to receive electronic notifications received this document electronically at the e−mail address listed on the Notice of Electronic Filing (NEF). Participants... receive electronic notifications were served by first class mail on the date of this docket entry (Entered: 01/02/2014)

| 2013 | 37 | FIRST STIPULATION AND ORDER CONTINUING TRIAL DATE AND EXCLUDING TIME UNDER THE SPEEDY ACT as to (01) Malia Arciero, (02) Keala Arciero – Signed by CHIEF JUDGE SUSAN OKI MOLLWAY on 12/20/13. (T... 1/22/14 until 5/13/14. Final Pretrial Conference set for 4/14/2014 01:30 PM before Judge BARRY M. KURREN. **Note: The stipulation references April 14, 2015 instead of A... Selection/Trial continued to 09:00 AM on 5/13/2014 before CHIEF JUDGE SUSAN OKI MOLLWAY.) (emt, ) |
| | | CERTIFICATE OF SERVICE |
| | | Participants registered to receive electronic notifications received this document electronically at the e−mail address listed on the Notice of Electronic Filing (NEF). Participants... receive electronic notifications were served by first class mail on the date of this docket entry (Entered: 12/23/2013) |
| 2013 | 36 | Summons Returned Executed on 12/4/13 as to (01) Malia Arciero −− served via certified mail on 12/4/13, RRR 12/5/13. (... (Entered: 12/09/2013) |
| 2013 | 35 | EP : Order to Show Cause Why Pretrial Release Should Not Be Revoked as to Defendant (01) Malia Arciero – defendant... custody. Defendant denies the violations. Recess taken. At Defendant's request, the Court will hold the violations in abeya... (7n) Undergo a psychiatric/mental health evaluation and participate in any recommended counseling as approved by Pretr... Take all medications as prescribed. All other terms and conditions remain in full force and effect. Status Conference set 1/... 2:30pm before Judge Chang. ***( Status Conference set for 1/6/2014 02:30 PM before JUDGE KEVIN S.C. CHANG.) (F... 2:45 − 2:56 and 3:22 − 3:41.) (JUDGE KEVIN S.C. CHANG)(eps )No COS issued for this docket entry (Entered: 12/06/2013) |
| 2013 | 33 | EO : as to Malia Arciero : At Government's request, the time for the Order to Show Cause Why Pretrial Release Should N... Revoked as to Defendant (01) Malia Arciero set for 2:30pm on 12/6/2013 shall be moved to 2:45 PM on 12/6/2013 before... KEVIN S.C. CHANG. (JUDGE KEVIN S.C. CHANG)(sna, ) |
| | | CERTIFICATE OF SERVICE |
| | | Participants registered to receive electronic notifications received this document electronically at the e−mail address listed on the Notice of Electronic Filing (NEF). Participants... receive electronic notifications were served by first class mail on the date of this docket entry (Entered: 12/03/2013) |
| 2013 | 32 | EO : as to Malia Arciero : Order to Show Cause Why Pretrial Release Should Not Be Revoked as to Defendant (01) Malia... for 12/6/2013 02:30 PM before JUDGE KEVIN S.C. CHANG. (JUDGE KEVIN S.C. CHANG)(sna, ) |
| | | CERTIFICATE OF SERVICE |
| | | Participants registered to receive electronic notifications received this document electronically at the e−mail address listed on the Notice of Electronic Filing (NEF). Participants... receive electronic notifications were served by first class mail on the date of this docket entry (Entered: 12/03/2013) |
| 2013 | 31 | PS8 – PETITION FOR ACTION on Conditions of Pretrial Release as to (01) Malia Arciero – Signed by MAGISTRATE... RICHARD L. PUGLISI on 11/27/13. (emt, ) (Entered: 11/29/2013) |
| 2013 | 29 | Summons Returned Executed on 11/22/13 as to (01) Malia Arciero. (emt, ) (Entered: 11/26/2013) |
| 2013 | 28 | STIPULATION AND ORDER RE: WITHDRAWAL AND SUBSTITUTION OF COUNSEL FOR DEFENDANT MAL... as to (01) Malia Arciero – Signed by JUDGE RICHARD L. PUGLISI on 11/22/13.  (Added attorney Gary Victor Dubin, Frederick J. Aren... T. Forrester for (01) Malia Arciero. Attorney Michael Jay Green terminated in case as to (01) Malia Arciero.) (emt, ) |
| | | CERTIFICATE OF SERVICE |
| | | Participants registered to receive electronic notifications received this document electronically at the e−mail address listed on the Notice of Electronic Filing (NEF). Participants... receive electronic notifications were served by first class mail on the date of this docket entry (Entered: 11/25/2013) |
| 2013 | 27 | EP : A & P to the Indictment as to Malia Arciero (1) Count 1,2 and Keala Arciero (2) Count 1,2 held on 11/22/2013. Defe... MALIA ARCIERO AND (02) KEALA ARCIERO are both present, both not in custody. Charges received. Defendants (0... ARCIERO AND (02) KEALA ARCIERO waives public reading of the Indictment. Plea of Not Guilty entered. Jury Selec... for 09:00 AM on 1/22/2014 before CHIEF JUDGE SUSAN OKI MOLLWAY. Final Pretrial Conference set for 12/23/20... before Judge BARRY M. KURREN. Motions due: 12/10/2014. Response due: 12/24/2013.  (Added attorney Richard T. Forrester for (0... (FTR−Ctrm 6/2:37–2:41 PM.) (JUDGE RICHARD L. PUGLISI)(emt, )No COS issued for this docket entry (Entered: 11/25/2013) |
| 2013 | 23 | Defendant Information Sheet: (01) Malia Arciero. (emt, ) (Entered: 11/21/2013) |
| 2013 | 22 | (ORIGINAL) INDICTMENT as to (01) Malia Arciero, (02) Keala Arciero. (emt, ) (Entered: 11/21/2013) |
| 2013 | 21 | INDICTMENT as to Malia Arciero (1) count(s) 1, 2, Keala Arciero (2) count(s) 1, 2. (emt, ) (Entered: 11/21/2013) |
| 2013 | 16 | Appearance Bond signed by JUDGE KEVIN SC CHANG as to Malia Arciero. (eps ) [1:13−mj−01142−KSC] (Entered: 1... |
| 2013 | 15 | ORDER Setting Conditions of Release as to Malia Arciero signed by Judge JUDGE KEVIN S.C. CHANG (eps) [1:13−mj−01142−KSC] (Entered: 11/01/2013) |

| 2013 | 13 | Abstract of Release as to Malia Arciero (eps ) [1:13−mj−01142−KSC] (Entered: 10/31/2013) |
|---|---|---|
| 2013 | 12 | EP : Detention Hearing − defendants 01 and 02 present, both in custody. as to Defendant 01 and 02 Motion denied and ten − unsecured bond in the amount of: $25,000. With Special Conditions: (6a) The defendant is placed in the Third Party Cus James Joseph Arciero. Defendants 01 and 02 are remanded to the custody of the USMS pending processing of paperwork. Motion to Detain as to Malia Arciero (1), Keala Arciero (2) *** Detention Hearing as to Malia Arciero, Keala Arciero held on 10/30/2013; ***M as to Malia Arciero, Keala Arciero: 4 MOTION to Detain filed by USA. ***Location start as to Malia Arciero, Keala Arciero (FTR−Ctrm C6 (JUDGE KEVIN S.C. CHANG)(eps )<br><br>No COS issued for this docket entry [1:13−mj−01142−KSC] (Entered: 10/31/2013) |
| 2013 | 8 | EO : as to Malia Arciero, Keala Arciero : The time for the Detention Hearing set 1:30pm on 10/30/2013 shall be moved to 10/30/2013 before JUDGE KEVIN S.C. CHANG. (JUDGE KEVIN S.C. CHANG)(sna, )<br><br>CERTIFICATE OF SERVICE<br><br>Participants registered to receive electronic notifications received this document electronically at the e−mail address listed on the Notice of Electronic Filing (NEF). Participants receive electronic notifications were served by first class mail on the date of this docket entry [1:13−mj−01142−KSC] (Entered: 10/30/2013) |
| 2013 | 7 | NOTICE OF ATTORNEY APPEARANCE Michael K. Kawahara appearing for USA. *certificate of service* (Kawahara, M [1:13−mj−01142−KSC] (Entered: 10/30/2013) |
| 2013 | 17 | Warrant Returned Executed on 10/24/2013. in case as to Malia Arciero. (eps ) [1:13−mj−01142−KSC] (Entered: 11/01/20 |
| 2013 | 10 | ORDER Regarding Custody as to Malia Arciero, Keala Arciero :SEALED. Signed by JUDGE KEVIN S.C. CHANG on 1 (eps )<br><br>CERTIFICATE OF SERVICE<br><br>USA served [1:13−mj−01142−KSC] (Entered: 10/31/2013) |
| 2013 | 9 | APPLICATION Regarding Custody by USA as to Malia Arciero, Keala Arciero : SEALED (eps ) [1:13−mj−01142−KSC 10/31/2013) |
| 2013 | 6 | ORDER SCHEDULING A DETENTION HEARING as to Malia Arciero. Signed by JUDGE KEVIN S.C. CHANG on 1 [Note: Correct case number should be MAG 13−1142 KSC] (ecs, )<br><br>CERTIFICATE OF SERVICE<br><br>Participants registered to receive electronic notifications received this document electronically at the e−mail address listed on the Notice of Electronic Filing (NEF). Participants receive electronic notifications were served by first class mail on the date of this docket entry [1:13−mj−01142−KSC] (Entered: 10/29/2013) |
| 2013 | 5 | EP :Initial Appearance as to Malia Arciero, Keala Arciero held on 10/25/2013: defendant 01 and 02 present, both in custo 01 has retained Michael Green. Defendant 02 has retained William Shipley. Detention Hearing: 10/30/13, 1:30pm, Judge Preliminary Hearing: 11/8/13, 2:00pm, Judge Kurren Defendants 01 and 02 are remanded to the custody of the USMS. ** attorney Michael Jay Green for Malia Arciero,William L. Shipley, Jr for Keala Arciero. ***( Detention Hearing set for 10 01:30 PM before JUDGE KEVIN S.C. CHANG., Preliminary Hearing set for 11/8/2013 02:00 PM before Judge BARRY KURREN.), ***Procedural Interval start as to Malia Arciero, Keala Arciero, ***Location start as to Malia Arciero, Keala (FTR−Ctrm C6 2:27 − 2:30.) (JUDGE KEVIN S.C. CHANG)(eps)No COS issued for this docket entry [1:13−mj−01142−KSC] (Ent 10/25/2013) |
| 2013 | 4 | MOTION to Detain Defendants Without Bail by USA as to Malia Arciero, Keala Arciero. (eps ) [1:13−mj−01142−KSC] ( 10/25/2013) |
| 2013 | 1 | COMPLAINT as to Malia Arciero (1), Keala Arciero (2). (eps ) [1:13−mj−01142−KSC] (Entered: 10/25/2013) |

ORIGINAL

FLORENCE T. NAKAKUNI      #2486
United States Attorney
District of Hawaii

BEVERLY WEE SAMESHIMA      #2556
Chief, Organized Crime and
Narcotics Section

MICHAEL K. KAWAHARA      #1460
Assistant U.S. Attorney
PJKK Federal Building
300 Ala Moana Blvd., Room 6-100
Honolulu, HI 96850
Telephone: (808) 541-2850
Facsimile: (808) 541-2958
Mike.Kawahara@usdoj.gov

Attorneys for Plaintiff
United States of America

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JUN 19 2014

at____o'clock and____min. P M.
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 13-01036 SOM-01,-02 |
| | ) | |
| Plaintiff, | ) | FIRST SUPERSEDING INDICTMENT |
| | ) | |
| vs. | ) | [21 U.S.C. §§ 846, 841(a)(1), |
| | ) | & 841(b)(1)(A)] |
| MALIA ARCIERO,      (01) | ) | |
| KEALA ARCIERO,      (02) | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## FIRST SUPERSEDING INDICTMENT

### Count 1:

The Grand Jury charges that:

From sometime in or about 2012 up through and including on

or about April 30, 2013 in the District of Hawaii, defendants

MALIA ARCIERO and KEALA ARCIERO and another person with the

initials "J.M.W.", the latter person not charged as a defendant herein, and others known and unknown to the grand jury, knowingly and intentionally conspired to distribute and to possess with intent to distribute fifty (50) grams or more of methamphetamine, its salts, isomers and salts of its isomers, a Schedule II controlled substance, a violation of Title 21, United States Code, Section 841(a)(1),

All in violation of Title 21, United States Code, Sections 846, 841(a)(1), and 841(b)(1)(A).

### Count 2:

The Grand Jury further charges that:

On or about April 20, 2013 in the District of Hawaii, defendant MALIA ARCIERO knowingly and intentionally distributed some quantity of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance,

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C), and Title 18, United States Code, Section 2.

### Count 3:

The Grand Jury further charges that:

On or about April 24, 2013 in the District of Hawaii, Defendant MALIA ARCIERO knowingly and intentionally distributed

2

fifty (50) grams or more of methamphetamine, its salts, isomers and salts of its isomers, a Schedule II controlled substance,

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A), and Title 18, United States Code, Section 2.


Count 4:

On or about April 30, 2013 in the District of Hawaii, defendants MALIA ARCIERO and KEALA ARCIERO knowingly and intentionally possessed with intent to distribute fifty (50) grams or more of methamphetamine, its salts, isomers and salts of its isomers, a Schedule II controlled substance,

In violation of Title 21, United States Code, Sections

//
//
//
//
//
//
//
//
//
//

3

841(a)(1) and 841(b)(1)(A), and Title 18, United States Code,

Section 2.

DATED: Honolulu, Hawaii, June 19, 2014.

A TRUE BILL.

/s/ Foreperson
GRAND JURY FOREPERSON

FLORENCE T. NAKAKUNI
United States Attorney

By
BEVERLY WEE SAMESHIMA
Chief, Narcotics & Organized
Crime Section

By
MICHAEL K. KAWAHARA
Assistant U.S. Attorney

USA v. Malia Arciero and Keala Arciero, USDC-Hawaii, First
Superseding Indictment.

4

AO 245B      (Rev. 6/05) Judgment in a Criminal Case
            Sheet 1

# United States District Court

## District of Hawaii

SEP 23 2015

at 12 o'clock and 14 min. p M.
SUE BEITIA, CLERK

UNITED STATES OF AMERICA

v.

**MALIA ARCIERO**

**JUDGMENT IN A CRIMINAL CASE**

Case Number:   1:13CR01036-001
USM Number:   16101-022

Thomas Otake Esq.
Defendant's Attorney

## THE DEFENDANT:

[ ]   pleaded guilty to count(s): ___.
[ ]   pleaded nolo contendere to counts(s) ___ which was accepted by the court.
[✔]   was found guilty on counts _1 - 4 of the First Superseding Indictment_ after a plea of not guilty.

The defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| See next page. | | | |

       The defendant is sentenced as provided in pages 2 through _7_ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[ ]   The defendant has been found not guilty on counts(s) ___ and is discharged as to such count(s).

[ ]   Count(s) ___ (is)(are) dismissed on the motion of the United States.

       It is further ordered that the defendant must notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.  If ordered to pay restitution, the defendant must notify the court and United States Attorney of material changes in economic circumstances.

SEPTEMBER 21, 2015
Date of Imposition of Judgment

Signature of Judicial Officer

**SUSAN OKI MOLLWAY**, Chief  United States District Judge
Name & Title of Judicial Officer

SEP 2 2 2015

Date

AO 245B       (Rev. 6/05) Judgment in a Criminal Case
              Sheet 1A

| CASE NUMBER: | 1:13CR01036-001 | | Judgment - Page 2 of 7 |
| DEFENDANT: | MALIA ARCIERO | | |

### ADDITIONAL COUNTS OF CONVICTION

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| 21 USC 846, 841(a)(1), and 841 (b)(1)(A) | Conspiracy to distribute and possess with intent to distribute 50 grams or more of methamphetamine | 4/30/13 | 1 |
| 21 USC 841(a)(1) and 841(b)(1) (C), and 18 USC 2 | Distribution of methamphetamine | 4/20/13 | 2 |
| 21 USC 841 (a)(1) and 841(b)(1)(A), and 18 USC 2 | Distribution of more than 50 grams of methamphetamine | 4/24/13 | 3 |
| 21 USC 841(a)(1) and 841(b)(1)(A), and 18 USC 2 | Possession of more than 50 grams of methamphetamine with intent to distribute | 4/30/13 | 4 |

AO 245B   (Rev. 6/05) Judgment in a Criminal Case
Sheet 2 - Imprisonment

CASE NUMBER:       1:13CR01036-001                                          Judgment - Page 3 of 7
DEFENDANT:         MALIA ARCIERO

# IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of:  ONE HUNDRED SEVENTY TWO (172) MONTHS

This term consists of ONE HUNDRED SEVENTY TWO (172) MONTHS as to each of Counts 1 - 4, to run concurrently.

[✔]      The court makes the following recommendations to the Bureau of Prisons:
1) Alderson; 2) Dublin; 3) Resolve Program at Alderson; 4) 500 Hour Comprehensive Drug Treatment Program; 5) Vocational and Educational Programs.

[✔]      The defendant is remanded to the custody of the United States Marshal.

[ ]      The defendant shall surrender to the United States Marshal for this district.
[ ] at ____ on ____.
[ ] as notified by the United States Marshal.

[ ]      The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
[ ] before _ on ____.
[ ] as notified by the United States Marshal.
[ ] as notified by the Probation or Pretrial Services Officer.

# RETURN

I have executed this judgment as follows:

_____

_____

_____

Defendant delivered on_____  to  _____

at _____ , with a certified copy of this judgment.


_____
                                                    UNITED STATES MARSHAL


By  _____
                                            Deputy U.S.  Marshal

AO 245B       (Rev. 6/05) Judgment in a Criminal Case
              Sheet 3 - Supervised Release

CASE NUMBER:       1:13CR01036-001                                          Judgment - Page 4  of  7
DEFENDANT:         MALIA ARCIERO

# SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release for a term of: FIVE (5) YEARS
This term consists of FIVE (5) YEARS as to each of Counts 1 - 4, to run concurrently.

The defendant must report to the probation office in the district to which the defendant is released within 72 hours of release from the custody of the Bureau of Prisons.

The defendant shall not commit another federal, state, or local crime.

That the defendant shall not unlawfully possess a controlled substance.  The defendant shall refrain from any unlawful use of a controlled substance.  The defendant shall submit to one drug test within 15 days of commencement on supervision and at least two periodic drug tests thereafter, but not more than 8 valid drug tests per month during the term of supervised release, unless there is a positive drug test, in which event the maximum shall increase to up to one valid drug test per day.

[ ]       The above drug testing condition is suspended, based on the court's determination that the defendant poses a low risk of future substance abuse.  (Check if applicable.)

[✔]       The defendant shall not possess a firearm, ammunition, destructive device, or any other dangerous weapon (Check if applicable.)

[✔]       The defendant shall cooperate in the collection of DNA as directed by the probation officer. (Check if applicable.)

[ ]       The defendant shall comply with the requirements of the Sex Offender Registration and Notification Act (42 U.S.C. § 16901, et seq.) as directed by the probation officer, the Bureau of Prisons, or any state sex offender registration agency in which he or she resides, works, is a student, or was convicted of a qualifying offense. (Check, if applicable.)

[ ]       The defendant shall participate in an approved program for domestic violence. (Check if applicable.)

If this judgment imposes a fine or restitution, it is a condition of supervised release that the defendant pay in accordance with the Schedule of Payments sheet of this judgment.

The defendant must comply with the standard conditions that have been adopted by this court as well as with any additional conditions on the attached page.

## STANDARD CONDITIONS OF SUPERVISION

1)  the defendant shall not leave the judicial district without permission of the court or probation officer;
2)  the defendant shall report to the probation officer in a manner and frequency directed by the court or probation officer;
3)  the defendant shall answer truthfully all inquiries by the probation officer and follow instructions of the probation officer;
4)  the defendant shall support his or her dependants and meet other family responsibilities;
5)  the defendant shall work regularly at a lawful occupation unless excused by the probation officer for schooling, training or other acceptable reasons;
6)  the defendant shall notify the probation officer ten days prior to any change in residence or employment;
7)  the defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substances, except as prescribed by a physician;
8)  the defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered;
9)  the defendant shall not associate with any persons engaged in criminal activity, and shall not associate with any person convicted of a felony unless granted permission to do so by the probation officer;
10)  the defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view of the probation officer;
11)  the defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer;
12)  the defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court;
13)  as directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics, and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement.

AO 245B     (Rev. 6/05) Judgment in a Criminal Case
            Sheet 3 - Supervised Release

CASE NUMBER:        1:13CR01036-001                                Judgment - Page 5 of 7
DEFENDANT:          MALIA ARCIERO

## SPECIAL CONDITIONS OF SUPERVISION

1.  The defendant shall execute all financial disclosure forms and provide the Probation Office access
    to any requested financial information.

2.  The defendant shall participate in a mental health program at the discretion and direction of the
    Probation Office.

3.  The defendant shall participate in and comply with substance abuse treatment which includes drug
    and alcohol testing in a program approved by the Probation Office.

4.  The defendant is prohibited from possessing or using any alcohol during the term of supervision.
    The defendant shall warn any other resident and/or guest that the defendant is prohibited from
    possessing any alcohol in the defendant's residence and on the defendant's property.

5.  The defendant shall submit his person, property, house, residence, vehicle, papers, or office to a
    search conducted by a United States Probation Officer.  Failure to submit to a search may be
    grounds for revocation of release.  The defendant shall warn any other occupants that the premises
    may be subject to searches pursuant to this condition.  An officer may conduct a search pursuant to
    this condition only when reasonable suspicion exists that the defendant has violated a condition of
    his supervision and that the areas to be searched contain evidence of this violation.  Any search
    must be conducted at a reasonable time and in a reasonable manner.

AO 245 B    (Rev. 6/05) Judgment in a Criminal Case
            Sheet 5 - Criminal Monetary Penalties

| | |
|---|---|
| CASE NUMBER:    1:13CRO1036-001 | Judgment - Page 6 of 7 |
| DEFENDANT:    MALIA ARCIERO | |

# CRIMINAL MONETARY PENALTIES

The defendant must pay the total criminal monetary penalties under the schedule of payments on Sheet 6.

|        | Assessment | Fine | Restitution |
|--------|-----------|------|-------------|
| Totals: | $ 400.00  | $    | $           |

[ ]    The determination of restitution is deferred until        .  An *Amended Judgment in a Criminal Case* (AO245C) will be entered after such a determination.

[ ]    The defendant must make restitution (including community restitution) to the following payees in the amount listed below.

If the defendant makes a partial payment, each payee shall receive an approximately proportioned payment, unless specified otherwise in the priority order or percentage payment column below.  However, pursuant to 18 U.S.C. §3664(i), all non-federal victims must be paid before the United States is paid.

| **Name of Payee** | **Total Loss*** | **Restitution Ordered** | **Priority or Percentage** |
|-------------------|-----------------|-------------------------|----------------------------|
| | | | |
| **TOTALS** | $ _ | $ _ | |

[ ]    Restitution amount ordered pursuant to plea agreement    $ _

[ ]    The defendant must pay interest on restitution and a fine of more than $2500, unless the restitution or fine is paid in full before the fifteenth day after the date of the judgment, pursuant to 18 U.S.C. §3612(f).  All of the payment options on Sheet 6 may be subject to penalties for delinquency and default, pursuant to 18 U.S.C. §3612(g).

[ ]    The court determined that the defendant does not have the ability to pay interest and it is ordered that:

    [ ]    the interest requirement is waived for the    [ ] fine    [ ] restitution

    [ ]    the interest requirement for the    [ ] fine    [ ] restitution is modified as follows:

*Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13,1994, but before April 23,1996.

AO 245B     (Rev. 6/05) Judgment in a Criminal Case
           Sheet 6 - Schedule of Payments

| | |
|---|---|
| CASE NUMBER:       1:13CR01036-001 | Judgment - Page 7 of 7 |
| DEFENDANT:       MALIA ARCIERO | |

# SCHEDULE OF PAYMENTS

Having assessed the defendant's ability to pay, payment of the total criminal monetary penalties are due as follows:

**A**     [ ]     Lump sum payment of $ _ due immediately, balance due
                     [ ]      not later than _ , or
                     [ ]      in accordance    [ ] C,     [ ] D,    [ ] E, or [ ] F below, or

**B**     [✔]     Payment to begin immediately (may be combined with       [ ] C,     [ ] D, or [ ] F below); or

**C**     [ ]     Payment in equal _ (e.g., weekly, monthly, quarterly) installments of $ _ over a period of _ (e.g., months or years), to commence _ (e.g., 30 or 60 days) after the date of this judgment ; or

**D**     [ ]     Payment in equal _ (e.g., weekly, monthly, quarterly) installments of $ _ over a period of _ (e.g., months or years), to commence _ (e.g., 30 or 60 days) after the release from imprisonment to a term of supervision; or

**E**     [ ]     Payment during the term of supervised release will commence within _ (e.g., 30 or 60 days) after release from imprisonment. The court will set the payment plan based on an assessment of the defendant's ability to pay at that time; or

**F**     [ ]     Special instructions regarding the payment of criminal monetary penalties:

If this judgment imposes imprisonment, payment of criminal monetary penalties is not due during imprisonment, unless specifically required by this judgment. However, this order does not preclude a defendant from making voluntary payments towards any criminal monetary penalties. All criminal monetary penalties, except those payments made through the Federal Bureau of Prisons' Inmate Financial Responsibility Program, are made to the Clerk of the Court.

The defendant shall receive credit for all payments previously made toward any criminal monetary penalties imposed.

[ ]     Joint and Several

       Defendant and Co-Defendant Names and Case Numbers (including defendant number, Total Amount, Joint and Several Amount, and corresponding pay, if appropriate.

[ ]     The defendant shall pay the cost of prosecution.

[ ]     The defendant shall pay the following court cost(s):

[ ]     The defendant shall forfeit the defendant's interest in the following property to the United States:

Payments shall be applied in the following order: (1) assessment, (2) restitution principal, (3) restitution interest, (4) fine principal, (5) fine interest, (6) community restitution, (7) penalties, and (8) costs, including cost of prosecution and court costs.